UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEFANO PICCIOTTO, <br> JUDITH PICCIOTTO, <br> MELITA PICCIOTTO, <br> ATHENA PICCIOTTO, and <br> FOREIGN CAR CENTER, INC., <br><br>     Plaintiffs, <br><br> v. <br><br> CONTINENTAL CAUSUALTY COMPANY, GREAT NORTHERN INSURANCE COMPANY, NEUROLOGICAL REFERRAL CENTER, INC., and ROBERTA F. WHITE, <br>     Defendants. | DOCKET NO: 05-10901-DPW |

## MOTION TO DISMISS OF DEFENDANT CONTINENTAL CASUALTY COMPANY PURSUANT TO RULE 12(b)(1)

Now Comes the defendant, Continental Casualty Company (hereinafter "Continental"), pursuant to Fed.R.Civ.P. 12(b)(1) and respectfully moves this Honorable Court to dismiss the complaint against it because this Court does not have jurisdiction over the subject matter as the plaintiffs, Massachusetts residents, have sued a Massachusetts citizen and corporation and, thereby, do not satisfy the statutory requirement of complete diversity.

In support of its motion to dismiss, Continental submits the accompanying memorandum of law.

970583v1

Respectfully submitted,
Continental Casualty Company

By its attorneys,

MORRISON MAHONEY LLP


 /s/ burke
_____
Scott Douglas Burke~BBO No. 551255
Michael H. Hayden~BBO No. 660746
250 Summer Street
Boston, MA 02210
(617) 439-7500