UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEFANO PICCIOTTO, JUDITH PICCIOTTO, MELITA PICCIOTTO, ATHENA PICCIOTTO, and FOREIGN CAR CENTER, INC., <br><br> Plaintiffs, <br><br> v. <br><br> CONTINENTAL CAUSUALTY COMPANY, GREAT NORTHERN INSURANCE COMPANY, HARTFORD INSURANCE COMPANY and TWIN CITY FIRE INSURANCE COMPANY, <br><br> Defendants. | DOCKET NO: 05-10901-DPW |

**DEFENDANT CONTINENTAL CASUALTY COMPANY'S
MOTION FOR LEAVE TO REPLY TO PLAINTIFFS'
RESPONSE TO MOTION TO DISMISS OF DEFENDANT
CONTINENTAL CASUALTY COMPANY PURSUANT TO RULE 12(b)(1)**

Now Comes the defendant, Continental Casualty Company (hereinafter "Continental"), pursuant to Local Rule 7.1(b)(3), and hereby respectfully moves this Honorable Court for leave to reply to Plaintiffs' Response to Motion to Dismiss of Defendant Continental Casualty Company Pursuant to Rule 12(b)(1) (hereinafter "Plaintiff's Response") because the plaintiffs have not "cured the jurisdictional defects" as alleged in Plaintiff's Response.

In support of its motion for leave to reply, Continental submits the accompanying memorandum of law. In sum, plaintiff's Response fails to cure the jurisdictional defect,

959503v1

pursuant to Fed.R.Civ.P. 12(b)(1), because "28 U.S.C. § 1332(c) (1982 ed.) – [] provides that in a direct action *against* a liability insurer, the insurer shall be deemed a citizen of the same State as the insured for purposes of diversity jurisdiction." Northbrook Nat'l Ins. Co. v. Brewer, 493 U.S. 6, 7, 110 S. Ct. 297, 107 L. Ed. 2d 223 (1989) (emphasis in original). The instant lawsuit contains a direct action against the liability insurer (Continental) of a Massachusetts' insured (Attorney Casher). Thus, 28 U.S.C. §1332(c) provides that, for purposes of diversity jurisdiction, Continental shall be deemed a Massachusetts citizen. Id. Whereby, plaintiffs do not satisfy the statutory requirement of complete diversity and this Honorable Court lacks jurisdiction over the subject matter.

Respectfully submitted,
Continental Casualty Company

By its attorneys,

MORRISON MAHONEY LLP


 /s/  Scott Douglas Burke
_____
Scott Douglas Burke~BBO No. 551255
Michael H. Hayden~BBO No. 660746
250 Summer Street
Boston, MA 02210
(617) 439-7500

959503v1