UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEFANO PICCIOTTO, JUDITH PICCIOTTO, MELITA PICCIOTTO, ATHENA PICCIOTTO, and FOREIGN CAR CENTER, INC.,<br><br>    Plaintiffs,<br><br>v.<br><br>CONTINENTAL CAUSUALTY COMPANY, GREAT NORTHERN INSURANCE COMPANY, HARTFORD INSURANCE COMPANY and TWIN CITY FIRE INSURANCE COMPANY,<br><br>    Defendants. | DOCKET NO: 05-10901-DPW |

## NOTICE OF RELATED CIVIL CASES
## BY CONTINENTAL CASUALTY COMPANY

Now Comes the defendant, Continental Casualty Company (hereinafter "Continental"), and respectfully provides this Honorable Court notice that the instant action has two related pending civil cases, pursuant to Local Rule 40.1(G), that were not disclosed on the local civil category sheet.

## Related Civil Cases

Two civil actions filed by the Picciotto plaintiffs, 00-CV-11506 and 00-CV-12421, are currently open and stayed before Judge Gertner (hereinafter "Related Picciotto Civil Cases", a copy of the 00-CV-11506 and 00-CV-12421 dockets are attached hereto as Exhibits A and B, respectively). In October 2001, by Mandate of the United States

959825v1

Court of Appeals, the Related Picciotto Civil Cases were stayed pending final resolution of the state court litigation.

Pursuant to Local Rule 40.1(G), "a civil case is related to one previously filed in this court if <u>some or all of the parties are the same</u> and if one or more of the following similarities exist also:  the cases involve the same or <u>similar claims</u> or defenses; or the cases involve the same property, transaction or event; or the cases involve <u>insurance coverage</u> for the same property, transaction or event; or the cases involve substantially the <u>same questions of fact</u> and law."  (emphasis added).

Here, Stefano Picciotto, Judith Picciotto and Melita Picciotto are all named plaintiffs in the instant case, as well as the Related Picciotto Civil Cases.  Moreover, several of the required similarities also exist between said cases.  The cases arise out of the representation of the Picciotto plaintiffs by Attorney Dana Casher in an underlying legal malpractice action in the Massachusetts Superior Court (hereinafter "Interpleader Action").  The Interpleader Action involved the Picciottos claims for malpractice against attorneys who represented them in a toxic tort action and the attorneys' claim for disbursement of attorneys fees generated during the toxic tort litigation.  The First Circuit found the Related Picciotto Civil Cases so dependent upon the ongoing Interpleader Action, as to mandate the above-referenced stay.

A majority of the one-hundred-ninety-nine (199) paragraphs asserted in the "Facts" section of the instant complaint pertain directly to the conduct of Attorney Casher in the settlement of insurance coverage claims arising out of the toxic tort action and the subsequent Interpleader Action.  In other words, the instant case involves similar claims, involves the same events, involves insurance coverage for the same events, and involves

959825v1

substantially the same questions of fact as the Related Picciotto Civil Cases. As such, said cases fall squarely within the ambit of Local Rule 40.1(G).

## Prior Related Civil Cases

The instant case does not constitute the Picciotto plaintiffs' first exposure to the designation of related cases. Judge Gertner has presided over no fewer than four related cases involving the Picciottos. (A copy of 00-CV-11434 docket noting related cases 00-cv-11506, 00-cv-11624, and 00-cv-12421 is attached hereto as Exhibit C). Indeed, Judge Gertner issued a memorandum and order stating, *inter alia*:

> Like several other cases presently or recently before this Court, this action pertains to an ongoing Massachusetts Superior Court lawsuit, Albert Zabin et al. v. Picciotto et al., (Suffolk Superior Court No. 99-1594A) ("state interpleader action"). The state interpleader action, in turn, relates to an earlier bankruptcy proceeding in which the Picciottos were unsecured creditors.

(Memorandum and Order Re: Motion to Dismiss, January 31, 2001 at 1-2, attached hereto as Exhibit D) (emphasis in original).[1] Thus, Judge Gertner found a sufficient nexus of relatedness where the Picciottos sued the attorneys who participated in bankruptcy proceedings which preceded the Interpleader Action. The instant complaint is even more closely related to the Interpleader Action, as the Picciottos have sued the liability insurers of their own attorney based upon her conduct in the Interpleader Action itself.

## Conclusion

Pursuant to Local Rule 40.1(G)(2), the Picciotto plaintiffs were obligated to "notify the clerk [of related cases] by notation on the local civil category sheet indicating

---

[1] Judge Gertner also expressly noted the litigiousness of the Picciotto plaintiffs stating that, as of January 31, 2001, "the Picciotto family ('the Picciottos' or 'plaintiffs') has already (1) filed five interlocutory appeals to a state appeals court judge; (2) filed four petitions for extraordinary relief from the state appeals court; (3) filed three appeals to the full bench of the SJC; and (4) tried twice to remove the state case to federal court. To date, plaintiffs have not received one positive ruling." (Exhibit D at 2).

3

959825v1

the title and number of the related case." Despite having previously been party to <u>four</u> related cases before Judge Gertner, the Picciotto plaintiffs <u>did not disclose</u> the active Related Picciotto Civil Cases on the civil category sheet when they filed the instant case.

Local Rule 40.1(G)(5) provides that this Honorable Court has discretion to reassign related civil cases to the same judge where said cases were originally assigned to separate judges. In light of the plaintiffs' failure to disclose the Related Picciotto Civil Cases, Continental Casualty Company provides this notice so that this Honorable Court may make a fully informed decision regarding assignment of the instant matter.

