UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 05-10901-DPW

```
* * * * * * * * * * * * * * * * *
                                 *
STEPHANO PICCIOTTO, JUDITH       *
PICCIOTTO, MELITA PICCIOTTO,     *
ATHENA PICCIOTTO, and FOREIGN    *
CAR CENTER, INC.,                *
                                 *
     Plaintiffs,                 *
                                 *
vs.                              *
                                 *
CONTINENTAL INSURANCE CO.,       *
GREAT NORTHERN INSURANCE CO.,    *
HARTFORD INSURANCE CO., and      *
TWIN CITY FIRE INSURANCE CO.,    *
                                 *
     Defendants                  *
                                 *
* * * * * * * * * * * * * * * * *
```

## NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT
## <u>GREAT NORTHEN INSURANCE COMPANY</u>

To: Civil Clerk's Office
    United States District Court
    Moakley U.S. Courthouse
    1 Courthouse Way
    Boston, MA 02210


Please enter the appearance of Richard J. Shea and Megan E. Kures as counsel for the defendant, Great Northern Insurance Company.

Respectfully submitted,


/s/ Megan E. Kures
Richard J. Shea (BBO #456310)
Megan E. Kures (BBO #652485)
Melick, Porter & Shea, LLP
28 State Street
Boston, MA  02109-1775
(617) 523-6200


Dated: 8/25/05


CERTIFICATE OF SERVICE: I hereby certify that the foregoing was served on all counsel of record, on this date: 8/25/05