UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| STEFANO PICCIOTTO, JUDITH PICCIOTTO, MELITA PICCIOTTO, ATHENA PICCIOTTO, AND FOREIGN CAR CENTER, INC.<br><br>Plaintiffs<br><br>v.<br><br>CONTINENTAL CASUALTY COMPANY, GREAT NORTHERN INSURANCE COMPANY, HARTFORD INSURANCE COMPANY and TWIN CITY FIRE INSURANCE COMPANY<br><br>Defendants | C.A. No. 05-10901-DPW |

RESPONSE TO MOTION TO DISMISS OF DEFENDANT
CONTINENTAL CASUALTY COMPANY PURSUANT TO RULE 12(b)(1)

Now come the Plaintiffs Stefano Picciotto, Judith Picciotto, Melita Picciotto, Athena Picciotto, and Foreign Car Center, Inc., and state that the Motion to Dismiss of Defendant Continental Casualty Company Pursuant to Rule 12(b)(1) is rendered moot by the filing of the Amended Complaint of August 18, 2005, which cured the jurisdictional defects; see *Caterpillar Inc. v. Lewis*, 519 U.S. 61, 117 S.Ct. 467, 1236 L.Ed. 2d 437 (1996).

Respectfully submitted,

_____
Stefano Picciotto, Pro Se
418 Lafayette Street
Salem, MA    01970-5347
(978) 741-0218

_____
Judith Picciotto, Pro Se
418 Lafayette Street
Salem, MA 01970-5347
(978) 741-0218

_____
Melita Picciotto, Pro Se
418 Lafayette Street
Salem, MA    01970-5347
(978) 741-0218

_____
Athena Picciotto, Pro Se
418 Lafayette Street
Salem, MA 01970-5347
(978) 741-0218

_____
James M. Shannon, Jr., J.D.
BBO # 453510
418 Rear Lafayette Street
Salem, Massachusetts 01970
(978) 741-0218

DATED August 19, 2005

CERTIFICATE OF SERVICE

I, Stefano Picciotto, hereby certify that a copy of the foregoing document has been served on all parties hereto by hand delivery, facsimile transmission or first class mail, postage prepaid to all parties and attorneys of record as listed on the enclosed service List.

_____
Stefano Picciotto

Dated: August 19, 2005