UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MASSACHUSETTS

STEFANO PICCIOTTO, JUDITH           )
PICCIOTTO, MELITA PICCIOTTO,        )
ATHENA PICCIOTTO, and FOREIGN       )
CENTER, INC.,                       )
        Plaintiffs                  )
     v.                         )    C.A. No. 05 10901 DPW
CONTINENTAL CASUALTY                )
COMPANY, GREAT NORTHERN             )
INSURANCE COMPANY, HARTFORD         )
INSURANCE COMPANY and TWIN          )
CITY FIRE INSURANCE COMPANY,        )
        Defendants                   )

## NOTICE OF APPEARANCE

To the Clerk:

      Please enter my appearance as attorney for plaintiffs Melita Picciotto and

Athena Picciotto in this action.

 

Danielle E. deBenedictis
BBO No. 117440
deBenedictis, Miller & Blum, P.A.
67 Commercial Wharf
Boston, MA 02110
(617) 367-8585

Dated: August 26, 2005

CERTIFICATE OF SERVICE

I, Danielle deBenedictis, attorney for plaintiffs Melita Picciotto and Athena Picciotto, hereby certify that on this day I served the foregoing notice of appearance on the other parties to this action by sending a copy of said notice by first class mail, postage prepaid, to:

Scott Douglas Burke, Esquire
Michael H. Haden, Esquire
Morrisson Mahoney LLP
250 Summer Street
Boston, MA 02110

Stefano Picciotto
418 Lafayette Street\
Salem, MA 01970

Judith Picciotto
418 Lafayette Street
Salem, MA 01970

James M. Shannon, Jr., Esquire
James M. Shannon, Jr.
418 Rear Lafayette Street
Salem, Massachusetts 01970

Signed this 26th day of August, 2005.

Danielle deBenedictis