# UNITED STATES DISTRICT COURT

_____ District of _____

Stefano Picciotto, Judith Picciotto,
Melita Picciotto, Athena Picciotto
and Foreign Car Cewnter, Inc.          **SUMMONS IN A CIVIL CASE**
V.

Continental Casualty Company and others

CASE NUMBER:

# 05 10901 DPW

TO: (Name and address of Defendant)

Hartford Insurance Company
Hartford Plaza
Hartford, Connecticut 06115

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

James Shannon, Esq.   418 Rear Lafayette Street, Salem, MA 01970
Stefan9o Picciotto, Pro Se, 418 Lafayette Street, Salem, MA 01970
Judith Picciotto, Pro Se, 418 Lafayette Street, Salem, MA 01970
Melita Picciotto, Pro Se, 418 Lafayette Street, Salem, MA 01970
Athena Picciotto, Pro Se, 418 Lafatte Street, Salem, MA 01970

an answer to the complaint which is herewith served upon you, within __twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON                         MAY 3 - 2005
_____        _____
CLERK                                     DATE

_____
(By) DEPUTY CLERK