# UNITED STATES DISTRICT COURT

_____ District of _____

Stefano Picciotto, Judith Picciotto,
Melita Picciotto, Athena Picciotto,
and Foreign Car Center, Inc.                    **SUMMONS IN A CIVIL CASE**
         V.

Continental Casualty Company and others
                                                CASE NUMBER:

## 05 10901 DPW

TO: (Name and address of Defendant)

Twin City Fire Insurance Company
Hartford Plaza
Hartford, Connecticut 06115

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

James Shannon, Esq. 418 Rear Lafayette Street, Salem, MA 01970
Stefano Picciotto, Pro Se, 418 Lafayettte Street, Salem, MA 01970
Judith Picciotto, Pro Se, 418 Lafayette Street, Salem, MA, 0197
Melita Picciotto, Pro Se, 418 Lafayette Street, Salem, MA 01970
Athena Picciotto, 418 Lafayette Street, Salem, MA, 01970
                                                                (Pro Se)

an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON                               MAY 3 - 2005
_____       _____
CLERK                                           DATE

(By) DEPUTY CLERK

Deputy Sheriff, George Slyva



**Suffolk County Sheriff's Department** • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999

*Suffolk, ss.*

August 31, 2005

I hereby certify and return that on 8/26/2005 at 9:10AM I served two copies copy of the within Summons and Amended Complaint and Complaint in this action together with $6.00 in fees, upon the within named Twin City Fire Insurance Company in the following manner (See Mass. R. Civ.P.4(d)): by leaving at the office of the Insurance Commissioner for the Commonwealth the true and lawful attorney of the said corporation upon whom service of all lawful process may be made. Service was made by giving in hand to Kerry Lucky agent at time of service. Paid Commr ($6.00), U.S. District Court Fee ($5.00), Basic Service Fee (IH) ($30.00), Postage and Handling ($1.00), Attest/Copies ($10.00) Total Charges $52.00

_____
Deputy Sheriff

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                    Date                          Signature of Server

                                        _____
                                        Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.