# UNITED STATES DISTRICT COURT

_____  District of  _____

Stefano Picciotto, Judith Picciotto,
Melita Picciotto, Athena Picciotto,
and Foreign Car Center, Inc.

**SUMMONS IN A CIVIL CASE**

V.

Continental Casualty Company and others

CASE NUMBER:

**05 10901 DPW**

TO: (Name and address of Defendant)

Great Northern Insurance Company
15 Mountain View Road
Warren, New Jersey, 08059

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

James Shannon, Esq.  418 Rear Lafayette Street, Salem, MA 01970
Stefano Picciotto, Pro Se, 418 Lafayette Street, Salem, MA 01970
Judith Picciotto, Pro Se, 418 Lafayette Street, Salem, MA 01970
Melita Picciotto, Pro Se, 418 Lafayette Street, Salem, MA 01970
Athena Picciotto, Pro Se, 418 Lafayette Street, Salem, MA 01970

an answer to the complaint which is herewith served upon you, within ___twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

MAY 3 - 2005

CLERK

(By) DEPUTY CLERK

DATE

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

Deputy Sheriff, George Slyva

Suffolk County Sheriff's Department • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999

Suffolk, ss.

August 31, 2005

I hereby certify and return that on 8/26/2005 at 9:10AM I served two copies copy of the within Summons and Amended Complaint and Complaint in this action together with $6.00 in fees, upon the within named Great Northern Insurance Company in the following manner (See Mass. R. Civ.P.4(d)): by leaving at the office of the Insurance Commissioner for the Commonwealth the true and lawful attorney of the said corporation upon whom service of all lawful process may be made.Service was made by giving in hand to Kerry Lucky agent at time of service.Paid Commr ($6.00), U.S. District Court Fee ($5.00), Basic Service Fee (IH) ($30.00), Travel ($1.00), Postage and Handling ($1.00), Attest/Copies ($10.00) Total Charges $53.00

Deputy Sheriff

☐ Other (specify): ____________________

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ____________________ ____________________
Date *Signature of Server*

____________________
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

DSD 1/9/05