UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MASSACHUSETTS

STEFANO PICCIOTTO, et al )
        Plaintiffs )
v. ) C.A. No. 05-10901 DPW
CONTINENTAL CASUALTY )
COMPANY, et al )
        Defendants )

## REQUEST FOR ORAL ARGUMENTS

Pursuant to U.S. District Court local Rule 7.1(D), plaintiff Stefano Picciotto hereby requests oral arguments on his Opposition to the Defendant Continental Casualty Company's Motion for Leave to Reply to Plaintiffs' Response to Motion to Dismiss of Defendant Continental Casualty Company Pursuant to Rule 12(b)(1). Plaintiff believes that oral arguments may assist the Court, and wishes to be heard.

Respectfully submitted,

STEFANO PICCIOTTO
Pro Se

_____
Stefano Picciotto
418 Lafayette Street
Salem, MA 01970
(978) 741-0218

Dated: September 6, 2005

### CERTIFICATE OF SERVICE

I, Stefano Picciotto, hereby certify that on this day I served the foregoing document by sending a copy thereof by first class mail, postage prepaid, or in hand to all attorneys and pro se parties of record.

Signed this _6_ day of September 2005.
_____
Stefano Picciotto