UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEFANO PICCIOTTO, JUDITH PICCIOTTO, MELITA PICCIOTTO, ATHENA PICCIOTTO, and FOREIGN CENTER, INC.,<br>　　　　　　Plaintiffs<br>　　v.<br>CONTINENTAL CASUALTY COMPANY, GREAT NORTHERN INSURANCE COMPANY, HARTFORD INSURANCE COMPANY and TWIN CITY FIRE INSURANCE COMPANY,<br>　　　　　　Defendants | C.A. No. 05 10901 DPW |

**PLAINTIFFS' OPPOSITION TO THE MOTION OF DEFENDANT CONTINENTAL CASUALTY COMPANY FOR LEAVE TO REPLY TO PLAINTIFFS' RESPONSE TO THE MOTION OF SAID DEFENDANT TO DISMISS UNDER TO RULE 12(b)(1)**

Plaintiffs Stefano Picciotto, Judith Picciotto, Melita Picciotto, Athena Picciotto and Foreign Car Center, Inc. ("plaintiffs") hereby oppose Defendant Continental Casualty Company's Motion For Leave To Reply To Plaintiffs' Response To Motion To Dismiss Of Defendant Continental Casualty Company Pursuant To Rule 12(b)(1).

As grounds for their motion, plaintiffs state that their filing of an amended complaint made moot the motion to dismiss under Rule 12(b)(1) that defendant Continental Casualty Company filed with respect to plaintiffs' original complaint.

In support of their opposition, plaintiffs have filed Plaintiffs' Memorandum In Response To The Motion Of Defendant Continental Casualty Company For Leave To

Reply To Plaintiffs' Response To The Motion Of Said Defendant To Dismiss Under Rule 12(b)(1).

STEFANO PICCIOTTO
Pro Se

*/s/ Stefano Picciotto*
Stefano Picciotto
418 Lafayette Street
Salem, MA 01970
(978) 741-0218


JUDITH PICCIOTTO
Pro Se

*/s/ Judith Picciotto*
418 Lafayette Street
Salem, MA 01970
(978) 741-0218


MELITA PICCIOTTO and
ATHENA PICCIOTTO

By their attorney,

*/s/ Danielle deBenedictis*
Danielle deBenedictis
BBO No. 117440
deBenedictis, Miller & Blum, P.A.
67 Commercial Wharf
Boston, MA 02110
(617) 367-8585

2

FOREIGN CAR CENTER, INC.

By its attorney,

_____
James M. Shannon, Jr.
BBO No. 456610
418 Rear Lafayette Street
Salem, MA 01970
(978) 741-0218

Dated: September 6, 2005

CERTIFICATE OF SERVICE

I, Stefano Picciotto, hereby certiffy that on this day I served the foregoing document by sending a copy thereof by first class mail, postage prepaid, or in hand to all attorneys and pro se parties of record.

Signed this 6th day of September, 2005.

_____
Stefano Picciotto

3