UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEFANO PICCIOTTO, JUDITH PICCIOTTO, MELITA PICCIOTTO, ATHENA PICCIOTTO, and FOREIGN CENTER, INC., <br>     Plaintiffs <br> v. <br> CONTINENTAL CASUALTY COMPANY, GREAT NORTHERN INSURANCE COMPANY, HARTFORD INSURANCE COMPANY and TWIN CITY FIRE INSURANCE COMPANY, <br>     Defendants | C.A. No. 05 10901 DPW |

**MOTION TO EXTEND TIME
TO RESPOND TO NOTICE OF RELATED CIVIL CASES
BY CONTINENTAL CAUSULATY COMPANY**

Now comes the plaintiff Stefano Picciotto (hereafter "Plaintiff") and hereby moves this Honorable Court to extend the time to allow Plaintiff to respond to the Notice Of Related Civil Cases By Continental Casualty Company (hereafter "Notice") until September 21, 2005. As grounds therefor, Plaintiff states that he first received a copy of said Notice via facsimile transmission on Wednesday, September 7, 2005, at 12:35 PM. Plaintiff has also checked with the attorney for plaintiffs Melita and Athena Picciotto, the attorney for plaintiff Foreign Car Center, Inc., and with pro se plaintiff Judith Picciotto. None of the other parties received a copy of said Notice either. (See Affidavit Of Stefano Picciotto In Support Of Motion To Extend Time To Respond To Notice Of Related Civil Cases By Continental Casualty Company filed herewith.) Of note is that, in the

documents that Plaintiff received from Continental's attorney, Scott Burke, on September 7, 2005, there is no certificate of service.

Plaintiff would like to address the statements made in said Notice.

WHEREFORE, the Plaintiff requests that this Honorable Court:

1. Grant him until September 21, 2005, to file a response; and

2. Grant any other relief this Court deems just and appropriate.

Respectfully submitted,

STEFANO PICCIOTTO
Pro Se

_____
Stefano Picciotto
418 Lafayette Street
Salem, MA 01970
(978) 741-0218

Dated: September 8, 2005.

CERTIFICATE OF SERVICE

I, Stefano Picciotto, hereby certify that on this day I served the foregoing document by sending a copy thereof by first class mail, postage prepaid, or in hand to all attorneys and pro se parties of record.

Signed this _____ day of September 2005.

_____
Stefano Picciotto

2