UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| STEFANO PICCIOTTO, JUDITH PICCIOTTO, MELITA PICCIOTTO, ATHENA PICCIOTTO, and FOREIGN CENTER, INC.,<br>　　　　Plaintiffs<br>　　v.<br>CONTINENTAL CASUALTY COMPANY, GREAT NORTHERN INSURANCE COMPANY, HARTFORD INSURANCE COMPANY and TWIN CITY FIRE INSURANCE COMPANY,<br>　　　　Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)   C.A. No. 05 10901 DPW<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**AFFIDAVIT OF STEFANO PICCIOTTO
IN SUPPORT OF MOTION TO EXTEND TIME TO RESPOND TO NOTICE OF
RELATED CIVIL CASES BY CONTINENTAL CAUSULATY COMPANY**

I, Stefano Picciotto, hereby depose and state:

1. I did not receive a copy of the Notice Of Related Civil Cases By Continental Casualty Company until a facsimile transmission of it was made to me on Wednesday, September 7, 2005.

2. I was sent the exhibits which are referenced in the Notice Of Related Civil Cases By Continental Casualty Company, however, the exhibits were attached to the Memorandum Of Law In Support Of Motion For Leave To Reply To Plaintiff's Response To Motion To Dismiss Of Defendant Continental Casualty Company Pursuant to Rule 12(b)(1).

3, I contacted all of the other plaintiffs in the case and was informed that none of those parties had received a copy of the Notice Of Related Civil Cases By Continental Casualty Company either.

Signed Under the pains and penalties of perjury this ___ day of September 2005.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Stefano Picciotto
　　　　　　　　　　　　　　　　　　418 Lafayette Street
　　　　　　　　　　　　　　　　　　Salem, MA 01970
　　　　　　　　　　　　　　　　　　(978) 741-0218

## CERTIFICATE OF SERVICE

I, Stefano Picciotto, hereby certify that on this day I served the foregoing document by sending a copy thereof by first class mail, postage prepaid, or in hand to all attorneys and pro se parties of record.

Signed this _8_ day of September 2005.

_____
Stefano Picciotto