UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEFANO PICCIOTTO, JUDITH PICCIOTTO, MELITA PICCIOTTO, ATHENA PICCIOTTO and FOREIGN CAR CENTER, INC.<br>　　　　Plaintiff<br><br>v.<br><br>CONINENTAL CASUALTY COMPANY, GREAT NORTHERN INSURANCE COMPANY, HARTFORD INSURANCE COMPANY and TWIN CITY FIRE INSURANCE COMAPNY<br>　　　　Defendant | CIVIL ACTION NO. 05-10901 DPW |

DEFENDANTS HARTFORD INSURANCE COMPANY AND TWIN CITY FIRE INSURANCE COMAPNY'S MOTION TO EXTEND TIME TO ANSWER THE PLAINTIFFS' AMENDED COMPLAINT

Pursuant to Fed. R. Civ. P. 6(b)(1), defendants Hartford Insurance Company ("Hartford")[1] and Twin City Fire Insurance Company ("Twin City") hereby move this Court for a thirty day extension of time to file a responsive pleading to the plaintiffs' Amended Complaint.

As grounds for this motion, Hartford and Twin City state that their counsel in this matter, Peabody & Arnold, LLP, was not informed that service of the Amended Complaint had been made until some time during the week of September 5, 2005. A responsive pleading is currently due on or about September 15, 2005. Hartford and Twin City intend to file a motion to dismiss the plaintiffs' complaint that will require additional time to adequately research and brief. The

---

[1] The actual name of the entity the plaintiffs likely intend to name as a defendant is "The Hartford Financial Services Group, Inc."

requested extension of thirty days will assist the Court in addressing the arguments Hartford and Twin City intend to advance. The brief extension of time will not prejudice the plaintiffs as they similarly moved the Court on September 8, 2005 for an extension of time on an unrelated motion. Moreover, the requested extension will serve the duel interests of justice and judicial economy.

Accordingly, Hartford and Twin City respectfully request that this Court extend the time for the filing of a responsive pleading to the Amended Complaint until Monday, October 17, 2005.

                        Respectfully submitted,

                        HARTFORD INSURANCE COMPANY and TWIN CITY FIRE INSURANCE COMAPNY

                        By its attorneys,

                            /s/ Timothy O. Egan
                        Harvey Weiner, BBO# 519840
                        Timothy O. Egan, BBO# 637992
                        PEABODY & ARNOLD, LLP
                        30 Rowes Wharf
                        Boston, MA 02110-3342
                        (617) 951-2100

DATE: September 13, 2005

**CERTIFICATE OF SERVICE**

I, Timothy O. Egan, hereby certify that a true copy of the above document was served upon the plaintiffs and attorney of record for each other party not identified on the Notice of Electronic Filing as an electronic recipient by mail on September 13, 2005.

                        /s/ Timothy O. Egan
                        Timothy O. Egan

**LOCAL RULE 7.1(a)(2) CERTIFICATION**

    I, Timothy O. Egan, hereby certify that pursuant to Local Rule 7.1(a)(2), I attempted in good faith to confer by telephone with the Picciotto family on two occasions on September 13, 2005 regarding the filing of this motion but I received no answer.  As this motion is time sensitive due to the looming deadline, I was unable to try to reach the plaintiffs a third time before filing this motion.

                                              /s/ Timothy O. Egan
                                              Timothy O. Egan