UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 05-10901-DPW

```
* * * * * * * * * * * * * * * *   *
                                   *
STEPHANO PICCIOTTO, JUDITH         *
PICCIOTTO, MELITA PICCIOTTO,       *
ATHENA PICCIOTTO, and FOREIGN      *
CAR CENTER, INC.,                  *
                                   *
        Plaintiffs,                *
                                   *
vs.                                *
                                   *
CONTINENTAL INSURANCE CO.,         *
GREAT NORTHERN INSURANCE CO.,      *
HARTFORD INSURANCE CO., and        *
TWIN CITY FIRE INSURANCE CO.,      *
                                   *
        Defendants                 *
                                   *
* * * * * * * * * * * * * * * *   *
```

## ANSWER AND JURY CLAIM OF THE DEFENDANT, GREAT NORTHERN INSURANCE COMPANY, TO THE PLAINTIFFS' AMENDED COMPLAINT

The defendant, Great Northern Insurance Company, in the above-captioned matter, hereby makes this its answer to the plaintiffs' amended complaint.

### FIRST DEFENSE

#### Parties

1.   The defendant is presently without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 1 and calls upon the plaintiffs to prove the same.

2.   The defendant is presently without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 2 and calls upon the plaintiffs to prove the same.

3.   The defendant is presently without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 3 and calls upon the plaintiffs to prove the same.

4.   The defendant denies the allegations contained in paragraph 4.

5.   The defendant is presently without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 5 and calls upon the plaintiffs to prove the same.

6.   The defendant is presently without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 6 and calls upon the plaintiffs to prove the same.

<u>Facts</u>

7.   The defendant is presently without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 7 and calls upon the plaintiffs to prove the same.

8.   The defendant is presently without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 8 and calls upon the plaintiffs to prove the same.

9.   The defendant is presently without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 9 and calls upon the plaintiffs to prove the same.

10.   The defendant is presently without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 10 and calls upon the plaintiffs to prove the same.

11.   The defendant is presently without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 11 and calls upon the plaintiffs to prove the same.

12.   The defendant is presently without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 12 and calls upon the plaintiffs to prove the same.

13.   The defendant is presently without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 13 and calls upon the plaintiffs to prove the same.

14.   The defendant is presently without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 14 and calls upon the plaintiffs to prove the same.

15.   The defendant is presently without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 15 and calls upon the plaintiffs to prove the same.

16.   The defendant denies the allegations contained in paragraph 16.

17.   The defendant denies the allegations contained in paragraph 17.

18.   The defendant is presently without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 18 and calls upon the plaintiffs to prove the same.

19.   The defendant is presently without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 19 and calls upon the plaintiffs to prove the same.

20.   The defendant is presently without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 20 and calls upon the plaintiffs to prove the same.

21.   The defendant is presently without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 21 and calls upon the plaintiffs to prove the same.

22.   The defendant is presently without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 22 and calls upon the plaintiffs to prove the same.

23.   The defendant is presently without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 23 and calls upon the plaintiffs to prove the same.

24.   The defendant is presently without knowledge or information sufficient to form a belief as to the truth of the

allegations contained in paragraph 24 and calls upon the plaintiffs to prove the same.

25.   The defendant is presently without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 25 and calls upon the plaintiffs to prove the same.

26.   The defendant is presently without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 26 and calls upon the plaintiffs to prove the same.

27.   The defendant is presently without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 27 and calls upon the plaintiffs to prove the same.

28.   The defendant is presently without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 28 and calls upon the plaintiffs to prove the same.

29.   The defendant is presently without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 29 and calls upon the plaintiffs to prove the same.

30.   The defendant is presently without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 30 and calls upon the plaintiffs to prove the same.

31.   The defendant is presently without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 31 and calls upon the plaintiffs to prove the same.

32.   The defendant is presently without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 32 and calls upon the plaintiffs to prove the same.

33.   The defendant is presently without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 33 and calls upon the plaintiffs to prove the same.

34.   The defendant is presently without knowledge or information sufficient to form a belief as to the truth of the

allegations contained in paragraph 34 and calls upon the plaintiffs to prove the same.

35.  The defendant is presently without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 35 and calls upon the plaintiffs to prove the same.

36.  The defendant is presently without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 36 and calls upon the plaintiffs to prove the same.

37.  The defendant is presently without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 37 and calls upon the plaintiffs to prove the same.

38.  The defendant is presently without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 38 and calls upon the plaintiffs to prove the same.

39.  The defendant is presently without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 39 and calls upon the plaintiffs to prove the same.

40.  The defendant is presently without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 40 and calls upon the plaintiffs to prove the same.

41.  The defendant is presently without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 41 and calls upon the plaintiffs to prove the same.

42.  The defendant is presently without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 42 and calls upon the plaintiffs to prove the same.

43.  The defendant is presently without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 43 and calls upon the plaintiffs to prove the same.

44.  The defendant is presently without knowledge or information sufficient to form a belief as to the truth of the

allegations contained in paragraph 44 and calls upon the
plaintiffs to prove the same.

45.   The defendant is presently without knowledge or
information sufficient to form a belief as to the truth of the
allegations contained in paragraph 45 and calls upon the
plaintiffs to prove the same.

46.   The defendant is presently without knowledge or
information sufficient to form a belief as to the truth of the
allegations contained in paragraph 46 and calls upon the
plaintiffs to prove the same.

47.   The defendant is presently without knowledge or
information sufficient to form a belief as to the truth of the
allegations contained in paragraph 47 and calls upon the
plaintiffs to prove the same.

