UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

STEFANO PICCIOTTO ET AL
    Plaintiff

CIVIL ACTION NO. 05-10901-DPW

v.

CONTINENTAL CAUSUALTY COMPANY ET AL
   Defendant

## ORDER FOR RE-ASSIGNMENT TO JUDGE NANCY GERTNER

WOODLOCK, District Judge

   The above captioned matter was assigned to Judge Woodlock on a random draw. However, a review of the docket and pleadings in connection with this case indicates that this case is related to prior cases pending before Judge Nancy Gertner.

    Accordingly, it is hereby ORDERED that the above-entitled action be, and hereby is, RE-ASSIGNED to Judge Nancy Gertner for further proceedings.   Unless otherwise ordered, any further filings shall be directed to Judge Gertner's session.

    The scheduling conference previously set for November 3, 2005 before Judge Woodlock is canceled.

                        BY THE COURT,

                        /s/ Michelle Rynne
                        Deputy Clerk

DATED:  October 14, 2005