UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEFANO PICCIOTTO, JUDITH PICCIOTTO, MELITA PICCIOTTO, ATHENA PICCIOTTO and FOREIGN CAR CENTER, INC., <br><br> Plaintiffs, <br><br> v. <br><br> CONTINENTAL CASUALTY COMPANY, GREAT NORTHERN INSURANCE COMPANY, HARTFORD INSURANCE COMPANY and TWIN CITY FIRE INSURANCE COMPANY, <br><br> Defendants. | CIVIL ACTION NO. 05-CV-10901 NG |

NOTICE OF APPEARANCE

TO THE CLERK OF COURT:

    Please enter on the docket of the above-referenced case my appearance on behalf of the defendants Hartford Insurance Company and Twin City Fire Insurance Company.

                      Respectfully submitted,
                      HARTFORD INSURANCE COMPANY and
                      TWIN CITY FIRE INSURANCE COMPANY

                      /s/ Harvey Weiner
                      Harvey Weiner, BBO # 519840
                      Timothy O. Egan, BBO # 637992
                      PEABODY & ARNOLD LLP
                      30 Rowes Wharf
                      Boston, MA 02110-3342
                      (617) 951-2100

2

## CERTIFICATE OF SERVICE

      I, Harvey Weiner, hereby certify that a true copy of the above document was served upon the plaintiffs and attorney of record for each other party not identified on the Notice of Electronic Filing as an electronic recipient by mail on October 14, 2005.

                                      /s/ Harvey Weiner
                                      Harvey Weiner

624518_1
7409-91379