UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEFANO PICCIOTTO, JUDITH PICCIOTTTO, MELITA PICCIOTTO, ATHENA PICCIOTTO and FOREIGN CAR CENTER, INC., <br>                Plaintiffs, <br> v. <br><br> CONTINENTAL CASUALTY COMPANY, GREAT NORTHERN INSURANCE COMPANY, HARTFORD INSURANCE COMPANY and TWIN CITY FIRE INSURANCE COMPANY, <br>                Defendants. | CIVIL ACTION NO. 05-cv-10901 NG |

### HARTFORD INSURANCE COMPANY[1] AND TWIN CITY INSURANCE COMPANY'S MOTION TO EXCEED PAGE LIMITATION

Pursuant to Local Rule 7.1(B)(4), Hartford Insurance Company ("Hartford") and Twin City Insurance Company ("Twin City") hereby respectfully request that this honorable Court allow it to file a memorandum of law in support of their Motion to Dismiss which exceeds twenty pages. In support of this motion, Hartford and Twin City state that the Motion to Dismiss involves complicated and fact-intensive analysis. Despite counsels' best efforts, a thoughtful treatment of the relevant legal principles requires going beyond the page limit set forth in the local rules by five pages.

---

[1] As set forth in greater detail in the accompanying memorandum of law in support of the motion to dismiss, "Hartford Insurance Company" is a non-existent entity.

2

Respectfully submitted,

HARTFORD INSURANCE COMPANY
and TWIN CITY FIRE INSURANCE
COMPANY

By its attorneys,

/s/ Timothy O. Egan
Harvey Weiner, BBO # 519840
Timothy O. Egan, BBO # 637992
PEABODY & ARNOLD LLP
30 Rowes Wharf
Boston, MA 02110-3342
(617) 951-2100

DATE:  October 17, 2005

## CERTIFICATE OF SERVICE

    I, Timothy O. Egan, hereby certify that a true copy of the above document was served upon the plaintiffs and attorney of record for each other party not identified on the Notice of Electronic Filing as an electronic recipient by mail on October 17, 2005.

/s/ Timothy O. Egan
Timothy O. Egan

## **LOCAL RULE 7.1(A)(2) CERTIFICATION**

  I, Timothy O. Egan, hereby certify that pursuant to Local Rule 7.1(a)(2), on October 13, 2005 I conferred in good faith by telephone with Stefano Picciotto but was unable to reach any agreement that would obviate the need for this motion or narrow the issues presented herein.

                /s/ Timothy O. Egan
                Timothy O. Egan