UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEFANO PICCIOTTO, JUDITH PICCIOTTTO, MELITA PICCIOTTO, ATHENA PICCIOTTO and FOREIGN CAR CENTER, INC.; <br> Plaintiff <br><br> v. <br><br> CONTINENTAL CASUALTY COMPANY, GREAT NORTHERN INSURANCE COMPANY, HARTFORD INSURANCE COMPANY, and TWIN CITY FIRE INSURANCE COMPANY <br> Defendant | CIVIL ACTION NO. 05-cv-10901 DPW |

## AFFIDAVIT OF DANA CASHER, ESQUIRE

I, Dana Casher do hereby depose and state as follows under the pains and penalties of perjury:

1. I am an attorney, a member in good standing of the Massachusetts bar and a resident of the Commonwealth of Massachusetts.

2. I am currently a party to litigation against the Picciotto family in the Massachusetts Superior Court. Several cases involving the Picciotto family have been consolidated in Suffolk Superior Court in a matter numbered Suffolk Civil Action no. 2003-05378.

3. In the pending Superior Court action I am seeking payment of incurred attorney's fees for work performed during my representation of the Picciotto family. The Picciotto family has asserted claims against me for legal malpractice and other torts related to my representation of them.

4. I am being defended in the Superior Court action by an attorney hired by my insurer, TIG Specialty Insurance Solution ("TIG").

5. I have reviewed the amended complaint filed by the Picciotto family in the above-referenced federal court action. The allegations made against me, which are

outrageous and untrue, are almost identical to the allegations made by the Picciotto family in the Superior Court action.

6. I strongly object to the federal court action proceeding in my absence because there is a possibility that the outcome of the federal action could adversely impact me and my insurance coverage.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 4th DAY OF OCTOBER, 2005.

Dana E. Casher