UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2005 OCT 27 P 3:47
U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| STEFANO PICCIOTTO, JUDITH PICCIOTTO, MELITA PICCIOTTO, ATHENA PICCIOTTO, AND FOREIGN CAR CENTER, INC.<br><br>Plaintiffs<br><br>v.<br><br>CONTINENTAL CASUALTY COMPANY, GREAT NORTHERN INSURANCE COMPANY, HARTFORD ACCIDENT AND INDEMNITY COMPANY and TWIN CITY FIRE INSURANCE COMPANY<br><br>Defendants | C.A. No. 05-10901-NG |

### MOTION TO BE RELIEVED FROM HAVING TO FILE ELECTRONICALLY UNTIL PROPERLY TRAINED

Plaintiff Stefano Picciotto ("Plaintiff") moves the Court for leave to file by hard copy, rather than electronically until January 1, 2006. As grounds for this motion plaintiff states that he is representing himself pro se in this litigation. He is not yet fully trained on how to do electronic filing and does not have all of the necessary equipment to perform electronic filings. Plaintiff has taken the first training course on electronic filings Ocotber 26, 2005. Plaintiff intends to take another course November 1, 2005. Plaintiff also intends to purchase the equipment necessary to meet the requirements. Plaintiff believes that being granted time until January 1, 2006, should be sufficient time for him to learn the electronic filing system. The present Standing Order of Judge

Gertner, to whom this case wa recently assigned, makes electronic filing optional, rahter than mandatory.

WHEREFORE, plaintiff requests that he be granted leave to file by hard copy and serve the other parties by hard copy until properly trained to do electronic filings, or until January 1, 2006, which ever comes first.

> STEFANO PICCIOTTO
> Pro Se
>
> Stefano Picciotto
> 418 Lafayette Street
> Salem, MA 01970
> (978) 741-0218

DATED:      October 27, 2005


### CERTIFICATE OF SERVICE

I, Stefano Picciotto, hereby certify that a copy of the foregoing document has been served on all parties hereto by hand delivery, facsimile transmission or first class mail, postage prepaid, to all parties and attorneys of record as listed on the enclosed service List.

Stefano Picciotto

Dated: October 27, 2005