UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 OCT 27 P 3: 47

U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |
|---|---|
| STEFANO PICCIOTTO, JUDITH PICCIOTTO, MELITA PICCIOTTO, ATHENA PICCIOTTO, AND FOREIGN CAR CENTER, INC.<br><br>Plaintiffs<br><br>v.<br><br>CONTINENTAL CASUALTY COMPANY, GREAT NORTHERN INSURANCE COMPANY, HARTFORD INSURANCE COMPANY and TWIN CITY FIRE INSURANCE COMPANY<br><br>Defendants | C.A. No. 05-10901-NG |

### AFFIDAVIT OF STEFANO PICCIOTTO
### IN SUPPORT OF MOTION TO BE RELIEVED FROM HAVING TO
### FILE ELECTRONICALLY UNTIL PROPERLY TRAINED

I, Stefano Picciotto, hereby depose and state:

1. I am a party to this litigation.

2. I am representing myself pro se

3. I am not fully trained with how to do electronic filings.

3. Upon notification from the Court of the standing order of Judge Woodlock that all parties must do electronic filings, I contacted the Federal Court and registered for the first training session that was available

4. My first training session was held Wednesday, October 26, 2005, at 3:30 P.M.

5. I still have several questions on how to use the electronic filing system appropriately.

6. I also need to purchase the proper scanning equipment, PDF software, establish an ECF account, and be assigned a password.

7. Once that is done, I still need to try to familiarize myself with the programs and procedures. I do not have the benefit of the hands-on assistance that large law firms (such as my opposition at Peabody and Arnold and Morrison & Mahoney) are privy to.

8. I am dependant on the courses that the U.S. District Court provides.

9. The next course I will be taking is scheduled for November 1, 2005, at 3:30 P..M.

5. Until I fully familiarize myself on how to perform electronic filings, scan in exhibits, and am able to master the other necessary procedures, I request that the Court grant me leave to file manually with hard copy, and serve the other parties to the litigation with hard copies until I can properly master the requirements of the ECF system.

Signed under the pains and penalties of perjury this 27 day of October, 2005.

_____
Stefano Picciotto
Pro Se
(978) 741-0218