UNTIED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

2005 OCT 27  P 3:47

U.S. DISTRICT COURT
DISTRICT OF MASS.

STEFANO PICCIOTTO, JUDITH PICCIOTTO, )
MELITA PICCIOTTO, ATHENA PICCIOTTO, )
AND FOREIGN CAR CENTER, INC. )
)
Plaintiffs )
)
v. ) C.A. No. 05-10901-NG
)
CONTINENTAL CASUALTY COMPANY, )
GREAT NORTHERN INSURANCE COMPANY, )
HARTFORD INSURANCE COMPANY and )
TWIN CITY FIRE INSURANCE COMPANY )
)
Defendants )

**PLAINTIFFS' MOTION FOR EXTENSION OF TIME FOR THEM TO FILE AN OPPOSITION TO THE MOTION TO DISMISS OF DEFENDANTS THE HARTFORD ACCIDENT AND INDEMNITY COMPANY AND TWIN CITY FIRE INSURANCE COMPANY (ASSENTED TO)[1]**

Plaintiffs Stefano Picciotto, Judith Picciotto, Melita Picciotto, Athena Picciotto and Foreign Car Center, Inc. ("plaintiffs") move the Court to extend the time by which they must file an opposition to the motion to dismiss of defendants The Hartford Accident and Indemnity Company[2] and Twin City Fire Insurance Company from October 27 or 31, 2005, to November 4, 2005.

---

[1] The attorney representing Twin City and Hartford has assented to this motion (Exhibit A).

[2] Said defendant was accidentally named in the complaint as Hartford Insurance Company. The correct name is Hartford Accident and Indemnify Company. Proper service was made by the Massachusetts Commissioner of Insurance on Hartford Accident and Indemnity Company (see Exhibit B). The plaintiffs shall be moving the Court for leave to amend the caption.

As grounds for this motion plaintiffs state that:

1. Sais motion was served on plaintiffs Stefano Picciotto, Judith Picciotto, and Foreign Car Center, Inc., by mail October 17, 2005, although it was served electronically on that date upon Melita Picciotto and Athena Picciotto.

2. Since said service was made by mail on most of plaintiffs on said date, that would usually result in their having to file an opposition to said motion by October 31, 2005, although the electronic service on Melita Picciotto and Athena Picciotto would mean that she would have to file an opposition by October 27, 2005.

3. Plaintiffs plan upon filing a joint opposition to said motion, and counsel for plaintiff Foreign Car Center, Inc., Melita Picciotto and Athena Picciotto need to collaborate with the other plaintiffs, who appear pro se, in preparing such an opposition.

4. One or more of the plaintiffs shall be submitting an affidavit in support of such opposition, and all parties require more time within which to prepare a memorandum of law that shall refer to facts supported by such an affidavit after completion thereof.

5. Plaintiffs submit that the extension of time that they are seeking should not result in any appreciable delay in resolution of the issues that are involved in this action.

STEFANO PICCIOTTO
Pro Se

Stefano Picciotto,
418 Lafayette Street
Salem, MA 01970
(978) 741-0218

2

JUDITH PICCIOTTO
Pro Se

*/s/ Judith Picciotto*
Judith Picciotto
418 Lafayette Street
Salem, MA 01970
(978) 741-0218



FOREIGN CAR CENTER, INC.

By its attorney,

/s/ *James Shannon*
James M. Shannon, Esq.
BBO No. 4523610
418 Rear Lafayette Street
Salem, MA 01970
(978) 741-0218



MELITA PICCIOTTO and
ATHENA PICCIOTTO

By their attorney,

/s/ *Danielle deBenedictis*
Danielle deBenedictis
BBO No. 117440
deBenedictis, Miller & Blum, P.A.
67 Commercial Wharf
Boston, MA 02110
(617) 367-8585


DATED: October 27, 2005

## CERTIFICATE OF SERVICE

I, Stefano Picciotto, hereby certify that a copy of the foregoing document has been served on all parties hereto by hand delivery, facsimile transmission or first class mail, postage prepaid, to all parties and attorneys of record as listed on the enclosed service List.

