UNTIED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 OCT 27  P 3: 47

U.S. DISTRICT COURT
DISTRICT OF MASS.

STEFANO PICCIOTTO, JUDITH PICCIOTTO, )
MELITA PICCIOTTO, ATHENA PICCIOTTO, )
AND FOREIGN CAR CENTER, INC. )
)
Plaintiffs )
)
v. )  C.A. No. 05-10901-NG
)
CONTINENTAL CASUALTY COMPANY, )
GREAT NORTHERN INSURANCE COMPANY, )
HARTFORD INSURANCE COMPANY and )
TWIN CITY FIRE INSURANCE COMPANY )
)
Defendants )

**AFFIDAVIT OF STEFANO PICCIOTTO IN SUPPORT OF
PLAINTIFFS' MOTION FOR EXTENSION OF TIME FOR THEM TO
FILE AN OPPOSITION TO THE MOTION TO DISMISS OF DEFENDANTS THE
HARTFORD ACCIDENT AND INDEMNITY COMPANY
AND TWIN CITY FIRE INSURANCE COMPANY (ASSENTED TO)**

I, Stefano Picciotto, hereby depose and state:

1. I am a party to this litigation.

2. I am representing myself pro se

3. October 17, 2005, Twin City and the Hartford filed a motion to dismiss the instant action.

4. Said motion was served on me by first class mail.

5. The motion raises issues of law that require extensive research on my part.

6.  I need additional time to be able to properly respond to such an important motion.

Signed under the pains and penalties of perjury this 27 day of October 2005.

_____
Stefano Picciotto
Pro Se
(978) 741-0218