UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 NOV -4  P 3: 36

U.S. DISTRICT COURT
DISTRICT OF MASS.

STEFANO PICCIOTTO, JUDITH )
PICCIOTTO, MELITA PICCIOTTO, )
ATHENA PICCIOTTO, and FOREIGN )
CENTER, INC., )
          Plaintiffs )
    v. )    C.A. No. 05 10901 NG
CONTINENTAL CASUALTY )
COMPANY, GREAT NORTHERN )
INSURANCE COMPANY, HARTFORD )
INSURANCE COMPANY and TWIN )
CITY FIRE INSURANCE COMPANY, )
          Defendants )

**PLAINTIFFS' MOTION FOR LEAVE TO FILE A MEMORANDUM IN
OPPOSITION TO THE MOTION TO DISMISS OF DEFENDANTS THE
HARTFORD INSURANCE COMPANY AND TWIN CITY INSURANCE
COMPANY THAT HAS MORE THAN TWENTY PAGES**

Plaintiffs Stefano Picciotto, Judith Picciotto, Melita Picciotto, Athena Picciotto and Foreign Car Center, Inc. ("plaintiffs") move this Court, pursuant to Local Rule 7.1(B)(4), for leave to file a memorandum in support of their opposition to the motion to dismiss of defendants The Hartford Insurance Company[1] and Twin City Insurance Company, which exceeds twenty pages.

As grounds for this motion plaintiffs state that said defendants filed a memorandum of twenty-four pages (using a smaller font of 11 point). Plaintiffs found it

---

[1] Said defendant was inadvertently named in the complaint as "The Hartford Insurance Company." The correct name is Hartford Accident and Indemnity Company, and proper service was made by the Massachusetts Commissioner of Insurance upon Hartford Accident and Indemnity Company (see Exhibit A), which, but for a clerical error, is the entity that plaintiffs intended to include as a defendant herein. Plaintiffs will be moving to amend their complaint to correct the misstatement of Hartford's name.

necessary to respond to the arguments made therein via a memorandum that is also in excess of twenty pages. The plaintiffs' memorandum, including one full page dedicated to signatures, is thirty pages. However, the plaintiffs used the more conventional font of 12 points, for ease of reading.

WHERFORE, the plaintiffs pray this Court to grant their motion to allow them to file a memorandum of law in support of their opposition to the motion to dismiss, which exceeds twenty pages.

Respectfully submitted,

STEFANO PICCIOTTO
Pro Se

Stefano Picciotto
418 Lafayette Street
Salem, MA 01970
(978) 741-0218

JUDITH PICCIOTTO
Pro Se

418 Lafayette Street
Salem, MA 01970
(978) 741-0218

MELITA PICCIOTTO and
ATHENA PICCIOTTO

By their attorney,

/s/ Danielle deBenedictis
Danielle deBenedictis
BBO No. 117440
deBenedictis, Miller & Blum, P.A.
67 Commercial Wharf
Boston, MA 02110
(617) 367-8585

FOREIGN CAR CENTER, INC.

By its attorney,

James M. Shannon, Jr.
BBO No. 453610
418 Rear Lafayette Street
Salem, MA 01970
(978) 741-0218

Dated: November 4, 2005

CERTIFICATE OF SERVICE

I, Stefano Picciotto, hereby certify that on this day I served the foregoing document by sending a copy thereof by first class mail, postage prepaid, or in hand to all attorneys and pro se parties of record.

Signed this ____ day of November 2005

Stefano Picciotto

3

# EXHIBIT

# A



# COMMONWEALTH OF MASSACHUSETTS
## Office of Consumer Affairs and Business Regulation
### DIVISION OF INSURANCE
One South Station • Boston, MA 02110-2208
617-521-7794 • FAX (617) 521-7475
Springfield Office (413) 785-5526
TTY/TDD (617) 521-7490
http://www.state.ma.us/doi

**MITT ROMNEY**
GOVERNOR

**KERRY HEALEY**
LIEUTENANT GOVERNOR

**BETH LINDSTROM**
DIRECTOR, CONSUMER AFFAIRS
AND BUSINESS REGULATION

**JULIANNE M. BOWLER**
COMMISSIONER OF INSURANCE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

STEFANO PICCIOTTO et. al.                *
    Plaintiff(s)                          *
                                            *
v.                                                        *
                                            *
CONTINENTAL CASUALTY COMPANY,    *
GREAT NORTHERN INSURANCE CO.,        *
HARTFORD INSURANCE COMPANY          *
AND TWIN CITY FIRE INSURANCE CO.     *
                                            *
    Defendant(s)                          *

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## AFFIDAVIT

     The undersigned Yvonne K. Torres, an appointee for Service of Process for the Commonwealth of Massachusetts, Division of Insurance does hereby certify that the records kept in her office in the usual course of business indicate that duplicate copies of the Complaint for Hartford Accident and Indemnity Company in the above-captioned matter were received by the Commissioner of Insurance on August 30, 2005 and further, that on the same day, one of the duplicate copies of the legal process was mailed postage prepaid to the following address:

HARTFORD ACCIDENT AND INDEMNITY COMPANY
Attn: Mark Hennessey
CT Corporation System
101 Federal Street, Suite 300
Boston, MA 02110

Signed under pains and penalties of perjury.

_____
Yvonne K. Torres
Administrative Assistant
Legal Division

Dated: October 26, 2005