UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 NOV -4  P 3: 36

U.S. DISTRICT COURT
DISTRICT OF MASS.

STEFANO PICCIOTTO, JUDITH )
PICCIOTTO, MELITA PICCIOTTO, )
ATHENA PICCIOTTO, and FOREIGN )
CENTER, INC., )
      Plaintiffs )
    v. ) C.A. No. 05 10901 NG
CONTINENTAL CASUALTY )
COMPANY, GREAT NORTHERN )
INSURANCE COMPANY, HARTFORD )
INSURANCE COMPANY and TWIN )
CITY FIRE INSURANCE COMPANY, )
      Defendants )

**PLAINTIFFS' OPPOSITION TO THE MOTION TO DISMISS
OF DEFENDANTS THE HARTFORD
<u>INSURANCE COMPANY AND TWIN CITY INSURANCE COMPANY</u>**

Plaintiffs Stefano Picciotto, Judith Picciotto, Melita Picciotto, Athena Picciotto and Foreign Car Center, Inc. ("plaintiffs") hereby oppose the motion to dismiss of defendants The Harford Insurance Company ("Hartford")[1] and Twin City Insurance Company ("Twin City").

As grounds for their opposition, plaintiffs state that Hartford and Twin City are incorrect in contending that: (a) Dana Casher is a necessary or indispensable party; (b) the abstention doctrine should apply to this case; and (c) there is no diversity jurisdiction because Hartford and

---

[1] Said defendant was inadvertently named in the complaint as "The Hartford Insurance Company." The correct name is Hartford Accident and Indemnity Company, and proper service was made by the Massachusetts Commissioner of Insurance upon Hartford Accident and Indemnity Company (see Exhibit A), which, but for a clerical error, is the entity that plaintiffs intended to include as a defendant herein. Plaintiffs will be moving to amend their complaint to correct the misstatement of Hartford's name.

Twin City, although Connecticut corporations, should be regarded as Massachusetts citizens under the provisions of 28 U.S.C. 1332(c).

In support of their opposition, plaintiffs have filed Plaintiffs' Memorandum In Support Of Their Opposition To The Motion To Dismiss Of Hartford Insurance Company and Twin City Insurance Company.

STEFANO PICCIOTTO
Pro Se

Stefano Picciotto
418 Lafayette Street
Salem, MA 01970
(978) 741-0218

JUDITH PICCIOTTO
Pro Se

418 Lafayette Street
Salem, MA 01970
(978) 741-0218

MELITA PICCIOTTO and
ATHENA PICCIOTTO

By their attorney,

/s/ Danielle deBenedictis
Danielle deBenedictis
BBO No. 117440
deBenedictis, Miller & Blum, P.A.
67 Commercial Wharf
Boston, MA 02110
(617) 367-8585

2

FOREIGN CAR CENTER, INC.

By its attorney,

_____
James M. Shannon, Jr.
BBO No. 463610
418 Rear Lafayette Street
Salem, MA 01970
(978) 741-0218

Dated: November 4, 2005

CERTIFICATE OF SERVICE

I, Stefano Picciotto, hereby certify that on this day I served the foregoing document by sending a copy thereof by first class mail, postage prepaid, or in hand to all attorneys and pro se parties of record.

Signed this _____ day of November 2005

_____
Stefano Picciotto

3

# EXHIBIT

# A

# COMMONWEALTH OF MASSACHUSETTS
## Office of Consumer Affairs and Business Regulation
### DIVISION OF INSURANCE

One South Station • Boston, MA  02110-2208
617-521-7794• FAX (617) 521-7475
Springfield Office (413) 785-5526
TTY/TDD (617) 521-7490
http://www.state.ma.us/doi



MITT ROMNEY
GOVERNOR

KERRY HEALEY
LIEUTENANT GOVERNOR

BETH LINDSTROM
DIRECTOR, CONSUMER AFFAIRS
AND BUSINESS REGULATION

JULIANNE M. BOWLER
COMMISSIONER OF INSURANCE

*************************************

STEFANO PICCIOTTO et. al.        *
        Plaintiff(s)              *
v.                                *
                                  *
CONTINENTAL CASUALTY COMPANY,     *
GREAT NORTHERN INSURANCE CO.,     *
HARTFORD INSURANCE COMPANY        *
AND TWIN CITY FIRE INSURANCE CO.  *
                                  *
        Defendant(s)              *
*************************************

## AFFIDAVIT

The undersigned Yvonne K. Torres, an appointee for Service of Process for the Commonwealth of Massachusetts, Division of Insurance does hereby certify that the records kept in her office in the usual course of business indicate that duplicate copies of the Complaint for Hartford Accident and Indemnity Company in the above-captioned matter were received by the Commissioner of Insurance on August 30, 2005 and further, that on the same day, one of the duplicate copies of the legal process was mailed postage prepaid to the following address:

HARTFORD ACCIDENT AND INDEMNITY COMPANY
Attn: Mark Hennessey
CT Corporation System
101 Federal Street, Suite 300
Boston, MA  02110

Signed under pains and penalties of perjury.

Yvonne K. Torres
Administrative Assistant
Legal Division

Dated: October 26, 2005