UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEFANO PICCIOTTO, JUDITH PICCIOTTTO, MELITA PICCIOTTO, ATHENA PICCIOTTO and FOREIGN CAR CENTER, INC.,<br>        Plaintiffs,<br>v.<br><br>CONTINENTAL CASUALTY COMPANY, GREAT NORTHERN INSURANCE COMPANY, HARTFORD INSURANCE COMPANY and TWIN CITY FIRE INSURANCE COMPANY,<br>        Defendants. | CIVIL ACTION NO. 05-cv-10901 NG |

**HARTFORD INSURANCE COMPANY[1] AND TWIN CITY INSURANCE COMPANY'S MOTION TO SUBMIT REPLY BRIEF IN SUPPORT OF THEIR MOTION TO DISMISS (PAPER # 31)**

Defendants Hartford and Twin City hereby seek leave to file a reply brief in support of their motion to dismiss. (Paper # 31)  A copy of the proposed reply is filed herewith.  The basis for this request is as follows:

The plaintiffs filed an opposition to the defendant's motion to dismiss (Paper # 39), a memorandum in opposition (Paper # 41) and an affidavit of Stefano Picciotto (Paper # 40).  Mr. Picciotto's affidavit and memorandum in opposition address and raise critical legal and factual issues which defendants believe merit further briefing.  The defendant's reply brief addresses only the new issues raised by the plaintiffs and does not merely restate the arguments previously set forth in the papers already filed with the Court.

---

[1] As set forth below, "Hartford Insurance Company", a non-existent entity, seeks dismissal for the reason that it is an improper party to the present litigation. The actual name of the entity the plaintiffs likely intend to name as a defendant is "The Hartford Financial Services Group, Inc." ("Hartford"), which is the parent of "Twin City Fire Insurance Company".  There is no legal entity entitled "Hartford Insurance Company."

        Respectfully submitted,

        HARTFORD INSURANCE COMPANY
and TWIN CITY FIRE INSURANCE
COMPANY

        By its attorneys,

        /s/ Timothy O. Egan
Harvey Weiner, BBO # 519840
Timothy O. Egan, BBO # 637992
PEABODY & ARNOLD LLP
30 Rowes Wharf
Boston, MA 02110-3342
(617) 951-2100

DATE:  December 22, 2005

## CERTIFICATE OF SERVICE

    I, Timothy O. Egan, hereby certify that a true copy of the above document was served upon the plaintiffs and attorney of record for each other party not identified on the Notice of Electronic Filing as an electronic recipient by mail on December 22, 2005

        /s/ Timothy O. Egan
Timothy O. Egan

628963