UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE
2005 JAN -5  P 4: 22
DISTRICT COURT
DISTRICT OF MASS.

|  |  |
|---|---|
| STEFANO PICCIOTTO, JUDITH PICCIOTTO, MELITA PICCIOTTO, ATHENA PICCIOTTO, AND FOREIGN CAR CENTER, INC.<br><br>Plaintiffs<br><br>v.<br><br>CONTINENTAL CASUALTY COMPANY, GREAT NORTHERN INSURANCE COMPANY, HARTFORD ACCIDENT AND INDEMNITY COMPANY and TWIN CITY FIRE INSURANCE COMPANY<br><br>Defendants | C.A. No. 05-10901-NG |

### MOTION FOR LEAVE TO CONTINUE FILING BY HARD COPY UNTIL RECEIPT OF LOGIN AND PASSWORD FOR ECF FILING

Plaintiff Stefano Picciotto ("Plaintiff") moves the Court for leave to continue to file by hard copy, rather than electronically, for an additional thirty days. As grounds for this motion plaintiff states that he is representing himself pro se in this litigation. He has taken the course on electronic filing procedure, however, he still does not have all the equipment necessary to perform electronic filings, nor does he have the login and password. This court has previously allowed Plaintiff to file by hard copy. Plaintiff is simply requesting that he be allowed a thirty-day additional time period prior to beginning filing electronically.

1

WHEREFORE, plaintiff requests that he be granted leave to file by hard copy and serve the other parties by hard copy for an additional thirty days. .

STEFANO PICCIOTTO<br>
Pro Se<br>
<br>
Stefano Picciotto<br>
418 Lafayette Street<br>
Salem, MA 01970<br>
(978) 741-0218

DATED:    January 5, 2006

### CERTIFICATE OF SERVICE

I, Stefano Picciotto, hereby certify that a copy of the foregoing document has been served on all parties hereto by hand delivery, facsimile transmission or first class mail, postage prepaid, to all parties and attorneys of record as listed on the enclosed service List.

Stefano Picciotto

Dated: January 5, 2006

2