UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MASSACHUSETTS

)
STEFANO PICCIOTTO, JUDITH )
PICCIOTTO, MELITA PICCIOTTO, )
ATHENA PICCIOTTO, and FOREIGN )
CENTER, INC., )
          Plaintiffs )
       v. )   C.A. No. 05 10901 NG
CONTINENTAL CASUALTY )
COMPANY, GREAT NORTHERN )
INSURANCE COMPANY, HARTFORD )
INSURANCE COMPANY and TWIN )
CITY FIRE INSURANCE COMPANY, )
          Defendants )
)

## MOTION FOR LEAVE TO AMEND THE NAME OF THE DEFENDANT HARTFORD INSURANCE COMPANY TO HARTFORD ACCIDENT AND INDEMNITY COMNPANY

Stefano Picciotto, Judith Picciotto, Melita Picciotto, Athena Picciotto and Foreign Car Center, Inc. ("plaintiffs") hereby move this Court for leave to amend the name of the defendant "Hartford Insurance Company" to "Hartford Accident and Indemnity Company." As grounds thereof, the plaintiffs state that due to a clerical error said defendant was accidentally named in the complaint as Hartford Insurance Company. The correct name is Hartford Accident and Indemnity Company. However, service of the complaint was properly made by the Massachusetts Commissioner of Insurance on "Hartford Accident and Indemnity Company" (Exhibit A). Hartford Accident and Indemnity Company is a sister company to Twin City Insurance Company, and they both come under the umbrella of the parent company, "The Hartford Financial Services Group, Inc." In view of the proper service of the complaint upon Hartford Accident and

Indemnity Company , August 30, 2005, by the Office of the Massachusetts Commissioner of Insurance (Exhibit A), and the fact that no responsive pleadings have been filed by either Twin City or Hartford, there is no prejudice to the Hartford Accident and Indemnity Company by this Court 's allowance of the instant motion to correct what is simply a clerical error.

Respectfully submitted,

STEFANO PICCIOTTO
Pro Se

*Stefano Picciotto*
Stefano Picciotto
418 Lafayette Street
Salem, MA 0170
(978) 741-0218


JUDITH PICCIOTTO
Pro Se

*Judith Picciotto*
418 Lafayette Street
Salem, MA 01970
(978) 741-0218


MELITA PICCIOTTO and
ATHENA PICCIOTTO

By their attorney,

*Danielle deBenedictis*
Danielle deBenedictis
BBO No. 117440
deBenedictis, Miller & Blum, P.A.
67 Commercial Wharf
Boston, MA 02110
(617) 367-8585

FOREIGN CAR CENTER, INC.<br>
By its attorney,<br>
<br>
_____<br>
James M. Shannon, Jr.<br>
BBO No. 453610<br>
418 Rear Lafayette Street<br>
Salem, MA 01970<br>
(978) 741-0218

Dated: January 5, 2006

## CERTIFICATE OF SERVICE

I, Stefano Picciotto, hereby certify that on this day I served the foregoing document by sending a copy thereof by first class mail, postage prepaid, or in hand to all attorneys and pro se parties of record.

Signed this ____ day of January 2006

_____
Stefano Picciotto

3