UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| STEFANO PICCIOTTO, JUDITH PICCIOTTO, MELITA PICCIOTTO, ATHENA PICCIOTTO, and FOREIGN CENTER, INC., <br>     Plaintiffs <br> v. <br> CONTINENTAL CASUALTY COMPANY, GREAT NORTHERN INSURANCE COMPANY, HARTFORD INSURANCE COMPANY and TWIN CITY FIRE INSURANCE COMPANY, <br>     Defendants | C.A. No. 05 10901 NG |

## PLAINTIFFS' OPPOSITION TO THE MOTION OF DEFENDANTS HARTFORD INSURANCE COMAPNY AND TWIN CITY INSURANCE COMPANY FOR LEAVE TO SUBMIT A REPLY BRIEF IN SUPPORT OF THEIR MOTION TO DISMISS

Plaintiffs Stefano Picciotto, Judith Picciotto, Melita Picciotto, Athena Picciotto and Foreign Car Center, Inc. ("plaintiffs") hereby oppose the motion of Hartford Insurance Company and Twin City Insurance Company ("defendants" or "Hartford" or "Twin City") for leave to submit a reply brief in support of their motion to dismiss.

As grounds for their opposition, plaintiffs state that:

1. The filing of said motion is very late, having been filed more than 45 days after defendants were served with plaintiffs' opposition to said motion to dismiss, and only after the Court had denied the motion to dismiss of defendant Continental Casualty Company on the unsupportable grounds

(which also were asserted by Hartford and Twin City) that the provisions of 28 U.S.C. § 1332(c)(1) here apply;

2. Defendants' supplementary argument that the provisions of 28 U.S.C. § 1367 would not allow the joinder of a purported indispensable party as a defendant without destroying diversity jurisdiction is without merit; and

3. Under the doctrine of judicial estoppel, the defendants Twin City and Hartford, who are sister companies that are being jointly defended in this action by the law firm of Peabody and Arnold[1], should be barred from adopting a different position in this Court than was presented in the Massachusetts Superior Court, where Twin City asserted that the claims pursued against the defendants therein had no relevancy to any claims that plaintiff might have against Twin City.

In support of their opposition, plaintiffs have filed Plaintiffs' Memorandum In Support Of Their Opposition To The Motion Of Hartford Insurance Company And Twin City Insurance Company For Leave To Submit A Reply Memorandum In Support Of Their Motion To Dismiss.

STEFANO PICCIOTTO
Pro Se

Stefano Picciotto
418 Lafayette Street
Salem, MA 01970
(978) 741-0218

---

[1] Peabody and Arnold is the same law firm that successfully argued in state court that the claims being litigated in the state court action had no relevancy to any claims that plaintiff may have against Twin City or the other sister company First State Management Group, Inc.

2

JUDITH PICCIOTTO
Pro Se

*/s/ Judith Picciotto*
418 Lafayette Street
Salem, MA 01970
(978) 741-0218


MELITA PICCIOTTO and
ATHENA PICCIOTTO

By their attorney,

*/s/ Danielle deBenedictis*
Danielle deBenedictis
BBO No. 117440
deBenedictis, Miller & Blum, P.A.
67 Commercial Wharf
Boston, MA 02110
(617) 367-8585


FOREIGN CAR CENTER, INC.

By its attorney,

_____
James M. Shannon, Jr.
BBO No. 453610
418 Rear Lafayette Street
Salem, MA 01970
(978) 741-0218


Dated: January 5, 2006

### CERTIFICATE OF SERVICE

I hereby certify that, on this 5th day of January, 2006, I served a copy of the foregoing document upon all pro se parties and counsel of record by sending each such copy by first class mail, postage prepaid.

*/s/ Stefano Picciotto*
Stefano Picciotto

3