UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

—————————————————

STEFANO PICCIOTTO,　　　　　)
JUDITH PICCIOTTO, MELITA　　)
PICCIOTTO, ATHENA　　　　　)
PICCIOTTO, and FOREIGN　　　)
CAR CENTER, INC.,　　　　　　)
　　　　　　　　　　　　　　　)
　　　　Plaintiffs,　　　　　　　)
　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　)　　　　DOCKET NO: 05-10901-NG
　　　　　　　　　　　　　　　)
CONTINENTAL CAUSUALTY　　　)
COMPANY, GREAT　　　　　　　)
NORTHERN INSURANCE　　　　)
COMPANY, HARTFORD　　　　　)
INSURANCE COMPANY and　　　)
TWIN CITY FIRE INSURANCE　　)
COMPANY,　　　　　　　　　　)
　　　　　　　　　　　　　　　)
　　　　Defendants.　　　　　　　)
—————————————————　)

**ANSWER OF THE DEFENDANT, CONTINENTAL CASUALTY COMPANY,
TO THE PLAINTIFFS' AMENDED COMPLAINT**

NOW COMES the defendant, Continental Casualty Company (hereinafter

"Continental"), and, in answer to the plaintiffs' Amended Complaint states as follows:

FIRST AFFIRMATIVE DEFENSE

The defendant says that the plaintiffs have failed to state a cause of action in their

complaint for which relief can be granted. Federal Rules of Civil Procedure 12(b)(6).

SECOND AFFIRMATIVE DEFENSE

Continental responds, paragraph by paragraph, to the allegations set forth in the

Amended Complaint as follows:

**Parties**

1.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and calls upon the plaintiffs to prove same.

2.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and calls upon the plaintiffs to prove same.

3.    Admitted.

4.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and calls upon the plaintiffs to prove same.

5.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and calls upon the plaintiffs to prove same.

6.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and calls upon the plaintiffs to prove same.

**Facts**

7.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and calls upon the plaintiffs to prove same.

8.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and calls upon the plaintiffs to prove same.

9.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and calls upon the plaintiffs to prove same.

10.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and calls upon the plaintiffs to prove same.

11.    The policy of insurance referenced in this paragraph is a written instrument, which speaks for itself, thus no response is required.

12.    The policy of insurance referenced in this paragraph is a written instrument, which speaks for itself, thus no response is required.

13.   The policy of insurance referenced in this paragraph is a written instrument, which speaks for itself, thus no response is required.

14.   The policy of insurance referenced in this paragraph is a written instrument, which speaks for itself, thus no response is required.

15.   The policy of insurance referenced in this paragraph is a written instrument, which speaks for itself, thus no response is required.

16.   The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and calls upon the plaintiffs to prove same.

17.   The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the Great Northern policy of insurance referenced in this paragraph and calls upon the plaintiffs to prove same.  As to the Continental policy of insurance referenced in this paragraph, it is a written instrument, which speaks for itself, thus no response is required.

18.   The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and calls upon the plaintiffs to prove same.

19.   The pleadings referenced in this paragraph are written documents, which speak for themselves, thus no response is required.

20.   The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in the first sentence of this paragraph and calls upon the plaintiffs to prove same.  The reported decision of the Appeals Court referenced in this paragraph is a written document, which speaks for itself, thus no further response is required.

21.   The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and calls upon the plaintiffs to prove same.

22.   The pleadings referenced in this paragraph are written documents, which speak for themselves, thus no response is required.

23.   The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and calls upon the plaintiffs to prove same.  The pleadings referenced in this paragraph are written documents, which speak for themselves, thus no further response is required.

24.   The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and calls upon the plaintiffs to prove same.

987853v1

25.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and calls upon the plaintiffs to prove same.

26.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and calls upon the plaintiffs to prove same.  The pleadings referenced in this paragraph are written documents, which speak for themselves, thus no further response is required.

27.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and calls upon the plaintiffs to prove same.

28.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and calls upon the plaintiffs to prove same.

29.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and calls upon the plaintiffs to prove same.  The pleadings referenced in this paragraph are written documents, which speak for themselves, thus no further response is required.

30.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and calls upon the plaintiffs to prove same.

31.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and calls upon the plaintiffs to prove same.

32.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and calls upon the plaintiffs to prove same.

33.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and calls upon the plaintiffs to prove same.

34.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and calls upon the plaintiffs to prove same.

35.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and calls upon the plaintiffs to prove same.

