UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEPHANO PICCIOTTO, JUDITH PICCIOTTO, ATHENA PICCIOTTO, MELITA PICCIOTTO, and FOREIGN CAR CENTER INC.,<br>    Plaintiffs,<br><br>       v.<br><br>CONTINENTAL CASUALTY CO., GREAT NORTHERN INSURANCE CO., HARTFORD INSURANCE CO., and TWIN CITY, INSURANCE CO.<br>    Defendants. | C.A. No. 05-10901-NG |

GERTNER, D.J.:

### ORDER OF DISMISSAL

For the reasons set forth in the accompanying Memorandum and Order, defendants' motion for leave to file a reply brief [docket entry #42] was granted; the motion to dismiss [docket entry #31] is hereby **GRANTED** as to all defendants, and plaintiffs' motion to amend the name of Hartford Insurance Company [docket entry #45] is hereby **MOOT**.

Accordingly, I hereby **DISMISS** this case in its entirety.

**SO ORDERED.**

Date: September 29, 2006                /s/ NANCY GERTNER U.S.D.J.