UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2006 OCT 30 P 4: 49

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| STEFANO PICCIOTTO, JUDITH PICCIOTTO, MELITA PICCIOTTO, ATHENA PICCIOTTO, AND FOREIGN CAR CENTER, INC.<br><br>Plaintiffs<br><br>v.<br><br>CONTINENTAL CASUALTY COMPANY, GREAT NORTHERN INSURANCE COMPANY, HARTFORD INSURANCE COMPANY and TWIN CITY FIRE INSURANCE COMPANY<br><br>Defendants | C.A. No. 05-10901-NG |

NOTICE OF APPEAL TO
UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

Stefano Picciotto, Judith Picciotto, Melita Picciotto, Athena Picciotto, and Foreign Car Center, Inc., the plaintiffs in the above-captioned action appeal to the Untied sates Court of Appeals for the First Circuit From the order of dismissal of the District Court of Massachusetts in Boston entered in this case on September 29, 2006. The order of dismissal was granted as to all defendants to the above-captioned action pursuant to a 12(b) motion on September 29, 2006, by the Untied Sates District Court (Gertner, J.), and a memorandum and order issued. The parties to the order appealed form are as follows:

_____          _____
Stefano Picciotto, Pro Se                Judith Picciotto, Pro Se
418 Lafayette Street                     418 Lafayette Street
Salem, MA    01970-5347                  Salem, MA 01970-5347
(978) 741-0218                           (978) 741-0218

_____          _____
Melita Picciotto, Pro Se                 Athena Picciotto, Pro Se
418 Lafayette Street                     418 Lafayette Street
Salem, MA    01970-5347                  Salem, MA 01970-5347
(978) 741-0218                           (978) 741-0218

Foreign Car Center, Inc.,
By its attorney,

_____
James M. Shannon, Jr., J.D.
BBO # 453610
418 Rear Lafayette Street
Salem, Massachusetts 01970
(978) 741-0218


DATED October 30, 2006