UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS, SS.

CIVIL ACTION NO.: 05-10901-DPW

STEPHANO PICCIOTTO, JUDITH )
PICCIOTTO, MELITA PICCIOTTO, )
ATHENA PICCIOTTO, AND FOREIGN )
CAR CENTER, INC., )
PLAINTIFF, )
V. )
CONTINENTAL INSURANCE CO., )
GREAT NORTHERN INSURANCE CO., )
HARTFORD INSURANCE CO., AND )
TWIN CITY FIRE INSURANCE CO., )
DEFENDANT. )
)

## NOTICE OF APPEARANCE

Pursuant to Mass. R. Civ. P. 11, please enter my appearance as counsel of record for the defendant, Great Northern Insurance Company, in the above-captioned matter.

_____
Jennifer B. Hardy, Esq. BBO 634494
Melick, Porter & Shea, LLP
28 State Street
Floor 22
Boston, Massachusetts 02109
Telephone: (617) 523-6200
Facsimile: (617) 523-8130

Dated: 11/20/06

## CERTIFICATE OF SERVICE

I, Jennifer B. Hardy, Esq., hereby certify that on this day, I forwarded notice of the foregoing document(s) by mailing a copy thereof, postage prepaid to the following:

Melita Picciotto
418 Lafayette Street
Salem, MA 01970-5347

Stephen J. Duggan, Esq.
Lynch & Lynch
45 Bristol Drive
South Easton, MA 02375

*/s/ Jennifer B. Hardy*
Jennifer B. Hardy, Esq.

Dated: 11/20/06