<blockquote>
Respectfully submitted,<br>
Continental Casualty Company

By its attorneys,

MORRISON MAHONEY LLP


/s/ Scott Douglas Burke
_____
Scott Douglas Burke~BBO No. 551255<br>
Michael H. Hayden~BBO No. 660746<br>
250 Summer Street<br>
Boston, MA 02210<br>
(617) 439-7500
</blockquote>

959825v1

# United States District Court
## District of Massachusetts (Boston)
## CIVIL DOCKET FOR CASE #: 1:00-cv-11506-NG

Picciotto, et al v. Schreiber, et al
Assigned to: Nancy Gertner
Demand: $0
Related Case: <u>1:00-cv-11434-NG</u>
Cause: 42:1983 Civil Rights Act

Date Filed: 07/28/2000
Jury Demand: Defendant
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

### Plaintiff
**Stefano Picciotto**

represented by **Dana E. Casher**
Krulewich & Associates
50 Staniford Street
Boston, MA 02114
617-367-1200
Fax: 617-367-1988
Email: dana@krulaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

### Plaintiff
**Judith Picciotto**

represented by **Dana E. Casher**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

### Plaintiff
**Melita Picciotto**

represented by **Dana E. Casher**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

### Plaintiff
**Athena Picciotto**

represented by **Dana E. Casher**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

### Plaintiff
**Juan Nunez**

represented by **Dana E. Casher**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

### Plaintiff
**Foreign Car Center, Inc.**

represented by **Dana E. Casher**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Jeffrey A. Schreiber**                    represented by    **Thomas J. Mango**
                                                            Rubin & Rudman, LLP
                                                            50 Rowes Wharf
                                                            Boston, MA 02110-3310
                                                            617-330-7000
                                                            Fax: 617-439-9556
                                                            Email: tmango@rubinrudman.com
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Defendant**

**Schreiber & Associates P.C.**             represented by    **Thomas J. Mango**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Defendant**

**Rich International Inc.**                 represented by    **Jeffrey A. Schreiber**
                                                            Schreiber & Associates, PC
                                                            65 Flagship Drive
                                                            North Andover, MA 01845
                                                            978-722-2700
                                                            Fax: 978-777-3692
                                                            Email: jschreiber@schreiblaw.com
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/28/2000 | 1 | Complaint filed. Case assigned to Judge: Gertner. Receipt #: 24184 Amount:$ 150.00. Fee Status: pd (fmr) (Entered: 08/01/2000) |
| 07/28/2000 | 2 | Motion by Stefano Picciotto, Judith Picciotto, Melita Picciotto, Athena Picciotto, Juan Nunez, Foreign Car Center to consolidate cases , filed. (fmr) (Entered: 08/01/2000) |
| 08/17/2000 | 3 | Notice of appearance of attorney for Rich International in 1:00-cv-11506 by Jeffrey A. Schreiber, filed. (fmr) (Entered: 08/21/2000) |
| 08/17/2000 | 4 | Answer by Rich International in 1:00-cv-11506 to complaint; jury demand, filed. (fmr) (Entered: 08/21/2000) |
| 08/23/2000 | 5 | Notice of appearance of attorney for Jeffrey A. Schreiber in 1:00-cv-11506, Schreiber & Assoc. in 1:00-cv-11506 by Thomas J. Mango, filed. |

| | | |
|---|---|---|
| | | (fmr) (Entered: 08/25/2000) |
| 08/23/2000 | 6 | Motion by Jeffrey A. Schreiber in 1:00-cv-11506, Schreiber & Assoc. in 1:00-cv-11506 to dismiss , filed. (fmr) (Entered: 08/25/2000) |
| 08/23/2000 | 7 | Memorandum by Jeffrey A. Schreiber in 1:00-cv-11506, Schreiber & Assoc. in 1:00-cv-11506 in support of [6-1] motion to dismiss , filed. (fmr) (Entered: 08/25/2000) |
| 08/24/2000 | | Terminated document: terminating [2-1] motion to consolidate cases. Case requested for consolidation had been remanded to suffolk superior court Requested by TH. (fmr) (Entered: 08/24/2000) |
| 08/31/2000 | 8 | Motion by Rich International in 1:00-cv-11506 for judgment on the pleadings , filed. (fmr) (Entered: 09/07/2000) |
| 08/31/2000 | 9 | Memorandum by Rich International in 1:00-cv-11506 in support of [8-1] motion for judgment on the pleadings , filed. (fmr) (Entered: 09/07/2000) |
| 09/05/2000 | 10 | Memorandum by Stefano Picciotto in 1:00-cv-11506, Judith Picciotto in 1:00-cv-11506, Melita Picciotto in 1:00-cv-11506, Athena Picciotto in 1:00-cv-11506, Juan Nunez in 1:00-cv-11506, Foreign Car Center in 1:00-cv-11506 in opposition to [6-1] motion to dismiss , filed. (fmr) (Entered: 09/07/2000) |
| 09/13/2000 | 11 | Response by Stefano Picciotto in 1:00-cv-11506, Judith Picciotto in 1:00-cv-11506, Melita Picciotto in 1:00-cv-11506, Athena Picciotto in 1:00-cv-11506, Juan Nunez in 1:00-cv-11506, Foreign Car Center in 1:00-cv-11506 in opposition to [8-1] motion for judgment on the pleadings , filed. (fmr) (Entered: 09/15/2000) |
| 09/13/2000 | 12 | Affidavit of Stefano Picciotto in 1:00-cv-11506 , re: [11-1] opposition response , filed. (fmr) (Entered: 09/15/2000) |
| 09/14/2000 | | Motion to dismiss and motion for judgment on the pleadings sent to chambers. Motion for judgment on the pleadings has not been opposed as of this date (fmr) (Entered: 09/14/2000) |
| 09/20/2000 | 13 | Letter dated: 9/20/00 to: Ms Mulcahy re: copy of appeals court decsion filed. (fmr) (Entered: 09/22/2000) |
| 01/31/2001 | | Judge Nancy Gertner . Endorsed Order entered granting [6-1] motion to dismiss . [EOD Date 1/31/01] (fmr) (Entered: 01/31/2001) |
| 01/31/2001 | | Judge Nancy Gertner . Endorsed Order entered granting [8-1] motion for judgment on the pleadings . [EOD Date 1/31/01] (fmr) (Entered: 01/31/2001) |
| 01/31/2001 | 14 | Judge Nancy Gertner . Memorandum and Order entered. granting [6-1] motion to dismiss granting [8-1] motion for judgment on the pleadings [EOD Date 1/31/01] (fmr) (Entered: 01/31/2001) |
| 01/31/2001 | | Case closed. (fmr) (Entered: 01/31/2001) |
| 02/12/2001 | 15 | Motion by Rich International in 1:00-cv-11506 for attorney fees , and for |