48.   The defendant is presently without knowledge or
information sufficient to form a belief as to the truth of the
allegations contained in paragraph 48 and calls upon the
plaintiffs to prove the same.

49.   The defendant is presently without knowledge or
information sufficient to form a belief as to the truth of the
allegations contained in paragraph 49 and calls upon the
plaintiffs to prove the same.

50.   The defendant is presently without knowledge or
information sufficient to form a belief as to the truth of the
allegations contained in paragraph 50 and calls upon the
plaintiffs to prove the same.

51.   The defendant is presently without knowledge or
information sufficient to form a belief as to the truth of the
allegations contained in paragraph 51 and calls upon the
plaintiffs to prove the same.

52.   The defendant is presently without knowledge or
information sufficient to form a belief as to the truth of the
allegations contained in paragraph 52 and calls upon the
plaintiffs to prove the same.

53.   The defendant is presently without knowledge or
information sufficient to form a belief as to the truth of the
allegations contained in paragraph 53 and calls upon the
plaintiffs to prove the same.

54.   The defendant is presently without knowledge or
information sufficient to form a belief as to the truth of the

allegations contained in paragraph 54 and calls upon the
plaintiffs to prove the same.

55.    The defendant is presently without knowledge or
information sufficient to form a belief as to the truth of the
allegations contained in paragraph 55 and calls upon the
plaintiffs to prove the same.

56.    The defendant is presently without knowledge or
information sufficient to form a belief as to the truth of the
allegations contained in paragraph 56 and calls upon the
plaintiffs to prove the same.

57.    The defendant is presently without knowledge or
information sufficient to form a belief as to the truth of the
allegations contained in paragraph 57 and calls upon the
plaintiffs to prove the same.

58.    The defendant is presently without knowledge or
information sufficient to form a belief as to the truth of the
allegations contained in paragraph 58 and calls upon the
plaintiffs to prove the same.

59.    The defendant denies the allegations in paragraph 59 to
the extent that they are directed at Great Northern.    The
defendant is presently without knowledge or information
sufficient to form a belief as to the truth of the remaining
allegations contained in paragraph 59 and calls upon the
plaintiffs to prove the same.

60.    The defendant denies the allegations contained in
paragraph 60.

61.    The defendant is presently without knowledge or
information sufficient to form a belief as to the truth of the
allegations contained in paragraph 61 and calls upon the
plaintiffs to prove the same.

62.    The defendant is presently without knowledge or
information sufficient to form a belief as to the truth of the
allegations contained in paragraph 62 and calls upon the
plaintiffs to prove the same.

63.    The defendant denies the allegations contained in
paragraph 63 directed to Great Northern.    The remaining
allegations are not directed to Great Northern and therefore no
response is required.    However, in the event that these
allegations are read to be applicable to Great Northern, the

defendant denies said allegations.

64.    The defendant is presently without knowledge or
information sufficient to form a belief as to the truth of the
allegations contained in paragraph 64 and calls upon the
plaintiffs to prove the same.

65.    The defendant is presently without knowledge or
information sufficient to form a belief as to the truth of the
allegations contained in paragraph 65 and calls upon the
plaintiffs to prove the same.

66.    The defendant denies the allegations contained in
paragraph 66 directed to Great Northern.    The remaining
allegations are not directed to Great Northern and therefore no
response is required.    However, in the event that these
allegations are read to be applicable to Great Northern, the
defendant denies said allegations.

67.    The defendant is presently without knowledge or
information sufficient to form a belief as to the truth of the
allegations contained in paragraph 67 and calls upon the
plaintiffs to prove the same.

68.    The defendant is presently without knowledge or
information sufficient to form a belief as to the truth of the
allegations contained in paragraph 68 and calls upon the
plaintiffs to prove the same.

69.    The defendant denies the allegations contained in
paragraph 69 directed to Great Northern.    The remaining
allegations are not directed to Great Northern and therefore no
response is required.    However, in the event that these
allegations are read to be applicable to Great Northern, the
defendant denies said allegations.

70.    The defendant denies the allegations contained in
paragraph 70 directed to Great Northern.    The remaining
allegations are not directed to Great Northern and therefore no
response is required.    However, in the event that these
allegations are read to be applicable to Great Northern, the
defendant denies said allegations.

71.    The defendant denies the allegations contained in
paragraph 71 directed to Great Northern.    The remaining
allegations are not directed to Great Northern and therefore no
response is required.    However, in the event that these
allegations are read to be applicable to Great Northern, the
defendant denies said allegations.

72.   The defendant denies the allegations contained in paragraph 72 directed to Great Northern.  The remaining allegations are not directed to Great Northern and therefore no response is required.  However, in the event that these allegations are read to be applicable to Great Northern, the defendant denies said allegations.

73.   The defendant is presently without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 73 and calls upon the plaintiffs to prove the same.

74.   The defendant is presently without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 74 and calls upon the plaintiffs to prove the same.

75.   The defendant denies the allegation contained in paragraph 75.

76.   The defendant is presently without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 76 and calls upon the plaintiffs to prove the same.

77.   The defendant is presently without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 77 and calls upon the plaintiffs to prove the same.

78.   The defendant is presently without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 78 and calls upon the plaintiffs to prove the same.

79.   The defendant is presently without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 79 and calls upon the plaintiffs to prove the same.

80.   The defendant is presently without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 80 and calls upon the plaintiffs to prove the same.

81.   The defendant is presently without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 81 and calls upon the plaintiffs to prove the same.