_____
Stefano Picciotto

Dated: October 27, 2005

## SERVICE LIST 05-10901-DPW

Scott Burke, Esq.
Michael H. Haden, Esq.
Morrison, Mahoney & Miller
250 Summer Street
Boston, MA 02210


Harvey Weiner, Esq.
Peabody & Arnold
30 Rowes Wharf
Boston, MA 02114-2723


Richard Shea, Esq.
Megan Kures, Esq.
Melick, Porter & Shea
28 State Street
Boston, MA 02109-1775

# EXHIBIT

# A

**PEABODY & ARNOLD** LLP
COUNSELLORS AT LAW

30 ROWES WHARF, BOSTON, MA 02110-3342
[617] 951.2100 FAX [617] 951.2125

BOSTON, MA  PROVIDENCE, RI

# Facsimile

| FROM: Timothy O. Egan | |
|---|---|
| DIRECT DIAL: [617] 951.2050 | EMAIL: tegan@peabodyarnold.com |
| DATE: October 27, 2005 | NO. OF PAGES: 7409/91379 |

Please deliver to:

| NAME | COMPANY | FAX NUMBER | VOICE NUMBER |
|---|---|---|---|
| Stefano Picciotto | | 978 741-0218 | |
| | | | |

**COMMENTS:**

Dear Mr. Picciotto:

We will assent to your motion for an extension to November 4, 2005, as you requested.

Also I would like to see a copy of your motion concerning electronic filing before we give our assent to that motion. If you have any questions, please do not hesitate to call.

Sincerely,

Timothy Egan

**Confidentiality Note:** The documents accompanying this facsimile contain information from the law firm of Peabody & Arnold LLP, which may be confidential and/or privileged. The information is intended only for the use of the individual or entity named on this transmission sheet. If you are not the intended recipient, you are hereby notified that any disclosure, copying distribution or the taking of any action in reliance on the contents of this facsimile is strictly prohibited, and that the documents should be returned to this Firm immediately. If you have received this facsimile in error, please notify us by telephone immediately so that we can arrange for the return of the original documents to us at no cost to you. **IF YOU EXPERIENCE ANY PROBLEMS WITH THIS TRANSMISSION OR DO NOT RECEIVE ALL PAGES, PLEASE CALL 617.261.5042 or 617.261.7042**

# EXHIBIT

# B

# COMMONWEALTH OF MASSACHUSETTS
### Office of Consumer Affairs and Business Regulation
## DIVISION OF INSURANCE

One South Station • Boston, MA 02110-2208
617-521-7794 • FAX (617) 521-7475
Springfield Office (413) 785-5526
TTY/TDD (617) 521-7490
http://www.state.ma.us/doi



**MITT ROMNEY**
GOVERNOR

**KERRY HEALEY**
LIEUTENANT GOVERNOR

**BETH LINDSTROM**
DIRECTOR, CONSUMER AFFAIRS
AND BUSINESS REGULATION

**JULIANNE M. BOWLER**
COMMISSIONER OF INSURANCE

*******************************

STEFANO PICCIOTTO et. al.         *
    Plaintiff(s)                   *
v.                                *
                                  *
CONTINENTAL CASUALTY COMPANY,     *
GREAT NORTHERN INSURANCE CO.,     *
HARTFORD INSURANCE COMPANY        *
AND TWIN CITY FIRE INSURANCE CO.  *
                                  *
    Defendant(s)                   *
*******************************

## AFFIDAVIT

The undersigned Yvonne K. Torres, an appointee for Service of Process for the Commonwealth of Massachusetts, Division of Insurance does hereby certify that the records kept in her office in the usual course of business indicate that duplicate copies of the Complaint for Hartford Accident and Indemnity Company in the above-captioned matter were received by the Commissioner of Insurance on August 30, 2005 and further, that on the same day, one of the duplicate copies of the legal process was mailed postage prepaid to the following address:

HARTFORD ACCIDENT AND INDEMNITY COMPANY
Attn: Mark Hennessey
CT Corporation System
101 Federal Street, Suite 300
Boston, MA 02110

Signed under pains and penalties of perjury.

_____
Yvonne K. Torres
Administrative Assistant
Legal Division

Dated: October 26, 2005