36.    The Proof of Claim referenced in this paragraph is a written document, which speaks for itself, thus no response is required.

987853v1

37.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and calls upon the plaintiffs to prove same.

38.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and calls upon the plaintiffs to prove same.

39.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and calls upon the plaintiffs to prove same.

40.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and calls upon the plaintiffs to prove same.

41.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and calls upon the plaintiffs to prove same.

42.    (a) – (d):  The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and calls upon the plaintiffs to prove same.

43.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and calls upon the plaintiffs to prove same.

44.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and calls upon the plaintiffs to prove same.

45.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and calls upon the plaintiffs to prove same.

46.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and calls upon the plaintiffs to prove same.

47.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and calls upon the plaintiffs to prove same.

48.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and calls upon the plaintiffs to prove same.

987853v1

49.   The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and calls upon the plaintiffs to prove same.  The agreement referenced in this paragraph is a written document, which speaks for itself, thus no further response is required.

50.   The allegations of this paragraph call for a legal conclusion and, therefore, no response is required.  To the extent a response is deemed necessary, the settlement agreement referenced in this paragraph is a written instrument, which speaks for itself, thus no response is required.

51.   The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and calls upon the plaintiffs to prove same.

52.   The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and calls upon the plaintiffs to prove same.

53.   The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and calls upon the plaintiffs to prove same.

54.   The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and calls upon the plaintiffs to prove same.

55.   The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and calls upon the plaintiffs to prove same.

56.   The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and calls upon the plaintiffs to prove same.

57.   The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and calls upon the plaintiffs to prove same.

58.   The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and calls upon the plaintiffs to prove same.

59.   Denied.

60.   Denied.

61.   Denied.

987853v1

62. The Continental policy of insurance referenced in this paragraph is a written instrument, which speaks for itself, thus no response is required.

63. Denied.

64. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and calls upon the plaintiffs to prove same. The defendant further states that the settlement agreement referenced in this paragraph is a written instrument, which speaks for itself, thus no response is required.

65. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and calls upon the plaintiffs to prove same. The pleadings referenced in this paragraph are written documents, which speak for themselves, thus no further response is required.

66. Denied.

67. The allegations of this paragraph call for a legal conclusion and, therefore, no response is required. To the extent a response is deemed necessary, the allegations of this paragraph are denied.

68. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and calls upon the plaintiffs to prove same.

69. Denied.

70. Denied.

71. Denied.

72. Denied.

73. Continental admits that it insured an attorney-lienholder, and denies all other allegations contained in this paragraph.

74. Continental is unable to respond to the allegations of this paragraph without more specific information which the plaintiffs have failed to provide. As such, Continental calls upon the plaintiffs to prove same.

75. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and calls upon the plaintiffs to prove same.

76. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and calls upon the plaintiffs to prove same.

7

77. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and calls upon the plaintiffs to prove same.

78. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and calls upon the plaintiffs to prove same.

79. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and calls upon the plaintiffs to prove same.

80. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and calls upon the plaintiffs to prove same.

81. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and calls upon the plaintiffs to prove same.

82. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and calls upon the plaintiffs to prove same.

83. Continental admits that the attorney-lienholders did enter into a joint defense agreement, but denies all other allegations of this paragraph.

84. Continental admits that the attorney-lienholders did enter into a joint defense agreement, but denies all other allegations of this paragraph.

85. Denied.

86. Denied.

87. Denied.

88. Denied.

89. Denied.

90. Denied.

91. Continental admits that the attorney-lienholders were procedurally realigned as plaintiffs by the court, but denies all other allegations of this paragraph.

92. Denied.

93. Denied.

8

94.     Denied.

95.     Denied.

96.     The Order referenced in this paragraph is a written document, which speaks for itself, thus no response is required.

97.     Denied.

98.     Denied.

99.     Denied.

100.    Denied.

101.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and calls upon the plaintiffs to prove same.

102.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and calls upon the plaintiffs to prove same.

103.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and calls upon the plaintiffs to prove same.

104.    Denied.

105.    Denied.

106.    Denied.

107.    Denied.

108.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and calls upon the plaintiffs to prove same.

109.    Continental denies the allegations contained in the first sentence of this paragraph. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in the second sentence of this paragraph and calls upon the plaintiffs to prove same.

110.    Denied.

111.    (a) – (h):  Denied.

112.    Denied.

987853v1

113.   (a) – (b):  Denied.

114.   Denied.

115.   (a) – (e):  Denied.