| | | |
|---|---|---|
| | | costs , filed. (fmr) (Entered: 02/13/2001) |
| 02/12/2001 | 16 | Motion by Jeffrey A. Schreiber in 1:00-cv-11506, Schreiber & Assoc. in 1:00-cv-11506 for attorney fees , and for costs , filed. (fmr) (Entered: 02/14/2001) |
| 02/12/2001 | 17 | Affidavit of John McGiveny , re: [16-1] motion for attorney fees, [16-2] motion for costs , filed. (fmr) (Entered: 02/14/2001) |
| 02/14/2001 | 18 | Notice of appeal by Stefano Picciotto in 1:00-cv-11506, Judith Picciotto in 1:00-cv-11506, Melita Picciotto in 1:00-cv-11506, Athena Picciotto in 1:00-cv-11506, Juan Nunez in 1:00-cv-11506, Foreign Car Center in 1:00-cv-11506 filed. Fee Status: pd Fee Amount: $ 105.00 Receipt #: 28830 Appeal record due on 3/1/01 (fmr) (Entered: 02/16/2001) |
| 02/20/2001 | | Certified copy of docket and record on appeal forwarded to U.S. Court of Appeals re: [18-1] appeal . (jr) (Entered: 02/20/2001) |
| 02/20/2001 | 19 | Response by Stefano Picciotto in 1:00-cv-11506, Judith Picciotto in 1:00-cv-11506, Melita Picciotto in 1:00-cv-11506, Athena Picciotto in 1:00-cv-11506, Juan Nunez in 1:00-cv-11506, Foreign Car Center in 1:00-cv-11506 in opposition to [16-1] motion for attorney fees, [16-2] motion for costs, [15-1] motion for attorney fees, [15-2] motion for costs , filed. (fmr) (Entered: 02/20/2001) |
| 02/20/2001 | | Transcript order report filed. No transcript is necessary for appeal purposes (fmr) (Entered: 02/20/2001) |
| 02/20/2001 | | Motions for costs and atty fees (# 15,16) sent to chambers with opposition (fmr) (Entered: 02/20/2001) |
| 03/01/2001 | | US Court of Appeals Case Number assigned to [18-1] appeal : USCA NUMBER: 01-1277. (jr) (Entered: 03/01/2001) |
| 03/15/2001 | 20 | Judge Nancy Gertner . Order entered deferring attorneys fees . [EOD Date 3/28/01] (fmr) (Entered: 03/28/2001) |
| 03/19/2001 | | Transmitted supplemental record on appeal: re: [18-1] appeal Document numbers: 15-17,19 (jr) (Entered: 03/19/2001) |
| 04/03/2001 | | Transmitted supplemental record on appeal: re: [18-1] appeal Document numbers: 20 (jr) (Entered: 04/03/2001) |
| 09/20/2001 | | Judge Nancy Gertner . Endorsed Order entered staying [16-1] motion for attorney fees, staying [16-2] motion for costs, staying [15-1] motion for attorney fees, staying [15-2] motion for costs. PENDING RESOLUTION OF THE OUTCOME OF STATE COURT PROCEEDINGS. [EOD Date 9/20/01] (jf) (Entered: 09/20/2001) |
| 10/12/2001 | 21 | Mandate of US Court of Appeals re: [18-1] appeal vacating [18-1] appeal and remand with instructions that these cases be stayed pending final resolution of the state court litigation. As the district court has not yet finalized its sanctions orders, we express no opinion on the appropriateness of sanctions in these cases. SO ORDERED. (jr) (Entered: |

| | | 10/12/2001) |
|---|---|---|
| 12/17/2002 | 22 | Motion by Stefano Picciotto in 1:00-cv-11506, Judith Picciotto in 1:00-cv-11506, Melita Picciotto in 1:00-cv-11506, Athena Picciotto in 1:00-cv-11506, Juan Nunez in 1:00-cv-11506, Foreign Car Center in 1:00-cv-11506 for Dana E. Casher to withdraw as attorney , filed. c/s (jf) (Entered: 12/17/2002) |
| 12/27/2002 | 23 | Response by Stefano Picciotto in 1:00-cv-11506, Judith Picciotto in 1:00-cv-11506, Foreign Car Center in 1:00-cv-11506 in opposition to [22-1] motion for Dana E. Casher to withdraw as attorney , filed. (mcm) (Entered: 12/30/2002) |
| 01/03/2003 | | Documents 22 and 23 sent to chambers. (jf) (Entered: 01/03/2003) |
| 01/13/2003 | | Judge Nancy Gertner. Endorsed Order entered denying [22-1] motion for Dana E. Casher to withdraw as attorney. cc:cl [EOD Date 1/14/03] (jf) (Entered: 01/14/2003) |
| 06/09/2003 | 24 | Limited Opposition to 22 Motion to Withdraw as Attorney filed by Foreign Car Center, Inc., Stefano Picciotto. (Filo, Jennifer) (Entered: 06/12/2003) |
| 06/09/2003 | 26 | CERTIFICATE OF SERVICE by Stefano Picciotto re 24 Response to Motion. (Filo, Jennifer) (Entered: 06/19/2003) |
| 06/12/2003 | 25 | MOTION to Withdraw as Attorney by Foreign Car Center, Inc., Juan Nunez, Athena Picciotto, Judith Picciotto, Melita Picciotto, Stefano Picciotto as to Dana E. Casher.c/s(Filo, Jennifer) (Entered: 06/16/2003) |
| 06/17/2003 | | Judge Nancy Gertner : Electronic ORDER entered denying 25 Motion to Withdraw as Attorney. Since the case is stayed in federal court, there is no reason to address this motion at this time. Should the case be activated, the Court will address it at that time. (Gertner, Nancy) (Entered: 06/17/2003) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 08/24/2005 16:58:02 | | | |
| PACER Login: | mm0267 | Client Code: | 10017502 |
| Description: | Docket Report | Search Criteria: | 1:00-cv-11506-NG |
| Billable Pages: | 3 | Cost: | 0.24 |

STAYED

# United States District Court
## District of Massachusetts (Boston)
## CIVIL DOCKET FOR CASE #: 1:00-cv-12421-NG

Picciotto, et al v. Zabin, et al
Assigned to: Nancy Gertner
Demand: $0
Related Case: 1:00-cv-11434-NG
Cause: 42:1983 Civil Rights Act

Date Filed: 11/27/2000
Jury Demand: None
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**
**Stefano Picciotto**

represented by **Stefano Picciotto**
418 Lafayette St.
Salem, MA 01970
PRO SE

**Plaintiff**
**Judith Picciotto**

represented by **Judith Picciotto**
418 Lafayette St.
Salem, MA 01970
PRO SE

**Plaintiff**
**Melita Picciotto**

V.