82.   The defendant is presently without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 82 and calls upon the plaintiffs to prove the same.

83.   The defendant denies the allegations contained in paragraph 83 directed to Great Northern.   The remaining allegations are not directed to Great Northern and therefore no response is required.   However, in the event that these allegations are read to be applicable to Great Northern, the defendant denies said allegations.

84.   The defendant denies the allegations contained in paragraph 84 directed to Great Northern.   The remaining allegations are not directed to Great Northern and therefore no response is required.   However, in the event that these allegations are read to be applicable to Great Northern, the defendant denies said allegations.

85.   The defendant is presently without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 85 and calls upon the plaintiffs to prove the same.

86.   The defendant is presently without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 86 and calls upon the plaintiffs to prove the same.

87.   The defendant denies the allegations contained in paragraph 87 directed to Great Northern.   The remaining allegations are not directed to Great Northern and therefore no response is required.   However, in the event that these allegations are read to be applicable to Great Northern, the defendant denies said allegations.

88.   The defendant denies the allegations contained in paragraph 88 directed to Great Northern.   The remaining allegations are not directed to Great Northern and therefore no response is required.   However, in the event that these allegations are read to be applicable to Great Northern, the defendant denies said allegations.

89.   The defendant denies the allegations contained in paragraph 89 directed to Great Northern.   The remaining allegations are not directed to Great Northern and therefore no response is required.   However, in the event that these allegations are read to be applicable to Great Northern, the defendant denies said allegations.

90. The defendant denies the allegations contained in paragraph 90 directed to Great Northern. The remaining allegations are not directed to Great Northern and therefore no response is required. However, in the event that these allegations are read to be applicable to Great Northern, the defendant denies said allegations.

91. The defendant denies the allegations contained in paragraph 91 directed to Great Northern. The remaining allegations are not directed to Great Northern and therefore no response is required. However, in the event that these allegations are read to be applicable to Great Northern, the defendant denies said allegations.

92. The defendant denies the allegations contained in paragraph 92 directed to Great Northern. The remaining allegations are not directed to Great Northern and therefore no response is required. However, in the event that these allegations are read to be applicable to Great Northern, the defendant denies said allegations.

93. The defendant denies the allegations contained in paragraph 93 directed to Great Northern. The remaining allegations are not directed to Great Northern and therefore no response is required. However, in the event that these allegations are read to be applicable to Great Northern, the defendant denies said allegations.

94. The defendant denies the allegations contained in paragraph 94 directed to Great Northern. The remaining allegations are not directed to Great Northern and therefore no response is required. However, in the event that these allegations are read to be applicable to Great Northern, the defendant denies said allegations.

95. The defendant denies the allegations contained in paragraph 95 directed to Great Northern. The defendant is presently without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 95 and calls upon the plaintiffs to prove the same.

96. The defendant is presently without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 96 and calls upon the plaintiffs to prove the same.

97. The defendant denies the allegations contained in paragraph 97 directed to Great Northern. The remaining allegations are not directed to Great Northern and therefore no response is required. However, in the event that these

allegations are read to be applicable to Great Northern, the
defendant denies said allegations.

98.   The defendant denies the allegations contained in
paragraph 98 directed to Great Northern.   The remaining
allegations are not directed to Great Northern and therefore no
response is required.   However, in the event that these
allegations are read to be applicable to Great Northern, the
defendant denies said allegations.

99.   The defendant denies the allegations contained in
paragraph 99 directed to Great Northern.   The remaining
allegations are not directed to Great Northern and therefore no
response is required.   However, in the event that these
allegations are read to be applicable to Great Northern, the
defendant denies said allegations.

100.   The defendant denies the allegations contained in
paragraph 100 directed to Great Northern.   The remaining
allegations are not directed to Great Northern and therefore no
response is required.   However, in the event that these
allegations are read to be applicable to Great Northern, the
defendant denies said allegations.

101.   The defendant is presently without knowledge or
information sufficient to form a belief as to the truth of the
allegations contained in paragraph 101 and calls upon the
plaintiffs to prove the same.

102.   The defendant is presently without knowledge or
information sufficient to form a belief as to the truth of the
allegations contained in paragraph 102 and calls upon the
plaintiffs to prove the same.

103.   The defendant is presently without knowledge or
information sufficient to form a belief as to the truth of the
allegations contained in paragraph 103 and calls upon the
plaintiffs to prove the same.

104.   The defendant denies the allegations contained in
paragraph 104 directed to Great Northern.   The remaining
allegations are not directed to Great Northern and therefore no
response is required.   However, in the event that these
allegations are read to be applicable to Great Northern, the
defendant denies said allegations.

105.   The defendant denies the allegations contained in
paragraph 105 directed to Great Northern.   The remaining
allegations are not directed to Great Northern and therefore no
response is required.   However, in the event that these

allegations are read to be applicable to Great Northern, the defendant denies said allegations.

106.    The defendant denies the allegations contained in paragraph 106 directed to Great Northern.   The remaining allegations are not directed to Great Northern and therefore no response is required.   However, in the event that these allegations are read to be applicable to Great Northern, the defendant denies said allegations.

107.    The defendant denies the allegations contained in paragraph 107 directed to Great Northern.   The remaining allegations are not directed to Great Northern and therefore no response is required.   However, in the event that these allegations are read to be applicable to Great Northern, the defendant denies said allegations.

108.    The defendant is presently without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 108 and calls upon the plaintiffs to prove the same.