116.   The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and calls upon the plaintiffs to prove same.

117.   The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and calls upon the plaintiffs to prove same.

118.   Denied.

119.   Denied.  The docket entry referenced in this paragraph is a written document, which speaks for itself, thus no further response is required.

120.   Denied.

121.   (a) – (c):  Denied.

122.   Denied.

123.   Denied.

124.   The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and calls upon the plaintiffs to prove same.

125.   The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and calls upon the plaintiffs to prove same.

126.   Denied.

127.   The letter referenced in this paragraph is a written document, which speaks for itself, thus no response is required.

128.   Denied.

129.   The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and calls upon the plaintiffs to prove same.

130.   Denied.

987853v1

131. The allegations of this paragraph call for a legal conclusion and, therefore, no response is required. To the extent a response is deemed necessary, the defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and calls upon the plaintiffs to prove same.

132. The letter referenced in this paragraph is a written document, which speaks for itself, thus no response is required.

133. Denied.

134. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and calls upon the plaintiffs to prove same.

135. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and calls upon the plaintiffs to prove same.

136. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and calls upon the plaintiffs to prove same.

137. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and calls upon the plaintiffs to prove same.

138. The judgment referenced in this paragraph is a written document, which speaks for itself, thus no response is required.

139. The judgment referenced in this paragraph is a written document, which speaks for itself, thus no response is required.

140. Denied.

141. Denied.

142. Denied.

143. Denied.

144. Denied.

145. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and calls upon the plaintiffs to prove same.

146. Denied.

987853v1

147.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and calls upon the plaintiffs to prove same.

148.    Denied.

149.    (a) – (c):  The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and calls upon the plaintiffs to prove same.  The letter referenced in this paragraph is a written document, which speaks for itself, thus no further response is required.

150.    Denied.

151.    Denied.

152.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and calls upon the plaintiffs to prove same.

153.    Continental denies the allegations contained in the first sentence of this paragraph. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in the second sentence of this paragraph and calls upon the plaintiffs to prove same.

154.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in the first sentence of this paragraph and calls upon the plaintiffs to prove same.  Continental denies the allegations contained in the second sentence of this paragraph.

155.    Denied.

156.    Denied.

157.    Denied.

158.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and calls upon the plaintiffs to prove same.

159.    Denied.

160.    Denied.

161.    The allegations of this paragraph call for a legal conclusion and, therefore, no response is required.

162.  The opposition referenced in this paragraph is a written document, which speaks for itself, thus no response is required.  To the extent a response is deemed necessary, the allegations of this paragraph are denied.

163.  (a) – (e):  The allegations of this paragraph call for a legal conclusion and, therefore, no response is required.  To the extent a response is deemed necessary, the defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and calls upon the plaintiffs to prove same.

164.  Denied.

165.  Denied.

166.  The letter referenced in this paragraph is a written document, which speaks for itself, thus no further response is required.

167.  The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and calls upon the plaintiffs to prove same.

168.  Denied.

169.  The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and calls upon the plaintiffs to prove same.

170.  Denied.

171.  The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and calls upon the plaintiffs to prove same.

172.  The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and calls upon the plaintiffs to prove same.

173.  The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and calls upon the plaintiffs to prove same.

174.  The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and calls upon the plaintiffs to prove same.

175.  Denied.

987853v1

176. Continental understands that Casher has denied that she or anyone acting on her behalf or on behalf of her firm provided notice to Continental of a potential claim by Melita Picciotto, but denies that any such denial was made under the direction of Continental. Otherwise, the defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and calls upon the plaintiffs to prove same.

177. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and calls upon the plaintiffs to prove same.

178. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and calls upon the plaintiffs to prove same.

179. Denied.

180. Denied.

181. Denied.

182. Denied.

183. Denied.

184. Denied.

185. Denied.

186. Denied.

187. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and calls upon the plaintiffs to prove same.

188. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and calls upon the plaintiffs to prove same.

189. Denied.

190. The letter referenced in this paragraph is a written document, which speaks for itself, thus no further response is required.

191. Denied.

192. (a) – (b): The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and calls upon the plaintiffs to prove same.

14

193.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and calls upon the plaintiffs to prove same.

194.    Denied.

195.    Denied.

196.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and calls upon the plaintiffs to prove same.

197.    Denied.

198.    Denied.

199.    The notice of appeal referenced in this paragraph is a written document, which speaks for itself, thus no further response is required.