**Defendant**
**Albert P. Zabin**

represented by **Michael J. Stone**
Peabody & Arnold LLP
30 Rowes Wharf
Boston, MA 02110
617-951-2100
Email: mstone@peabodyarnold.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard W. Renehan**
Goulston & Storrs
A Professional Corp.
400 Atlantic Ave.
Boston, MA 02110-3333
617-482-1776
Fax: 617-574-7593
Email: rrenehan@goulstonstorrs.com
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Defendant**
**Joanne D'Alcomo**                    represented by    **Michael J. Stone**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Richard W. Renehan**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**
**Robert V. Costello**                 represented by    **Matthew Q. Berge**
                                                          Attorney General's Office
                                                          100 Ashburton Place
                                                          Boston, MA 02108-1598
                                                          617-727-2200
                                                          Fax: 617-727-3076
                                                          Email: matthew.berge@ago.state.ma.us
                                                          *TERMINATED: 11/15/2004*
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Meredith Ann Wilson**
                                                          Office of the Attorney General
                                                          Government Bureau/Trial Division
                                                          One Ashburton Place
                                                          Boston, MA 02108
                                                          617-727-2200
                                                          Email:
                                                          Meredith.Wilson@ago.state.ma.us
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Michael J. Stone**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Richard W. Renehan**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**
**Schneider, Reilly, Zabin & Costello**  represented by    **Michael J. Stone**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Richard W. Renehan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**
**Michael C. Gilleran**                     represented by   **Richard W. Renehan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**
**Pepe & Hazzard LLP**                      represented by   **Richard W. Renehan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**
**Gilleran & Mortensen**                    represented by   **Richard W. Renehan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**
**Justice Robert Steadman**                 represented by   **Brian T. Mulcahy**
Administrative Office of the Trial Court

Two Center Plaza
Room 540
Boston, MA 02108
617-878-0383
Fax: 617-742-0968
Email: mulcahy_b@jud.state.ma.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard W. Renehan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**
**Mitchell J. Sikora**                      represented by   **Brian T. Mulcahy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard W. Renehan**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Marc C. Laredo**                              represented by    **Richard W. Renehan**
                                                                 (See above for address)
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/27/2000 | 1 | Complaint filed. Case assigned to Judge: Gertner. Receipt #: 26925 Amount:$ 150.00. Fee Status: pd (complaint is bound and unable to be scanned) (fmr) (Entered: 11/27/2000) |
| 11/27/2000 | | Summons issued for Albert P. Zabin in 1:00-cv-12421, Joanne D'Alcomo in 1:00-cv-12421, Robert V. Costello in 1:00-cv-12421, Schneider, Reilly in 1:00-cv-12421, Michael C. Gilleran in 1:00-cv-12421, Pepe & Hazzard LLP in 1:00-cv-12421, Gilleran & Mortensen in 1:00-cv-12421, Robert Steadman in 1:00-cv-12421, Mitchell J. Sikora in 1:00-cv-12421, Marc C. Laredo in 1:00-cv-12421 (fmr) (Entered: 11/27/2000) |
| 11/27/2000 | 2 | Volume I Appendix/exhibits by Stefano Picciotto in 1:00-cv-12421, Judith Picciotto in 1:00-cv-12421, Melita Picciotto in 1:00-cv-12421 in support of [1-1] complaint , filed. (fmr) (Entered: 11/27/2000) |
| 11/27/2000 | 3 | Volume II Appendix/exhibits by Stefano Picciotto in 1:00-cv-12421, Judith Picciotto in 1:00-cv-12421, Melita Picciotto in 1:00-cv-12421 in support of [1-1] complaint , filed. (fmr) (Entered: 11/27/2000) |
| 12/22/2000 | 4 | Motion by Albert P. Zabin in 1:00-cv-12421, Joanne D'Alcomo in 1:00-cv-12421, Robert V. Costello in 1:00-cv-12421, Schneider, Reilly in 1:00-cv-12421, Michael C. Gilleran in 1:00-cv-12421, Pepe & Hazzard LLP in 1:00-cv-12421, Gilleran & Mortensen in 1:00-cv-12421, Robert Steadman in 1:00-cv-12421, Mitchell J. Sikora in 1:00-cv-12421, Marc C. Laredo in 1:00-cv-12421 to dismiss , filed. (fmr) (Entered: 12/27/2000) |
| 12/22/2000 | 5 | Memorandum by Albert P. Zabin in 1:00-cv-12421, Joanne D'Alcomo in 1:00-cv-12421, Robert V. Costello in 1:00-cv-12421, Schneider, Reilly in 1:00-cv-12421, Michael C. Gilleran in 1:00-cv-12421, Pepe & Hazzard LLP in 1:00-cv-12421, Gilleran & Mortensen in 1:00-cv-12421, Robert Steadman in 1:00-cv-12421, Mitchell J. Sikora in 1:00-cv-12421, Marc C. Laredo in 1:00-cv-12421 in support of [4-1] motion to dismiss , filed. (fmr) (Entered: 12/27/2000) |
| 12/22/2000 | 6 | Affidavit , re: [4-1] motion to dismiss , filed. (fmr) (Entered: 12/27/2000) |
| 12/22/2000 | 7 | Supplemental Memorandum by Albert P. Zabin in 1:00-cv-12421, Joanne D'Alcomo in 1:00-cv-12421, Robert V. Costello in 1:00-cv-12421, Schneider, Reilly in 1:00-cv-12421, Michael C. Gilleran in 1:00-cv- |