109.    The defendant denies the allegations contained in paragraph 109 directed to Great Northern.   The remaining allegations are not directed to Great Northern and therefore no response is required.   However, in the event that these allegations are read to be applicable to Great Northern, the defendant denies said allegations.

110. The defendant denies the allegations contained in paragraph 110 directed to Great Northern.   The defendant is presently without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 110 and calls upon the plaintiffs to prove the same.

111.    The defendant denies the allegations contained in paragraph 111, including subparts a through h, directed to Great Northern.   The remaining allegations are not directed to Great Northern and therefore no response is required.   However, in the event that these allegations are read to be applicable to Great Northern, the defendant denies said allegations.

112.    The defendant denies the allegations contained in paragraph 112 directed to Great Northern.   The remaining allegations are not directed to Great Northern and therefore no response is required.   However, in the event that these allegations are read to be applicable to Great Northern, the defendant denies said allegations.

113.    The defendant denies the allegations contained in

paragraph 113, including subparts a and b, directed to Great
Northern.  The remaining allegations are not directed to Great
Northern and therefore no response is required.  However, in the
event that these allegations are read to be applicable to Great
Northern, the defendant denies said allegations.

114.  The defendant denies the allegations contained in
paragraph 114 directed to Great Northern.  The remaining
allegations are not directed to Great Northern and therefore no
response is required.  However, in the event that these
allegations are read to be applicable to Great Northern, the
defendant denies said allegations.

115.  The defendant denies the allegations contained in
paragraph 115, including subparts a through e, directed to Great
Northern.  The remaining allegations are not directed to Great
Northern and therefore no response is required.  However, in the
event that these allegations are read to be applicable to Great
Northern, the defendant denies said allegations.

116.  The defendant is presently without knowledge or
information sufficient to form a belief as to the truth of the
allegations contained in paragraph 116 and calls upon the
plaintiffs to prove the same.

117.  The defendant is presently without knowledge or
information sufficient to form a belief as to the truth of the
allegations contained in paragraph 117 and calls upon the
plaintiffs to prove the same.

118.  The defendant denies the allegations contained in
paragraph 118 directed to Great Northern.  The remaining
allegations are not directed to Great Northern and therefore no
response is required.  However, in the event that these
allegations are read to be applicable to Great Northern, the
defendant denies said allegations.

119.  The defendant denies the allegations contained in
paragraph 119 directed to Great Northern.  The defendant is
presently without knowledge or information sufficient to form a
belief as to the truth of the remaining allegations contained in
paragraph 119 and calls upon the plaintiffs to prove the same.

120.  The defendant denies the allegations contained in
paragraph 120 directed to Great Northern.  The remaining
allegations are not directed to Great Northern and therefore no
response is required.  However, in the event that these
allegations are read to be applicable to Great Northern, the
defendant denies said allegations.

121.   The defendant denies the allegations contained in paragraph 121, including subparts a through c, directed to Great Northern.   The remaining allegations are not directed to Great Northern and therefore no response is required.   However, in the event that these allegations are read to be applicable to Great Northern, the defendant denies said allegations.

122.   The defendant denies the allegations contained in paragraph 122 directed to Great Northern.   The remaining allegations are not directed to Great Northern and therefore no response is required.   However, in the event that these allegations are read to be applicable to Great Northern, the defendant denies said allegations.

123.   The defendant denies the allegations contained in paragraph 123 directed to Great Northern.   The remaining allegations are not directed to Great Northern and therefore no response is required.   However, in the event that these allegations are read to be applicable to Great Northern, the defendant denies said allegations.

124.   The defendant is presently without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 124 and calls upon the plaintiffs to prove the same.

125.   The defendant is presently without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 125 and calls upon the plaintiffs to prove the same.

126.   The defendant denies the allegations contained in paragraph 126 directed to Great Northern.   The remaining allegations are not directed to Great Northern and therefore no response is required.   However, in the event that these allegations are read to be applicable to Great Northern, the defendant denies said allegations.

127.   The defendant is presently without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 127 and calls upon the plaintiffs to prove the same.

128.   The defendant denies the allegations contained in paragraph 128 directed to Great Northern.   The remaining allegations are not directed to Great Northern and therefore no response is required.   However, in the event that these allegations are read to be applicable to Great Northern, the defendant denies said allegations.

129.   The defendant is presently without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 129 and calls upon the plaintiffs to prove the same.

130.   The defendant denies the allegations contained in paragraph 130 directed to Great Northern.   The remaining allegations are not directed to Great Northern and therefore no response is required.   However, in the event that these allegations are read to be applicable to Great Northern, the defendant denies said allegations.

131.   The defendant is presently without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 131 and calls upon the plaintiffs to prove the same.

132.   The defendant is presently without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 132 and calls upon the plaintiffs to prove the same.

133.   The defendant denies the allegations contained in paragraph 133 directed to Great Northern.   The remaining allegations are not directed to Great Northern and therefore no response is required.   However, in the event that these allegations are read to be applicable to Great Northern, the defendant denies said allegations.

134.   The defendant is presently without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 134 and calls upon the plaintiffs to prove the same.

135.   The defendant is presently without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 135 and calls upon the plaintiffs to prove the same.

136.   The defendant is presently without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 136 and calls upon the plaintiffs to prove the same.

137.   The defendant is presently without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 137 and calls upon the plaintiffs to prove the same.

138.   The defendant is presently without knowledge or

information sufficient to form a belief as to the truth of the allegations contained in paragraph 138 and calls upon the plaintiffs to prove the same.