200.    The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in the first sentence of this paragraph and calls upon the plaintiffs to prove same.  Continental denies the allegations contained in the second sentence of this paragraph.

201.    Denied.

202.    Denied.

203.    Denied.

204.    The letters referenced in this paragraph are written documents, which speak for themselves, thus no further response is required.

205.    Continental's response to the letters referenced in paragraph 204 of the plaintiffs' Amended Complaint is that the letters so referenced are written documents, which speak for themselves, thus no further response is required.  To the extent a response is deemed necessary, the defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and calls upon the plaintiffs to prove same.

## Count One

206.    The defendant repeats and incorporates its responses to paragraphs 1-205 as if fully stated herein.

207.    (a) – (b):  Denied.

208.    Denied.

209.    Denied.

WHEREFORE, the defendant says that the Amended Complaint should be dismissed and that judgment should be entered for the defendant, together with its costs.

## Count Two

210.    The defendant repeats and incorporates its responses to paragraphs 1-209 as if fully stated herein.

211.    Denied.

212.    Denied.

WHEREFORE, the defendant says that the Amended Complaint should be dismissed and that judgment should be entered for the defendant, together with its costs.

## Count Three

213.    The defendant repeats and incorporates its responses to paragraphs 1-212 as if fully stated herein.

214.    Denied.

WHEREFORE, the defendant says that the Amended Complaint should be dismissed and that judgment should be entered for the defendant, together with its costs.

## Count Four

215.    The defendant repeats and incorporates its responses to paragraphs 1-214 as if fully stated herein.

216.    Denied.

217.    Denied.

WHEREFORE, the defendant says that the Amended Complaint should be dismissed and that judgment should be entered for the defendant, together with its costs.

## Count Five

218.    The defendant repeats and incorporates its responses to paragraphs 1-217 as if fully stated herein.

219.    Admitted.

221 [sic].  Denied.

The defendant opposes the plaintiffs' prayer for relief under this count as set forth in subparagraphs (a) through (g), inclusive.  WHEREFORE, the defendant says that the Amended Complaint should be dismissed and that judgment should be entered for the defendant, together with its costs.

### Count Six

222-225.    The allegations of these paragraphs are directed to defendants other Continental.  As such, no response is required.  To the extent that a response is required, the allegations of these paragraphs are denied.

### Count Seven

226-228.    The allegations of these paragraphs are directed to defendants other Continental.  As such, no response is required.  To the extent that a response is required, the allegations of these paragraphs are denied.

### Count Eight

229-230.    The allegations of these paragraphs are directed to defendants other Continental.  As such, no response is required.  To the extent that a response is required, the allegations of these paragraphs are denied.

### Count Nine

231-233.    The allegations of these paragraphs are directed to defendants other Continental.  As such, no response is required.  To the extent that a response is required, the allegations of these paragraphs are denied.

### Count Ten

234-236.    The allegations of these paragraphs are directed to defendants other Continental.  As such, no response is required.  To the extent that a response is required, the allegations of these paragraphs are denied.

### Count Eleven

237-240.    The allegations of these paragraphs are directed to defendants other Continental.  As such, no response is required.  To the extent that a response is required, the allegations of these paragraphs are denied.

### Count Twelve

241-243.    The allegations of these paragraphs are directed to defendants other Continental.  As such, no response is required.  To the extent that a response is required, the allegations of these paragraphs are denied.

## Count Thirteen

244-245.    The allegations of these paragraphs are directed to defendants other Continental. As such, no response is required. To the extent that a response is required, the allegations of these paragraphs are denied.

## Count Fourteen

246-248.    The allegations of these paragraphs are directed to defendants other Continental. As such, no response is required. To the extent that a response is required, the allegations of these paragraphs are denied.

## Count Fifteen

249-251.    The allegations of these paragraphs are directed to defendants other Continental. As such, no response is required. To the extent that a response is required, the allegations of these paragraphs are denied.

## Count Sixteen

252-255.    The allegations of these paragraphs are directed to defendants other Continental. As such, no response is required. To the extent that a response is required, the allegations of these paragraphs are denied.

## Count Seventeen

256-258.    The allegations of these paragraphs are directed to defendants other Continental. As such, no response is required. To the extent that a response is required, the allegations of these paragraphs are denied.

## Count Eighteen

259-260.    The allegations of these paragraphs are directed to defendants other Continental. As such, no response is required. To the extent that a response is required, the allegations of these paragraphs are denied.