| | | 12421, Pepe & Hazzard LLP in 1:00-cv-12421, Gilleran & Mortensen in 1:00-cv-12421, Robert Steadman in 1:00-cv-12421, Mitchell J. Sikora in 1:00-cv-12421, Marc C. Laredo in 1:00-cv-12421 in support of [4-1] motion to dismiss , filed. (fmr) (Entered: 12/27/2000) |
|---|---|---|
| 12/27/2000 | 8 | Motion by Robert V. Costello in 1:00-cv-12421 to extend time to 1/31/01 to file answer , filed. (fmr) (Entered: 12/28/2000) |
| 12/28/2000 | | Judge Nancy Gertner . Endorsed Order entered granting [8-1] motion to extend time to 1/31/01 to file answer, answer due for 1/31/01 for Robert V. Costello . [EOD Date 12/28/00] (fmr) (Entered: 12/28/2000) |
| 12/28/2000 | 9 | Certificate of Consultation re: , filed. (fmr) (Entered: 12/28/2000) |
| 01/04/2001 | 10 | Response by Stefano Picciotto in 1:00-cv-12421, Judith Picciotto in 1:00-cv-12421, Melita Picciotto in 1:00-cv-12421 in opposition to [8-1] motion to extend time to 1/31/01 to file answer , filed. (fmr) (Entered: 01/05/2001) |
| 01/05/2001 | 11 | Response by Stefano Picciotto in 1:00-cv-12421, Judith Picciotto in 1:00-cv-12421, Melita Picciotto in 1:00-cv-12421 in opposition to [4-1] motion to dismiss , filed. (fmr) (Entered: 01/08/2001) |
| 01/05/2001 | 12 | Amended complaint by Stefano Picciotto in 1:00-cv-12421, Judith Picciotto in 1:00-cv-12421, Melita Picciotto in 1:00-cv-12421 filed. . Amended complaint amends [1-1] complaint ; adding . (fmr) (Entered: 01/09/2001) |
| 01/05/2001 | 13 | Appendix/exhibits by Stefano Picciotto in 1:00-cv-12421, Judith Picciotto in 1:00-cv-12421, Melita Picciotto in 1:00-cv-12421 in support of [12-1] amended complaint , filed. (fmr) (Entered: 01/09/2001) |
| 01/26/2001 | | Motion to dismiss #4 sent to chambers with opposition (fmr) (Entered: 01/26/2001) |
| 01/31/2001 | | Judge Nancy Gertner . Endorsed Order entered granting [4-1] motion to dismiss with prejudice, costs to defendants . [EOD Date 1/31/01] (fmr) (Entered: 01/31/2001) |
| 01/31/2001 | 14 | Judge Nancy Gertner . Memorandum and Order entered. granting [4-1] motion to dismiss with prejudice and costs to the defendants. Defendant are to submit a proposed order by 2/15/01 [EOD Date 1/31/01] (fmr) (Entered: 01/31/2001) |
| 01/31/2001 | | Case closed. (fmr) (Entered: 01/31/2001) |
| 02/08/2001 | 15 | Affidavit of Richard W. Renehan in 1:00-cv-12421 , re: [14-1] memorandum order regarding attys fees , filed. (fmr) (Entered: 02/09/2001) |
| 02/14/2001 | 16 | Notice of appeal by Stefano Picciotto in 1:00-cv-12421, Judith Picciotto in 1:00-cv-12421, Melita Picciotto in 1:00-cv-12421 filed. Fee Status: pd Fee Amount: $ 105.00 Receipt #: 28831 Appeal record due on 3/1/01 (fmr) (Entered: 02/16/2001) |

| 02/20/2001 | | Certified copy of docket and record on appeal forwarded to U.S. Court of Appeals re: [16-1] appeal . (jr) (Entered: 02/20/2001) |
|---|---|---|
| 02/20/2001 | 17 | Response by Stefano Picciotto in 1:00-cv-12421, Judith Picciotto in 1:00-cv-12421, Melita Picciotto in 1:00-cv-12421 in opposition to [15-1] affidavit , filed. (fmr) (Entered: 02/20/2001) |
| 03/01/2001 | | US Court of Appeals Case Number assigned to [16-1] appeal : USCA NUMBER: 01-1278. (jr) (Entered: 03/01/2001) |
| 03/15/2001 | 18 | Judge Nancy Gertner . Order entered deferring attorneys fees . [EOD Date 3/28/01] (fmr) (Entered: 03/28/2001) |
| 03/19/2001 | | Transmitted supplemental record on appeal: re: [16-1] appeal Document numbers: 17 (jr) (Entered: 03/19/2001) |
| 04/02/2001 | | Transmitted supplemental record on appeal: re: [16-1] appeal Document numbers: 18 (jr) (Entered: 04/02/2001) |
| 04/02/2001 | | Transmitted supplemental record on appeal: re: [16-1] appeal Document numbers: 20 (jr) (Entered: 04/02/2001) |
| 10/18/2001 | 19 | Judge Nancy Gertner. Order entered. "In its judgment of 9/7/01, the First Circuit vacated the District Court judgment of 1/31/01 (#14) and remanded this case with instructions that the case be stayed pending final resolution of the state court interpleader action: Zabin v. Picciotto, No. 99-1594A (Suffolk County Superior Court). Accordingly, the case is STAYED pending such resolution. SO ORDERED. cc:cl [EOD Date 10/19/01] (jf) (Entered: 10/19/2001) |
| 10/19/2001 | | Case stayed Reason: Per Order dated 10/18/01. (jf) (Entered: 10/19/2001) |
| 10/24/2001 | 20 | Mandate of US Court of Appeals re: [16-1] appeal vacating [16-1] appeal; and remanding with instructions that these cases be stayed pending final resolution of the state court litigation. As the district court has not yet finalized its sanctions orders, we express no opinion on the appropriateness of sanctions in these cases. SO ORDERED (jr) (Entered: 10/24/2001) |
| 10/24/2001 | | Appeal Record Returned: [16] Notice of Appeal (Ramos, Jeanette) (Entered: 10/14/2003) |
| 03/11/2004 | | ELECTRONIC NOTICE of CONFERENCE: STATUS CONFERENCE set for 4/13/2004 11:00 AM in Courtroom 2 before Nancy Gertner. (Molloy, Maryellen) (Entered: 03/11/2004) |
| 04/13/2004 | | Electronic Clerk's Notes for proceedings held before Judge Nancy Gertner : ORDERED: case stayed until final judgment is entered in State Superior Court, court adjourned. (Court Reporter none.) (Molloy, Maryellen) (Entered: 04/13/2004) |
| 05/04/2004 | 21 | NOTICE of Appearance by Brian T. Mulcahy on behalf of Mitchell J. Sikora, Robert Steadman (Filo, Jennifer) (Entered: 05/05/2004) |
| 11/15/2004 | 22 | NOTICE of Appearance by Meredith Ann Wilson on behalf of Robert V. |