139.    The defendant is presently without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 139 and calls upon the plaintiffs to prove the same.

140.    The defendant denies the allegations contained in paragraph 140 directed to Great Northern.    The remaining allegations are not directed to Great Northern and therefore no response is required.    However, in the event that these allegations are read to be applicable to Great Northern, the defendant denies said allegations.

141.    The defendant denies the allegations contained in paragraph 141 directed to Great Northern.    The remaining allegations are not directed to Great Northern and therefore no response is required.    However, in the event that these allegations are read to be applicable to Great Northern, the defendant denies said allegations.

142.    The defendant denies the allegations contained in paragraph 142 directed to Great Northern.    The remaining allegations are not directed to Great Northern and therefore no response is required.    However, in the event that these allegations are read to be applicable to Great Northern, the defendant denies said allegations.

143.    The defendant denies the allegations contained in paragraph 143 directed to Great Northern.    The remaining allegations are not directed to Great Northern and therefore no response is required.    However, in the event that these allegations are read to be applicable to Great Northern, the defendant denies said allegations.

144.    The defendant denies the allegations contained in paragraph 144 directed to Great Northern.    The remaining allegations are not directed to Great Northern and therefore no response is required.    However, in the event that these allegations are read to be applicable to Great Northern, the defendant denies said allegations.

145.    The defendant is presently without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 145 and calls upon the plaintiffs to prove the same.

146.    The defendant denies the allegations contained in

paragraph 146 directed to Great Northern.  The remaining allegations are not directed to Great Northern and therefore no response is required.  However, in the event that these allegations are read to be applicable to Great Northern, the defendant denies said allegations.

147.  The defendant is presently without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 147 and calls upon the plaintiffs to prove the same.

148.  The defendant denies the allegations contained in paragraph 148 directed to Great Northern.  The remaining allegations are not directed to Great Northern and therefore no response is required.  However, in the event that these allegations are read to be applicable to Great Northern, the defendant denies said allegations.

149.  The defendant is presently without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 149 and calls upon the plaintiffs to prove the same.

150.  The defendant denies the allegations contained in paragraph 150 directed to Great Northern.  The remaining allegations are not directed to Great Northern and therefore no response is required.  However, in the event that these allegations are read to be applicable to Great Northern, the defendant denies said allegations.

151.  The defendant denies the allegations contained in paragraph 151 directed to Great Northern. The defendant is presently without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 151 and calls upon the plaintiffs to prove the same.

152.  The defendant is presently without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 152 and calls upon the plaintiffs to prove the same.

153.  The defendant denies the allegations contained in paragraph 153 directed to Great Northern.  The remaining allegations are not directed to Great Northern and therefore no response is required.  However, in the event that these allegations are read to be applicable to Great Northern, the defendant denies said allegations.

154.  The defendant denies the allegations contained in

paragraph 154 directed to Great Northern.  The remaining
allegations are not directed to Great Northern and therefore no
response is required.  However, in the event that these
allegations are read to be applicable to Great Northern, the
defendant denies said allegations.

155.  The defendant denies the allegations contained in
paragraph 155 directed to Great Northern.  The remaining
allegations are not directed to Great Northern and therefore no
response is required.  However, in the event that these
allegations are read to be applicable to Great Northern, the
defendant denies said allegations.

156.  The defendant denies the allegations contained in
paragraph 156 directed to Great Northern.  The remaining
allegations are not directed to Great Northern and therefore no
response is required.  However, in the event that these
allegations are read to be applicable to Great Northern, the
defendant denies said allegations.

157.  The defendant denies the allegations contained in
paragraph 157 directed to Great Northern.  The remaining
allegations are not directed to Great Northern and therefore no
response is required.  However, in the event that these
allegations are read to be applicable to Great Northern, the
defendant denies said allegations.

158.  The defendant is presently without knowledge or
information sufficient to form a belief as to the truth of the
allegations contained in paragraph 158 and calls upon the
plaintiffs to prove the same.

159.  The defendant denies the allegations contained in
paragraph 159 directed to Great Northern.  The remaining
allegations are not directed to Great Northern and therefore no
response is required.  However, in the event that these
allegations are read to be applicable to Great Northern, the
defendant denies said allegations.

160.  The defendant denies the allegations contained in
paragraph 160 directed to Great Northern.  The remaining
allegations are not directed to Great Northern and therefore no
response is required.  However, in the event that these
allegations are read to be applicable to Great Northern, the
defendant denies said allegations.

161.  The defendant is presently without knowledge or
information sufficient to form a belief as to the truth of the
allegations contained in paragraph 161 and calls upon the

plaintiffs to prove the same.

162.   The defendant denies the allegations contained in paragraph 162 directed to Great Northern.   The remaining allegations are not directed to Great Northern and therefore no response is required.   However, in the event that these allegations are read to be applicable to Great Northern, the defendant denies said allegations.

163.   Paragraph 163, including subparts a through e, is not directed to Great Northern and therefore no response is required. However, in the event that this paragraph is read to be applicable to Great Northern, the defendant denies said allegations.

164.   The defendant states that paragraph 164 states a legal conclusion to which no response is required.   However, in the event a response is required, the defendant denies the allegations contained in paragraph 164 to the extent they are directed at Great Northern.

165.   The defendant denies the allegations contained in paragraph 165 directed to Great Northern.   The remaining allegations are not directed to Great Northern and therefore no response is required.   However, in the event that these allegations are read to be applicable to Great Northern, the defendant denies said allegations.