## Count Nineteen

261-263.    The allegations of these paragraphs are directed to defendants other Continental. As such, no response is required. To the extent that a response is required, the allegations of these paragraphs are denied.

## Count Twenty

264-266.    The allegations of these paragraphs are directed to defendants other Continental. As such, no response is required. To the extent that a response is required, the allegations of these paragraphs are denied.

987853v1

### THIRD AFFIRMATIVE DEFENSE

The defendant says that the plaintiffs, by their own conduct and actions, are estopped to recover any judgment against Continental.

### FOURTH AFFIRMATIVE DEFENSE

The defendant says that the plaintiffs, by their own conduct and actions, have waived any and all rights they may have had against Continental.

### FIFTH AFFIRMATIVE DEFENSE

The defendant says that if plaintiffs were damaged, as alleged, such damages were caused by someone for whose conduct Continental was not and is not legally responsible.

### SIXTH AFFIRMATIVE DEFENSE

The defendant says that the plaintiffs' claims are barred because the plaintiffs never relied on any of the alleged acts or omissions of Continental.

### SEVENTH AFFIRMATIVE DEFENSE

The defendant says that the action filed by the plaintiffs is frivolous, wholly insubstantial and not advanced in good faith and, therefore, is in contravention of G.L. c. 231, § 6F and Continental is entitled to recovery of all costs, expenses and attorneys' fees incurred in the defense of this action.

### EIGHTH AFFIRMATIVE DEFENSE

The defendant states that if the plaintiffs were injured, it was as a result of the plaintiffs' breach of their duty to exercise a high degree of care to protect and insure their own interests.

### NINTH AFFIRMATIVE DEFENSE

The defendant states that the plaintiffs cannot recover because they failed to give notice of the damages and/or injuries allegedly suffered by the plaintiffs to the defendant as required by the statutes of the Commonwealth of Massachusetts.

### TENTH AFFIRMATIVE DEFENSE

The defendant says that no act or omission by it was a proximate cause of damages, if any, allegedly sustained by the plaintiffs.

### ELEVENTH AFFIRMATIVE DEFENSE

The defendant says that the plaintiffs' claims are barred by the doctrine of res judicata.

## TWELFTH AFFIRMATIVE DEFENSE

The defendant says that the plaintiffs' claims are barred by the relevant statute(s) of limitations.

## THIRTEENTH AFFIRMATIVE DEFENSE

The defendant says that the plaintiffs' complaint fails to allege facts sufficient to state a claim upon which relief may be granted.

## FOURTEENTH AFFIRMATIVE DEFENSE

The defendant says that the plaintiffs' complaint fails to plead fraud, conspiracy and related counts against the defendant with the specificity required by Rule 9(b) of the Federal Rules of Civil Procedure.

## FIFTEENTH AFFIRMATIVE DEFENSE

The defendant says that plaintiffs' causes of action are barred because any actions taken by defendant were fair and reasonable and were performed in good faith based on all relevant facts known to the defendant at the time.

## SIXTEENTH AFFIRMATIVE DEFENSE

The defendant says the plaintiffs' claims for relief are barred by the doctrine of unclean hands.

## SEVENTEENTH AFFIRMATIVE DEFENSE

The defendant says the plaintiffs' claims for relief are barred by the plaintiffs' own fraudulent conduct.

## EIGHTEENTH AFFIRMATIVE DEFENSE

The defendant says the plaintiffs' claims for relief are barred by the plaintiffs' lack of standing to assert such claims.

## NINETEENTH AFFIRMATIVE DEFENSE

The defendant says the plaintiffs' claims for relief are barred by the plaintiffs' failure to join an indispensable party.

## TWENTIETH AFFIRMATIVE DEFENSE

The defendant says the plaintiffs' claims for relief are barred by the pendency of a related prior action.

987853v1

Respectfully submitted,
Continental Casualty Company

By its attorneys,

MORRISON MAHONEY LLP


/s/ Scott Douglas Burke
_____
Scott Douglas Burke~BBO No. 551255
Michael H. Hayden~BBO No. 660746
250 Summer Street
Boston, MA 02210
(617) 439-7500

Certificate of Service

I hereby certify that this
document(s) filed through the
ECF system will be sent
electronically to the registered
participants as identified on the
Notice of Electronic Filing
(NEF) and paper copies will be
sent to those indicated as non
registered participants on (date).


/s/ Scott Douglas Burke
_____
Scott Douglas Burke, BBO No. 551255

987853v1