| | | Costello (Filo, Jennifer) (Entered: 12/01/2004) |
|---|---|---|
| 11/15/2004 | | *** Attorney Matthew Q. Berge terminated. See Notice of Appearance [docket entry #22]. (Filo, Jennifer) (Entered: 12/01/2004) |
| 03/01/2005 | 23 | NOTICE of Appearance by Michael J. Stone on behalf of Albert P. Zabin, Joanne D'Alcomo, Robert V. Costello, Schneider, Reilly, Zabin & Costello (Filo, Jennifer) (Entered: 03/02/2005) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 08/24/2005 17:04:41 | | | |
| **PACER Login:** | mm0267 | **Client Code:** | 10017502 |
| **Description:** | Docket Report | **Search Criteria:** | 1:00-cv-12421-NG |
| **Billable Pages:** | 4 | **Cost:** | 0.32 |

CLOSED

# United States District Court
## District of Massachusetts (Boston)
## CIVIL DOCKET FOR CASE #: 1:00-cv-11434-NG

Zabin, et al v. Picciotto, et al
Assigned to: Nancy Gertner
Demand: $0
Related Cases: 1:00-cv-11506-NG
              1:00-cv-11624-NG
              1:00-cv-12421-NG
Case in other court: Suffolk Superior, 99-01594A
Cause: 28:1332 Diversity-Medical Malpractice

Date Filed: 07/20/2000
Jury Demand: None
Nature of Suit: 362 Personal Inj. Med.
Malpractice
Jurisdiction: Diversity

**Plaintiff**

**Albert P. Zabin**

**Plaintiff**

**Schneider, Reilly, Zabin & Costello**

**Plaintiff**

**Joel Z. Eigerman**

**Plaintiff**

**Michael C. Gilleran**

**Plaintiff**

**Gilleran & Mortensen**

**Plaintiff**

**Pepe & Hazzard LLP**

**Plaintiff**

**Edwin A. McCabe**

**Plaintiff**

**McCabe, Brown & Davis P.C.**

**Plaintiff**

**Edward Greer**

**Plaintiff**

**George Richardson**

V.

**Defendant**

**Stefano Picciotto**                     represented by  **Dana E. Casher**
                                                          Krulewich & Associates
                                                          50 Staniford Street
                                                          Boston, MA 02114
                                                          617-367-1200
                                                          Fax: 617-367-1988
                                                          Email: dana@krulaw.com
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**Judith Picciotto**                      represented by  **Dana E. Casher**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**Athena Picciotto**                      represented by  **Dana E. Casher**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**Melita Picciotto**                      represented by  **Dana E. Casher**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **James S. Dilday**
                                                          Grayer and Dilday
                                                          Suite 400
                                                          27 School Street
                                                          Boston, MA 02108
                                                          617-227-3470
                                                          Fax: 617-227-9231
                                                          Email: jsdilday@juno.com
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**Juan Nunez**                            represented by  **Dana E. Casher**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**Foreign Car Center, Inc.**              represented by  **Dana E. Casher**
                                                          (See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**Roach, Carens & DeGiacomo PC**

**Counter Defendant**

**Michael P. Thornton**

**Counter Defendant**

**James F. Early**

**Counter Defendant**

**John T. Barrett**

**Counter Defendant**

**Robert T. Naumes**

**Counter Defendant**

**Neil T. Leifer**

**Counter Defendant**

**David Morris**

**Counter Defendant**

**Edwin Wallace**

**Counter Defendant**

**Robert M. Byrne**

**Counter Defendant**

**David Strouss**

| Date Filed | # | Docket Text |
|------------|---|-------------|
| 07/20/2000 | 1 | Notice of Removal filed. Received from: Suffolk Superior; State Court Docket #: 99-1594. Assigned to: Judge Gertner Receipt #: 23974 Amount: $ 150.00. Fee status: pd (fmr) (Entered: 07/27/2000) |
| 07/24/2000 | 7 | State Court Record (certified copy), filed. copy of the docket sheet filed only (fmr) (Entered: 07/31/2000) |
| 07/25/2000 | 2 | Emergency Motion by Albert P. Zabin, Schneider, Reilly, Joel Z. Eigerman, Michael C. Gilleran, Gilleran & Mortensen, Pepe & Hazzard LLP, Edwin A. McCabe, McCabe, Brown, Edward Greer, George Richardson to remand , filed. (fmr) (Entered: 07/27/2000) |
| 07/27/2000 | 3 | Motion by Stefano Picciotto, Judith Picciotto, Athena Picciotto, Melita Picciotto, Juan Nunez, Foreign Car Center for establishment of date to |