166.   The defendant is presently without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 166 and calls upon the plaintiffs to prove the same.

167.   The defendant denies the allegations contained in paragraph 167 to the extent they are intended to be directed at Great Northern.   The defendant is presently without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 167 that are directed at other parties and calls upon the plaintiffs to prove the same.

168.   The defendant denies the allegations contained in paragraph 168 directed to Great Northern.   The are not directed to Great Northern and therefore no response is required. However, in the event that these allegations are read to be applicable to Great Northern, the defendant denies said allegations.

169.   The defendant is presently without knowledge or

information sufficient to form a belief as to the truth of the allegations contained in paragraph 169 and calls upon the plaintiffs to prove the same.

170.   The defendant denies the allegations contained in paragraph 170 directed to Great Northern.   The remaining allegations are not directed to Great Northern and therefore no response is required.   However, in the event that these allegations are read to be applicable to Great Northern, the defendant denies said allegations.

171.   The defendant is presently without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 171 and calls upon the plaintiffs to prove the same.

172.   The defendant is presently without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 172 and calls upon the plaintiffs to prove the same.

173.   The defendant is presently without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 173 and calls upon the plaintiffs to prove the same.

174.   The defendant is presently without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 174 and calls upon the plaintiffs to prove the same.

175. The defendant denies the allegations contained in paragraph 175 directed to Great Northern.   The remaining allegations are not directed to Great Northern and therefore no response is required.   However, in the event that these allegations are read to be applicable to Great Northern, the defendant denies said allegations.

176.   The defendant denies the allegations contained in paragraph 176 directed to Great Northern.   The remaining allegations are not directed to Great Northern and therefore no response is required.   However, in the event that these allegations are read to be applicable to Great Northern, the defendant denies said allegations.

177.   The defendant is presently without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 177 and calls upon the

plaintiffs to prove the same.

178.   The defendant is presently without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 178 and calls upon the plaintiffs to prove the same.

179.   The defendant denies the allegations contained in paragraph 179 directed to Great Northern.   The remaining allegations are not directed to Great Northern and therefore no response is required.   However, in the event that these allegations are read to be applicable to Great Northern, the defendant denies said allegations.

180.   The defendant is presently without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 180 and calls upon the plaintiffs to prove the same.

181.   The defendant is presently without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 181 and calls upon the plaintiffs to prove the same.

182.   The defendant denies the allegations contained in paragraph 182 directed to Great Northern.   The remaining allegations are not directed to Great Northern and therefore no response is required.   However, in the event that these allegations are read to be applicable to Great Northern, the defendant denies said allegations.

183. The defendant denies the allegations contained in paragraph 183 directed to Great Northern.

184.   Paragraph 184 is not directed to Great Northern and therefore no response is required.   However, in the event that this paragraph is read to be applicable to Great Northern, the defendant denies said allegations.

185.   The defendant denies the allegations contained in paragraph 185 directed to Great Northern.   The remaining allegations are not directed to Great Northern and therefore no response is required.   However, in the event that these allegations are read to be applicable to Great Northern, the defendant denies said allegations.

186.   The defendant denies the allegations contained in paragraph 186 directed to Great Northern.   The remaining allegations are not directed to Great Northern and therefore no

response is required.  However, in the event that these
allegations are read to be applicable to Great Northern, the
defendant denies said allegations.

     187.   The defendant is presently without knowledge or
information sufficient to form a belief as to the truth of the
allegations contained in paragraph 187 and calls upon the
plaintiffs to prove the same.

     188.   The defendant is presently without knowledge or
information sufficient to form a belief as to the truth of the
allegations contained in paragraph 188 and calls upon the
plaintiffs to prove the same.

     189.   The defendant denies the allegations contained in
paragraph 189 directed to Great Northern.  The remaining
allegations are not directed to Great Northern and therefore no
response is required.  However, in the event that these
allegations are read to be applicable to Great Northern, the
defendant denies said allegations.

     190.   The defendant is presently without knowledge or
information sufficient to form a belief as to the truth of the
allegations contained in paragraph 190 and calls upon the
plaintiffs to prove the same.

     191.   The defendant denies the allegations contained in
paragraph 191 directed to Great Northern.  The remaining
allegations are not directed to Great Northern and therefore no
response is required.  However, in the event that these
allegations are read to be applicable to Great Northern, the
defendant denies said allegations.

     192.   The defendant is presently without knowledge or
information sufficient to form a belief as to the truth of the
allegations contained in paragraph 192 and calls upon the
plaintiffs to prove the same.

     193.   The defendant is presently without knowledge or
information sufficient to form a belief as to the truth of the
allegations contained in paragraph 193 and calls upon the
plaintiffs to prove the same.

     194. The defendant is presently without knowledge or
information sufficient to form a belief as to the truth of the
allegations contained in paragraph 194 and calls upon the
plaintiffs to prove the same.

     195.   The defendant denies the allegations contained in
paragraph 195 directed to Great Northern.  The remaining

allegations are not directed to Great Northern and therefore no response is required. However, in the event that these allegations are read to be applicable to Great Northern, the defendant denies said allegations.

196. The defendant is presently without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 196 and calls upon the plaintiffs to prove the same.

197. The defendant denies the allegations contained in paragraph 197 directed to Great Northern. The remaining allegations are not directed to Great Northern and therefore no response is required. However, in the event that these allegations are read to be applicable to Great Northern, the defendant denies said allegations.