| | | file opposition to motion to remand , filed. (fmr) (Entered: 07/27/2000) |
|---|---|---|
| 07/27/2000 | 4 | Motion by Stefano Picciotto, Judith Picciotto, Athena Picciotto, Melita Picciotto, Juan Nunez, Foreign Car Center to effectuate transfer of control of fund , filed. (fmr) (Entered: 07/27/2000) |
| 07/28/2000 | | Judge Nancy Gertner . Endorsed Order entered granting [3-1] motion for establishment of date to file opposition to motion to remand . The opposition to the motion to remand shall be filed by 9:00am Monday 7/31/00 [EOD Date 7/28/00] (fmr) (Entered: 07/28/2000) |
| 07/28/2000 | 5 | Motion by Stefano Picciotto, Judith Picciotto, Athena Picciotto, Melita Picciotto, Juan Nunez, Foreign Car Center to amend counterclaims 5 bound proposed counterclaims submitted , filed. (fmr) (Entered: 07/28/2000) |
| 07/31/2000 | 6 | Response by Stefano Picciotto, Judith Picciotto, Athena Picciotto, Melita Picciotto, Juan Nunez, Foreign Car Center in opposition to [2-1] motion to remand , filed. (fmr) (Entered: 07/31/2000) |
| 07/31/2000 | 8 | Joinder in opposition to motion to remand filed by Melita and Athena Picciotto (fmr) (Entered: 08/01/2000) |
| 07/31/2000 | | Judge Nancy Gertner . Endorsed Order entered granting [2-1] motion to remand . [EOD Date 8/1/00] (fmr) (Entered: 08/01/2000) |
| 07/31/2000 | | Case closed. (fmr) (Entered: 08/01/2000) |
| 08/02/2000 | 9 | Motion by Stefano Picciotto in 1:00-cv-11434, Judith Picciotto in 1:00-cv-11434, Athena Picciotto in 1:00-cv-11434, Melita Picciotto in 1:00-cv-11434, Juan Nunez in 1:00-cv-11434, Foreign Car Center in 1:00-cv-11434 to stay remand , filed. (fmr) (Entered: 08/03/2000) |
| 08/02/2000 | 10 | Motion by Stefano Picciotto in 1:00-cv-11434, Judith Picciotto in 1:00-cv-11434, Athena Picciotto in 1:00-cv-11434, Melita Picciotto in 1:00-cv-11434, Juan Nunez in 1:00-cv-11434, Foreign Car Center in 1:00-cv-11434 for reconsideration of [0-0] endorsed order , filed. (fmr) (Entered: 08/03/2000) |
| 08/02/2000 | 11 | Motion by Stefano Picciotto in 1:00-cv-11434, Judith Picciotto in 1:00-cv-11434, Athena Picciotto in 1:00-cv-11434, Melita Picciotto in 1:00-cv-11434, Juan Nunez in 1:00-cv-11434, Foreign Car Center in 1:00-cv-11434 to amend [1-1] removal notice , filed. (fmr) (Entered: 08/03/2000) |
| 08/07/2000 | | Judge Nancy Gertner . Endorsed Order entered denying [9-1] motion to stay remand . [EOD Date 8/9/00] (fmr) (Entered: 08/09/2000) |
| 08/07/2000 | | Judge Nancy Gertner . Endorsed Order entered mooting [4-1] motion to effectuate transfer of control of fund . [EOD Date 8/9/00] (fmr) (Entered: 08/09/2000) |
| 08/07/2000 | | Judge Nancy Gertner . Endorsed Order entered denying [10-1] motion for reconsideration of [0-0] endorsed order . [EOD Date 8/9/00] (fmr) (Entered: 08/09/2000) |

| 08/07/2000 | | Judge Nancy Gertner . Endorsed Order entered denying [11-1] motion to amend [1-1] removal notice . [EOD Date 8/9/00] (fmr) (Entered: 08/09/2000) |
|---|---|---|
| 08/29/2000 | 12 | Judge Nancy Gertner . Order of remand entered . [EOD Date 8/29/00] (fmr) (Entered: 08/29/2000) |
| 09/18/2000 | 13 | Motion by Albert P. Zabin in 1:00-cv-11434, Schneider, Reilly in 1:00-cv-11434 for sanctions , filed. (fmr) (Entered: 09/18/2000) |
| 09/29/2000 | 14 | Response by Stefano Picciotto in 1:00-cv-11434, Judith Picciotto in 1:00-cv-11434, Athena Picciotto in 1:00-cv-11434, Melita Picciotto in 1:00-cv-11434, Juan Nunez in 1:00-cv-11434, Foreign Car Center in 1:00-cv-11434 in opposition to [13-1] motion for sanctions , filed. (fmr) (Entered: 10/03/2000) |
| 10/03/2000 | | Motion for sanctions and opposition sent to chambers for ruling (fmr) (Entered: 10/03/2000) |
| 12/05/2000 | | Judge Nancy Gertner . Endorsed Order entered denying [13-1] motion for sanctions . [EOD Date 12/6/00] (fmr) (Entered: 12/06/2000) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 08/24/2005 16:55:14 | | |
| **PACER Login:** mm0267 | **Client Code:** | 10017502 |
| **Description:** Docket Report | **Search Criteria:** | 1:00-cv-11434-NG |
| **Billable Pages:** 3 | **Cost:** | 0.24 |

RECEIVED
FEB 6 - 2001
BY

File
cc:  T. DACEY
     T. GALLITANO
     A. ZABIA
     VN. STONE / S. COHEN
     T. EGAN / R. GILLIS
     D. MANSFIELD
     S. BURKE / S. BOLOTIN
     M. CARROLL
     ECH
     E. GREER

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT COURT OF MASSACHUSETTS

STEFANO PICCIOTTO, JUDITH )
PICCIOTTO, MELITA PICCIOTTO, )
ATHENA PICCIOTTO, through her )
father and next friend, )
STEFANO PICCIOTTO, JUAN )
NUNEZ, and FOREIGN CAR )
CENTERS, INC., )
    Plaintiffs, )
           )
    v. )         Civ. No. 00-11506-NG
           )
JEFFREY A. SCHREIBER, )
SCHREIBER AND ASSOCIATES, )
P.C., and RICH INTERNATIONAL, )
INC., )
    Defendants. )

GERTNER, D.J.

## MEMORANDUM AND ORDER RE: MOTIONS TO DISMISS
### January 31, 2001

Like the companion case, _Picciotto et al. v. Zabin et al.,_ this action is not simply without merit; it is wholly frivolous and wastes the time and resources of all concerned.

Like several other cases presently or recently before this Court, this action pertains to an ongoing Massachusetts Superior Court lawsuit, _Albert Zabin et al. v. Picciotto et al.,_ (Suffolk Superior Court No. 99-1594A) ("state interpleader action"). The state interpleader action, in turn, relates to an earlier bankruptcy proceeding in which the Picciottos were unsecured creditors. The defendants in this action were participants in

14

the earlier bankruptcy proceeding: Jeffrey A. Schreiber ("Schreiber") served as counsel to the unsecured creditors committee; Rich International, Inc. ("Rich") was an unsecured creditor and a member of that committee.

The Picciottos are defendants in the state interpleader action, which was brought by various law firms seeking fees allegedly owed by the Picciottos. The Picciottos attempted to counterclaim against Schreiber and Rich, but the state Superior Court denied the motion to file a third party complaint. This ruling was upheld on interlocutory appeal to a single judge of the state appeals court. The Picciottos now bring almost identical claims before this Court. Further, although the state interpleader action is not set for trial until May 1, 2001, the Picciotto family ("the Picciottos" or "plaintiffs") has already (1) filed five interlocutory appeals to a state appeals court judge; (2) filed four petitions for extraordinary relief from the state appeals court; (3) filed three appeals to the full bench of the SJC; and (4) tried twice to remove the state case to federal court. To date, plaintiffs have not received one positive ruling.