198. The defendant denies the allegations contained in paragraph 198 directed to Great Northern. The remaining allegations are not directed to Great Northern and therefore no response is required. However, in the event that these allegations are read to be applicable to Great Northern, the defendant denies said allegations.

199. The defendant is presently without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 199 and calls upon the plaintiffs to prove the same.

200. The defendant denies the allegations contained in paragraph 200 directed to Great Northern. The remaining allegations are not directed to Great Northern and therefore no response is required. However, in the event that these allegations are read to be applicable to Great Northern, the defendant denies said allegations.

201. The defendant denies the allegations contained in paragraph 201 directed to Great Northern. The remaining allegations are not directed to Great Northern and therefore no response is required. However, in the event that these allegations are read to be applicable to Great Northern, the defendant denies said allegations.

202. The defendant denies the allegations contained in paragraph 202 directed to Great Northern. The remaining allegations are not directed to Great Northern and therefore no response is required. However, in the event that these allegations are read to be applicable to Great Northern, the defendant denies said allegations.

203.   The defendant denies the allegations contained in paragraph 203 directed to Great Northern.  The remaining allegations are not directed to Great Northern and therefore no response is required.  However, in the event that these allegations are read to be applicable to Great Northern, the defendant denies said allegations.

204.   The defendant admits that it received a letter purportedly sent pursuant to G.L .c 93A.  The defendant denies the adequacy of said letter.

205.   The defendant denies the allegations contained in paragraph 205 as phrased.  In further answering, the defendant states that it was not obligated to make an offer of settlement to the plaintiffs.

WHEREFORE, the defendant demands that the plaintiffs' complaint against it be dismissed and that judgment enter for the defendant, together with its costs.

### Count One

Count One is not directed to Great Northern and therefore no response is required; however, in the event that this Count is read to be applicable to Great Northern, the defendant denies the allegations contained therein.

### Count Two

Count Two is not directed to Great Northern and therefore no response is required; however, in the event that this Count is read to be applicable to Great Northern, the defendant denies the allegations contained therein.

### Count Three

Count Three is not directed to Great Northern and therefore no response is required; however, in the event that this Count is read to be applicable to Great Northern, the defendant denies the allegations contained therein.

### Count Four

Count Four is not directed to Great Northern and therefore no response is required; however, in the event that this Count is read to be applicable to Great Northern, the defendant denies the allegations contained therein.

## Count Five

Count Five is not directed to Great Northern and therefore no response is required; however, in the event that this Count is read to be applicable to Great Northern, the defendant denies the allegations contained therein.

## Count Six

222.   The defendant incorporates herein by reference its answers to paragraphs 1 through 205 and makes them its answer to paragraph 222 of Count Six.

223.   The defendant denies the allegations contained in paragraph 223, including subparts a through b, of Count Six.

224.   The defendant denies the allegations contained in paragraph 224 of Count Six.

225.   The defendant denies the allegations contained in paragraph 225 of Count Six.

WHEREFORE, the defendant demands that the plaintiffs' complaint against it be dismissed and that judgment enter for the defendant, together with its costs.

## Count Seven

226.   The defendant incorporates herein by reference its answers to paragraphs 1 through 205 and makes them its answer to paragraph 226 of Count Seven.

227.   The defendant denies the allegations contained in paragraph 227 of Count Seven.

228.   The defendant denies the allegations contained in paragraph 228 of Count Seven.

WHEREFORE, the defendant demands that the plaintiffs' complaint against it be dismissed and that judgment enter for the defendant, together with its costs.

## Count Eight

229.   The defendant incorporates herein by reference its answers to paragraphs 1 through 205 and makes them its answer to paragraph 229 of Count Eight.

230.   The defendant denies the allegations contained in paragraph 230 of Count Eight.

WHEREFORE, the defendant demands that the plaintiffs' complaint against it be dismissed and that judgment enter for the defendant, together with its costs.

### Count Nine

231.   The defendant incorporates herein by reference its answers to paragraphs 1 through 205 and makes them its answer to paragraph 231 of Count Nine.

232.   The defendant denies the allegations contained in paragraph 232 of Count Nine.

233.   The defendant denies the allegations contained in paragraph 233 of Count Nine.

WHEREFORE, the defendant demands that the plaintiffs' complaint against it be dismissed and that judgment enter for the defendant, together with its costs.

### Count Ten

234.   The defendant incorporates herein by reference its answers to paragraphs 1 through 205 and makes them its answer to paragraph 234 of Count Ten.

235.   The defendant states that paragraph 235 states a legal conclusion to which no response is required.

236.   The defendant denies the allegations contained in paragraph 236 of Count Ten.

WHEREFORE, the defendant demands that the plaintiffs' complaint against it be dismissed and that judgment enter for the defendant, together with its costs.

### Count Eleven

Count Eleven is not directed to Great Northern and therefore no response is required; however, in the event that this Count is read to be applicable to Great Northern, the defendant denies the allegations contained therein.

### Count Twelve

Count Twelve is not directed to Great Northern and therefore no response is required; however, in the event that this Count is read to be applicable to Great Northern, the defendant denies the allegations contained therein.

### Count Thirteen

Count Thirteen is not directed to Great Northern and therefore no response is required; however, in the event that this Count is read to be applicable to Great Northern, the defendant denies the allegations contained therein.

### Count Fourteen

Count Fourteen is not directed to Great Northern and therefore no response is required; however, in the event that this Count is read to be applicable to Great Northern, the defendant denies the allegations contained therein.