Both defendants ask this Court to dismiss this action with prejudice, pursuant to Rules 12(b)(6) and 12(c) of the Federal

-2-

Rules of Civil Procedure.  For the reasons stated below,

defendants' motions to dismiss [docket entries #6 and #8] are

hereby **GRANTED**.  The action is **DISMISSED WITH PREJUDICE**, with

costs and fees to the defendants.


I.   <u>DISCUSSION</u>

A.   <u>Standard on a Motion to Dismiss</u>

In considering defendants' motion to dismiss, I must "accept

the complaint's allegations as true, indulging all reasonable

inferences in favor of [the plaintiffs]."  <u>Kiely v. Raytheon Co.</u>,

105 F.3d 734, 735 (1st Cir. 1997)  I may only grant the motion

and dismiss this action "if it is clear that no relief could be

granted, under any theory, 'under any set of facts that could be

proved consistent with the allegations.'"  <u>Id.</u> (citing <u>Hishon v.

King & Spalding</u>, 467 U.S. 69, 73 (1984)).  On the other hand, I

need not credit "bald assertions, . . . subjective

characterizations, optimistic predictions, or problematic

suppositions."  <u>United States v. AVX Corp.</u>, 962 F.2d 108, 115

(1st Cir. 1992) (internal quotations omitted).  "'[E]mpirically

unverifiable' conclusions, not 'logically compelled, or at least

supported, by the stated facts,' deserve no deference."  <u>Id.</u>

(citing <u>Dartmouth Review v. Dartmouth College</u>, 889 F.2d 13, 16

-3-

(1st Cir.1989)).

## B.   Evaluation of Defendants' Motions to Dismiss

Defendants ask this Court to dismiss all of plaintiffs' claims.   I consider the claims in turn:

### 1.   Count I:   Breach of Fiduciary Duty (Schreiber)

In this Count, the Picciottos claim that in serving as counsel to the unsecured creditors' committee, Schreiber breached his fiduciary duty to plaintiffs.   This claim fails because (1) as attorney to the committee, Schreiber owed no duty to the Picciottos; (2) even if I were inclined to find that Schreiber did owe a duty to the Picciottos, the Superior Court has already held that he did not, and I am certainly not inclined to second-guess that decision; and finally, (3) the Picciottos' claims could (and should) have been raised in an appeal of the bankruptcy plan, which the Picciottos endorsed; as the Picciottos never filed such an appeal, this claim is res judicata. Accordingly, Count I is DISMISSED WITH PREJUDICE.

### 2.   Count II:   Fraud (Schreiber)

In this Count, the Picciottos claim that Schreiber acted fraudulently in his dealings with the bankruptcy court.   This claim, too, could (and should) have been raised on appeal from the bankruptcy plan.   Further, the Picciottos do not plead fraud

-4-

with sufficient particularity to withstand dismissal.

Accordingly, Count II is **DISMISSED WITH PREJUDICE**.

### 3.   Count III:  Interference with Civil Rights, 42 U.S.C. § 1983 (Schreiber)

In Count III, plaintiffs claim that Schreiber violated various Massachusetts Rules of Professional Conduct, and that these violations of conduct ultimately deprived the Picciottos of "rights secured by the Constitution" in violation of 42 U.S.C. § 1983.  This claim, too, must fail, as Schreiber, in his capacity as counsel to the unsecured creditors committee, was not a state actor for purposes of 42 U.S.C. § 1983 liability.

### 4.   Counts IV and IX: Conspiracy to Interfere with Civil Rights, 42 U.S.C. § 1985 (Schreiber and Rich)

In this Count, the Picciottos allege that Schreiber and Rich conspired to deprive the Picciottos of the equal protection of the laws in violation of 42 U.S.C. § 1985(3).  The Picciottos' unsupported allegations, however, include no facts that even begin to prove either of the required elements of a "private conspiracy [claim] under . . . § 1985(3)": (1) "that some racial, or perhaps otherwise class-based, invidiously discriminatory animus lay behind the conspirators' actions,"; and (2) "that the conspiracy is aimed at interfering with rights that are protected

-5-

against private, as well as official, encroachment." <u>Libertad</u>
<u>v. Welch</u>, 53 F.3d 428, 446 (1995). Accordingly, Counts IV and IX
are **DISMISSED WITH PREJUDICE**.

### 5.   Count V:  Negligence (Schreiber)

This tort claim also must be dismissed as Schreiber owed no
duty to the plaintiffs (see discussion under Count I, above),
and, regardless, the claim could and should have been raised in
an appeal of the bankruptcy plan.  Count V is therefore **DISMISSED**
**WITH PREJUDICE**.

### 6.   Count VI:  Intentional Tort (Schreiber)

Again, this claim could and should have been raised on
appeal of the bankruptcy plan; it is therefore <u>res judicata</u> and
must be **DISMISSED**.

### 7.   Count VIII:[1]  Breach of Fiduciary Duty (Rich)

Finally, Count VIII, which alleges breach of fiduciary duty
by defendant Rich, must also be **DISMISSED**, as Rich, a member of
the unsecured creditors committee, and himself an unsecured
creditor, owed no fiduciary duty to the Picciottos.[2]

---

[1] The plaintiff's complaint includes no Count VII.

[2] Further, defendants point out that holding an unsecured creditor and
member of an unsecured creditors committee personally liable for breach of a
fiduciary duty to another unsecured creditor would violate public policy, as
it would discourage creditors from serving on the committee and would
interfere with the committee's activities.

## II.   **CONCLUSION**

For the reasons stated above, defendants' motion to dismiss is **GRANTED**.   This action is **DISMISSED WITH PREJUDICE**.   Further, because plaintiffs' claims are frivolous and waste the time and resources of all involved, defendants are awarded costs and fees associated with defending this action.   Defendants are to submit a proposed order to that effect by **February 15, 2001**.


SO ORDERED.

Dated: January 31, 2001

_____

NANCY GERTNER, U.S.D.J.

-7-