### Count Fifteen

Count Fifteen is not directed to Great Northern and therefore no response is required; however, in the event that this Count is read to be applicable to Great Northern, the defendant denies the allegations contained therein.

### Count Sixteen

Count Sixteen is not directed to Great Northern and therefore no response is required; however, in the event that this Count is read to be applicable to Great Northern, the defendant denies the allegations contained therein.

### Count Seventeen

Count Seventeen is not directed to Great Northern and therefore no response is required; however, in the event that this Count is read to be applicable to Great Northern, the defendant denies the allegations contained therein.

### Count Eighteen

Count Eighteen is not directed to Great Northern and therefore no response is required; however, in the event that this Count is read to be applicable to Great Northern, the defendant denies the allegations contained therein.

### Count Nineteen

Count Nineteen is not directed to Great Northern and therefore no response is required; however, in the event that this Count is read to be applicable to Great Northern, the defendant denies the allegations contained therein.

## Count Twenty

Count Twenty is not directed to Great Northern and therefore no response is required; however, in the event that this Count is read to be applicable to Great Northern, the defendant denies the allegations contained therein.

## SECOND DEFENSE

And further answering, the defendant says that the acts complained of were not committed by a person and/or entity for whose conduct the defendant was legally responsible.

## THIRD DEFENSE

And further answering, the defendant says that if the plaintiffs prove that the defendant was negligent as alleged, the plaintiffs were negligent to a greater degree than the defendant and are barred from recovery under the Comparative Negligence Law of the Commonwealth of Massachusetts.

## FOURTH DEFENSE

And further answering, the defendant says that the cause of action is barred by reason of the Statute of Limitations.

## FIFTH DEFENSE

And further answering, the defendant says that the complaint should be dismissed pursuant to Fed. R. Civ. P. 12(b)(5) for insufficient service of process.

## SIXTH DEFENSE

And further answering, the defendant says that the complaint should be dismissed pursuant to Fed. R. Civ. P. 12(b)(6) for failure to state a claim upon which relief can be granted.

## SEVENTH DEFENSE

And further answering, the defendant says that the complaint should be dismissed pursuant to Fed. R. Civ. P. 12(b)(6) for failure to state a claim upon which relief can be granted, insofar as the plaintiffs have failed to give notice of any claim as required by law, and the defendant was thereby prejudiced, wherefore the plaintiffs are barred from recovery.

## EIGHTH DEFENSE

And further answering, the defendant says that to the extent

that it had any obligations to the plaintiffs, such obligations
have been fully, completely and properly performed in every
respect.

### NINTH DEFENSE

And further answering, the defendant says that no notice of
the alleged breaches was given the defendant as required by law,
and the defendant was thereby prejudiced.

### TENTH DEFENSE

And further answering, the defendant says that the
plaintiffs have failed to comply with the notice requirements of
General Laws Chapter 93A, Section 9, wherefore the plaintiffs are
barred from recovery.

### ELEVENTH DEFENSE

And further answering, the defendant says that the
plaintiffs' complaint should be dismissed pursuant to Fed. R.
Civ. P. 12(b)(6) for failure to state a claim upon which relief
can be granted, insofar as the plaintiffs claim relief pursuant
to M.G.L. Chapter 93A.

### TWELFTH DEFENSE

And further answering, the defendant says that the
plaintiffs' complaint should be dismissed for lack of
jurisdiction based upon the plaintiffs' failure to serve a proper
demand letter pursuant to M.G.L. Chapter 93A.

### THIRTEENTH DEFENSE

And further answering, the defendant says that it did not
engage in any unfair or deceptive act or practice, and that
therefore the plaintiffs are barred from recovery.

### FOURTEENTH DEFENSE

This defendant states that there was no negligence, gross
negligence, willful, wanton, or malicious misconduct, reckless
indifference or reckless disregard of the rights of the
plaintiffs, or malice (actual, legal or otherwise) on the part of
this defendant as to the plaintiffs herein.

### FIFTEENTH DEFENSE

And further answering, the defendant says that its refusal
to grant the plaintiffs' requested relief was not made in bad

faith, and that therefore such refusal was not made with knowledge or reason to know that the acts or practices the plaintiffs complain of violated any law.

### SIXTEENTH DEFENSE

And further answering, the defendant says that if the plaintiffs prove that the defendant was involved in any of the transactions alleged in the plaintiffs' complaint, the defendant acted in good faith at all times with respect to those transactions, and the plaintiffs are therefore barred from recovery.

### SEVENTEENTH DEFENSE

And further answering, the defendant says that the court does not have personal jurisdiction over the defendant, wherefore, the defendant requests that this action be dismissed pursuant to Fed. R. Civ. P. 12(b)(2).

### EIGHTEENTH DEFENSE

And further answering, the defendant says that the plaintiffs are barred from recovery because their claims are frivolous and are not asserted in good faith.

### NINETEENTH DEFENSE

And further answering, the defendant says that the court does not have subject matter jurisdiction over this matter, wherefore, the defendant requests that this action be dismissed pursuant to Fed. R. Civ. P. 12(b)(1).

### JURY CLAIM

THE DEFENDANT HEREBY MAKES CLAIM FOR A TRIAL BY JURY.

By its attorneys,

/s/ Richard J. Shea
Richard J. Shea, BBO #456310
Megan E. Kures, BBO #652485
MELICK, PORTER & SHEA, LLP
28 State Street
Boston, MA 02109-1775
617-523-6200

CERTIFICATE OF SERVICE: I hereby certify that the foregoing was served on all counsel of record, on this date: 9/14/2005