## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USDC Docket Number : 05-cv-10901

Stephano Picciotto, et al

v.

Continental Insurance Co., et al

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

1-52

and contained in 1 Volume(s) are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 10/30/2006.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on December 4, 2006.

_____ of Court

By _____
Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: _____.

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/06

APPEAL

# United States District Court
## District of Massachusetts (Boston)
## CIVIL DOCKET FOR CASE #: 1:05-cv-10901-NG

| | |
|---|---|
| Picciotto et al v. Contintental Causualty Company et al | Date Filed: 05/02/2005 |
| Assigned to: Judge Nancy Gertner | Jury Demand: Both |
| Demand: $9,000,000 | Nature of Suit: 110 Insurance |
| Cause: 28:1332 Diversity-Insurance Contract | Jurisdiction: Diversity |

**Plaintiff**

**Pro Se Party Stefano Picciotto**        represented by **Danielle E. DeBenedictis**
                                           deBenedictis, Miller & Blum, PA
                                           60 Commercial Wharf
                                           Boston, MA 02110
                                           617-367-8585 ext.1
                                           Fax: 617-367-0650
                                           Email: ddeb95@aol.com
                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Pro Se Party Judith Picciotto**         represented by **Danielle E. DeBenedictis**
                                           (See above for address)
                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Athena Picciotto**                      represented by **Danielle E. DeBenedictis**
                                           (See above for address)
                                           *LEAD ATTORNEY*
                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Melita Picciotto**                      represented by **Danielle E. DeBenedictis**
                                           (See above for address)
                                           *LEAD ATTORNEY*
                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Foreign Center Inc**                    represented by **James M. Shannon**
                                           418 Rear Lafayette Street
                                           Salem, MA 01970
                                           978-741-0218
                                           Fax: 978-741-0218
                                           Email: sonobelli@verizon.net

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Danielle E. DeBenedictis**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Contintental Causualty Company**                  represented by **Scott D. Burke**
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210
617-439-7578
Fax: 617-342-4937
Email: sburke@morrisonmahoney.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Great Northern Insurance Company**              represented by **Megan E. Kures**
Meliek, Porter & Shea, LLP
28 State Street
Boston, MA 02109
617-523-6200
Fax: 617-523-8130
Email: mkures@melicklaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard J. Shea**
Melick, Porter & Shea, LLP
22nd Floor
28 State Street
Boston, MA 02108-1775
617-523-6200
Fax: 617-523-8130
Email: rshea@melicklaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer B. Hardy**
Melick, Porter & Shea, LLP
28 State Street
22nd Fl.
Boston, MA 02108
617-523-6200

Fax: 617-523-8130
Email: JHardy@melicklaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Neurological Referral Center Inc.**

**Defendant**

**Roberta F. White**

**Defendant**

**Hartford Insurance Company**                          represented by **Harvey Weiner**
                                                                        Peabody & Arnold LLP
                                                                        30 Rowes Wharf
                                                                        Boston, MA 02110
                                                                        617-951-2104
                                                                        Fax: 617-951-2125
                                                                        Email: hweiner@peabodyarnold.com
                                                                        *LEAD ATTORNEY*
                                                                        *ATTORNEY TO BE NOTICED*

                                                                        **Timothy O. Egan**
                                                                        Peabody & Arnold LLP
                                                                        30 Rowes Wharf
                                                                        Boston, MA 02110
                                                                        617-951-2050
                                                                        Fax: 617-951-2125
                                                                        Email: tegan@peabodyarnold.com
                                                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**Twin City Fire Insurance Company**                     represented by **Harvey Weiner**
                                                                        (See above for address)
                                                                        *LEAD ATTORNEY*
                                                                        *ATTORNEY TO BE NOTICED*

                                                                        **Timothy O. Egan**
                                                                        (See above for address)
                                                                        *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/02/2005 | 1 | COMPLAINT against Great Northern Insurance Company, Neurological Referral Center Inc., Roberta F. White, Contintental Causualty Company Filing fee: $ 250, receipt number 63918, filed by Stefano Picciotto, Judith Picciotto, Athena Picciotto, Melita Picciotto, Foreign Center Inc. |

| | | |
|---|---|---|
| | | (Attachments: # 1 Part 2# 2 Cover Sheet)(Nici, Richard) (Entered: 05/04/2005) |
| 05/02/2005 | ● | Summons Issued as to Great Northern Insurance Company, Neurological Referral Center Inc., Roberta F. White, Contintental Causualty Company. (Nici, Richard) (Entered: 05/04/2005) |
| 05/02/2005 | ● | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Bowler. (Nici, Richard) (Entered: 05/04/2005) |
| 08/04/2005 | ●2 | First MOTION to Dismiss *of Defendant Continental Casualty Companay Pursuant to Rule 12(b)(1)* by Contintental Causualty Company.(Burke, Scott) (Entered: 08/04/2005) |
| 08/04/2005 | ●3 | MEMORANDUM in Support re 2 First MOTION to Dismiss *of Defendant Continental Casualty Companay Pursuant to Rule 12(b)(1)* filed by Contintental Causualty Company. (Attachments: # 1 # 2 Civil Cover Sheet)(Burke, Scott) (Entered: 08/04/2005) |
| 08/18/2005 | ●6 | AMENDED COMPLAINT against Great Northern Insurance Company, Neurological Referral Center Inc., Roberta F. White, Contintental Causualty Company, filed by Stefano Picciotto, Judith Picciotto, Athena Picciotto, Melita Picciotto, Foreign Center Inc. (Attachments: # 1 Part 2# 2 Part 3)(Nici, Richard) (Entered: 08/25/2005) |
| 08/19/2005 | ●10 | RESPONSE to Motion re 2 First MOTION to Dismiss *of Defendant Continental Casualty Companay Pursuant to Rule 12(b)(1)* filed by Stefano Picciotto, Judith Picciotto, Athena Picciotto, Melita Picciotto, Foreign Center Inc. (Nici, Richard) (Entered: 08/26/2005) |
| 08/23/2005 | ●4 | First MOTION for Leave to File *Reply to Plaintiffs' Response to Continental Casualty Company's Motion To Dismiss Pursuant to Rule 12(b)(1)* by Contintental Causualty Company.(Burke, Scott) (Entered: 08/23/2005) |
| 08/23/2005 | ●5 | First MEMORANDUM in Support re 4 First MOTION for Leave to File *Reply to Plaintiffs' Response to Continental Casualty Company's Motion To Dismiss Pursuant to Rule 12(b)(1)* filed by Contintental Causualty Company. (Burke, Scott) (Entered: 08/23/2005) |
| 08/24/2005 | ● | Judge Douglas P. Woodlock : Electronic ORDER entered. ELECTRONIC ORDER REQUIRING ELECTRONIC FILING. It is hereby ORDERED that, unless leave is granted, upon good cause shown, to file paper documents in lieu of electronic filing via this Court's CM/ECF system, ALL future submissions in this case must be electronically filed. Such filings shall be made in accordance with, and subject to, the terms and conditions of electronic filing as set forth by this Court. All parties and counsel who choose to appear in this action must make arrangements to register for participation in electronic case filing, if they have not already done so. It is FURTHER ORDERED that Notices, Orders and Memoranda of the Court will only be filed and served electronically. Once a party or |

| | | |
|---|---|---|
| | | counsel has registered for electronic filing, it is his/her responsibility to monitor his/her e-mail to ensure receipt of electronic notices. Any changes in e-mail addresses must be reported to the Court immediately(Nici, Richard). (Entered: 08/24/2005) |
| 08/25/2005 | 7 | NOTICE by Contintental Causualty Company *of Related Civil Cases* (Attachments: # 1 Exhibit)(Burke, Scott) (Entered: 08/25/2005) |
| 08/25/2005 | 8 | NOTICE of Appearance by Richard J. Shea on behalf of Great Northern Insurance Company (Shea, Richard) (Entered: 08/25/2005) |
| 08/25/2005 | 9 | NOTICE of Appearance by Megan E. Kures on behalf of Great Northern Insurance Company (Kures, Megan) (Entered: 08/25/2005) |
| 08/26/2005 | 11 | NOTICE of Appearance by Danielle E. DeBenedictis on behalf of Athena Picciotto, Melita Picciotto (Nici, Richard) (Entered: 08/29/2005) |
| 09/01/2005 | | Judge Douglas P. Woodlock : Electronic ORDER entered granting 4 Motion for Leave to File reply (Rynne, Michelle) (Entered: 09/01/2005) |
| 09/06/2005 | 12 | SUMMONS Returned Executed Hartford Insurance Company served on 8/26/2005, answer due 9/15/2005. (Nici, Richard) (Entered: 09/07/2005) |
| 09/06/2005 | 13 | SUMMONS Returned Executed Contintental Causualty Company served on 8/26/2005, answer due 9/15/2005. (Nici, Richard) (Entered: 09/07/2005) |
| 09/06/2005 | 14 | SUMMONS Returned Executed Twin City Fire Insurance Company served on 8/26/2005, answer due 9/15/2005. (Nici, Richard) (Entered: 09/07/2005) |
| 09/06/2005 | 15 | SUMMONS Returned Executed Great Northern Insurance Company served on 8/26/2005, answer due 9/15/2005. (Nici, Richard) (Entered: 09/07/2005) |
| 09/06/2005 | 16 | MOTION to Strike exhibits A through D attached to defendant Continental Casualty Company's memorandum of law in support of motion for leave to reply to plaintiff's response to motion to dismiss of defendant Continental Casualty Company Pursuant to Rule 12(b)(1) by Stefano Picciotto.(Nici, Richard) (Entered: 09/08/2005) |
| 09/06/2005 | 17 | MEMORANDUM in response re 4 First MOTION for Leave to File *Reply to Plaintiffs' Response to Continental Casualty Company's Motion To Dismiss Pursuant to Rule 12(b)(1)* filed by Stefano Picciotto, Judith Picciotto, Athena Picciotto, Melita Picciotto, Foreign Center Inc. (Nici, Richard) (Entered: 09/08/2005) |
| 09/06/2005 | 18 | Request for Oral Arguments from Stefano Picciotto. (Nici, Richard) (Entered: 09/08/2005) |
| 09/06/2005 | 19 | MEMORANDUM in Opposition re 4 First MOTION for Leave to File *Reply to Plaintiffs' Response to Continental Casualty Company's Motion To Dismiss Pursuant to Rule 12(b)(1)* filed by Stefano Picciotto, Judith |

|  |  |  | Picciotto, Athena Picciotto, Melita Picciotto, Foreign Center Inc. (Nici, Richard) (Entered: 09/08/2005) |
| --- | --- | --- | --- |
| 09/08/2005 | 20 | | MOTION for Extension of Time to September 21, 2005 to File Response/Reply by Stefano Picciotto.(Nici, Richard) (Entered: 09/09/2005) |
| 09/08/2005 | 21 | | AFFIDAVIT in Support re 20 MOTION for Extension of Time to September 21, 2005 to File Response/Reply. (Nici, Richard) (Entered: 09/09/2005) |
| 09/12/2005 | 22 | | Opposition re 16 MOTION to Strike filed by Contintental Causualty Company. (Burke, Scott) (Entered: 09/12/2005) |
| 09/13/2005 | 23 | | MOTION for Extension of Time to 10/17/05 to File Answer re 6 Amended Complaint, by Hartford Insurance Company, Twin City Fire Insurance Company.(Egan, Timothy) (Entered: 09/13/2005) |
| 09/14/2005 | 24 | | ANSWER to Amended Complaint by Great Northern Insurance Company.(Shea, Richard) (Entered: 09/14/2005) |
| 09/21/2005 | 25 | | Response to the Notice of Related Civil Cases filed by Defendant Continental Causalty Company by Stefano Picciotto, Judith Picciotto, Athena Picciotto, Melita Picciotto, Foreign Center Inc. (Nici, Richard) (Entered: 09/22/2005) |
| 09/21/2005 | 26 | | AFFIDAVIT of Stefano Picciotto in support of re 25 Response by Stefano Picciotto, Judith Picciotto, Athena Picciotto, Melita Picciotto, Foreign Center Inc. (Nici, Richard) (Entered: 09/22/2005) |
| 09/27/2005 |  | | Mail Returned as Undeliverable. Mail sent to James Shannon. Remailed to James Shannon 418 Rear Lafayette Street Salem, MA 01970 (Nici, Richard) Modified on 9/28/2005 (Nici, Richard). (Entered: 09/27/2005) |
| 10/10/2005 | 27 | | NOTICE of Scheduling Conference: Scheduling Conference set for 11/3/2005 02:30 PM in Courtroom 1 before Judge Douglas P. Woodlock. (Rynne, Michelle) (Entered: 10/10/2005) |
| 10/11/2005 |  | | E-Mail Notice re Notice of Scheduling Conference originally issued on 10/7/05 returned as undeliverable. Name of Addressee: James M. Shannon. Attorney's office contacted by ECF Help Desk, who provided Clerk's Office with new e-mail address. ECF system updated for attorney, and e-mail sent to new address. (Hurley, Virginia) (Entered: 10/11/2005) |
| 10/13/2005 |  | | Notice of correction to docket made by Court staff. After a telephone call from plaintiff Stefano Picciotto, the docket has been corrected to reflect that Mr. Picciotto is a pro se plaintiff. (Hurley, Virginia) (Entered: 10/13/2005) |
| 10/14/2005 | 28 | | Judge Douglas P. Woodlock : ORDER entered. ORDER REASSIGNING CASE. Case reassigned to Judge Nancy Gertner for all further proceedings. Judge Douglas P. Woodlock no longer assigned to case Counsel are directed to the Court's Standing Orders re: Electronic Case |

| | | |
|---|---|---|
| | | Filing. Scheduling conference previsously set before Judge Woodlock is canceled. (Rynne, Michelle) (Entered: 10/14/2005) |
| 10/14/2005 | ❍ | Notice Cancelling Scheduling conference previously set for 11/3/05. (Rynne, Michelle) (Entered: 10/14/2005) |
| 10/14/2005 | 29 | NOTICE of Appearance by Harvey Weiner on behalf of Hartford Insurance Company, Twin City Fire Insurance Company (Weiner, Harvey) (Entered: 10/14/2005) |
| 10/17/2005 | 30 | MOTION for Leave to File Excess Pages by Hartford Insurance Company, Twin City Fire Insurance Company.(Egan, Timothy) (Entered: 10/17/2005) |
| 10/17/2005 | 31 | MOTION to Dismiss by Hartford Insurance Company, Twin City Fire Insurance Company.(Egan, Timothy) (Entered: 10/17/2005) |
| 10/17/2005 | 32 | MEMORANDUM in Support re 31 MOTION to Dismiss filed by Hartford Insurance Company, Twin City Fire Insurance Company. (Attachments: # 1 Exhibit # 2 # 3 # 4 # 5 # 6)(Egan, Timothy) (Entered: 10/17/2005) |
| 10/17/2005 | 33 | AFFIDAVIT of Dana Casher by Hartford Insurance Company, Twin City Fire Insurance Company. (Egan, Timothy) (Entered: 10/17/2005) |
| 10/18/2005 | ❍ | Judge Nancy Gertner: ElectronicORDER entered granting 30 Motion for Leave to File Excess Pages (Filo, Jennifer) (Entered: 10/18/2005) |
| 10/27/2005 | 34 | MOTION to be relieved from having to file electronically until properly trained by Stefano Picciotto.(Filo, Jennifer) (Entered: 11/01/2005) |
| 10/27/2005 | 35 | AFFIDAVIT in Support re 34 MOTION to be relieved from electronic filing. (Filo, Jennifer) (Entered: 11/01/2005) |
| 10/27/2005 | 36 | MOTION for Extension of Time to 11/4/05 by Stefano Picciotto, Judith Picciotto, Athena Picciotto, Melita Picciotto, Foreign Center Inc.(Filo, Jennifer) (Entered: 11/01/2005) |
| 10/27/2005 | 37 | AFFIDAVIT of Stefano Picciotto in Support re 36 MOTION for Extension of Time to 11/4/05. (Filo, Jennifer) (Entered: 11/01/2005) |
| 11/04/2005 | 38 | MOTION for Leave to File a Memorandum in Opposition to the Motion to Dismiss of Defendants the Hartford Insurance Company and Twin City Insurance Company that has more than twenty pages by Stefano Picciotto, Judith Picciotto, Athena Picciotto, Melita Picciotto, Foreign Center Inc. (Attachments: # 1 Exhibit A)(Elefther, Elizabeth) (Entered: 11/14/2005) |
| 11/04/2005 | 39 | Opposition re 31 MOTION to Dismiss filed by Stefano Picciotto, Judith Picciotto, Athena Picciotto, Melita Picciotto, Foreign Center Inc. (Attachments: # 1 Exhibit A)(Elefther, Elizabeth) (Entered: 11/14/2005) |
| 11/04/2005 | 40 | AFFIDAVIT of Stefano Picciotto in Support of 39 Opposition to Motion to Dismiss. (Attachments: # 1 Exhibit A-O)(Elefther, Elizabeth) (Entered: 11/14/2005) |

Case 1:05-cv-10901-NG    Document 53-2    Filed 12/04/2006    Page 8 of 9

| 11/04/2005 | ●41 | Memorandum in Support of to 39 Opposition to Motion by Stefano Picciotto, Judith Picciotto, Athena Picciotto, Melita Picciotto, Foreign Center Inc. (Attachments: # 1 Exhibit A)(Elefther, Elizabeth) (Entered: 11/15/2005) |
| --- | --- | --- |
| 11/08/2005 | ● | Judge Nancy Gertner: ElectronicORDER entered granting 34 Motion to be relieved from having to file electronically until properly trained, granting 36 Motion for Extension of Time to 11/4/05. (Filo, Jennifer) (Entered: 11/08/2005) |
| 12/21/2005 | ● | Judge Nancy Gertner: Electronic ORDER entered granting 38 Motion for Leave to File, granting 20 Motion for Extension of Time to File Response/Reply, granting 23 Motion for Extension of Time to Answer (Filo, Jennifer) (Entered: 12/21/2005) |
| 12/21/2005 | ● | Judge Nancy Gertner: Electronic ORDER entered denying 2 Motion to Dismiss, denying 16 Motion to Strike. With respect to the Motion to Dismiss, because Plaintiff's claims against Continental Casualty are not brought in lieu of a direct action against the insured, 28 U.S.C. '1332(c)(1) is not applicable and Continental is not a Massachusetts citizen for the purposes of this action. Defendant Continental Casualty's motion to dismiss based on lack of diversity jurisdiction is therefore DENIED. This is without prejudice, however, to Defendant's ability to reassert this motion if it later becomes clear that Plaintiff's claims are targeted against the insured rather than the insurer and are being brought in lieu of joining the insured as a defendant. (Gertner, Nancy) (Entered: 12/21/2005) |
| 12/22/2005 | ●42 | MOTION for Leave to File *Reply Brief in Support of Their Motion to Dismiss (Paper #31)* by Hartford Insurance Company, Twin City Fire Insurance Company.(Egan, Timothy) (Entered: 12/22/2005) |
| 12/22/2005 | ●43 | MEMORANDUM in Support re 31 MOTION to Dismiss *Proposed Reply* filed by Hartford Insurance Company, Twin City Fire Insurance Company. (Attachments: # 1 # 2 # 3 # 4 # 5 # 6 # 7 # 8 # 9 # 10 # 11)(Egan, Timothy) (Entered: 12/22/2005) |
| 01/05/2006 | ●44 | MOTION for Leave to File in Hard Copy by Stefano Picciotto.(Filo, Jennifer) (Entered: 01/12/2006) |
| 01/05/2006 | ●45 | MOTION to Amend the Name of the defendant Hartford Insurance Company to Hartford Accident and Indemnity Company by Stefano Picciotto, Judith Picciotto, Athena Picciotto, Melita Picciotto, Foreign Center Inc.(Filo, Jennifer) (Entered: 01/12/2006) |
| 01/05/2006 | ●46 | Opposition re 42 MOTION for Leave to File *Reply Brief in Support of Their Motion to Dismiss (Paper #31)* filed by Stefano Picciotto, Judith Picciotto, Athena Picciotto, Melita Picciotto, Foreign Center Inc. (Filo, Jennifer) (Entered: 01/12/2006) |
| 01/05/2006 | ●47 | MEMORANDUM OF LAW by Stefano Picciotto, Judith Picciotto, Athena Picciotto, Melita Picciotto, Foreign Center Inc in support 46 |

| | | |
|---|---|---|
| | | Opposition to Motion. (Filo, Jennifer) (Entered: 01/12/2006) |
| 02/22/2006 | 48 | ANSWER to Amended Complaint by Contintental Causualty Company.(Burke, Scott) (Entered: 02/22/2006) |
| 06/15/2006 | | Judge Nancy Gertner : Electronic ORDER entered granting 44 Motion for Leave to File; Counsel using the Electronic Case Filing System should now file the document for which leave to file has been granted in accordance with the CM/ECF Administrative Procedures (Molloy, Maryellen) (Entered: 06/15/2006) |
| 09/29/2006 | 49 | Judge Nancy Gertner: ORDER entered. MEMORANDUM AND ORDER RE: MOTION TO DISMISS(MacDonald, Gail) (Entered: 09/29/2006) |
| 09/29/2006 | 50 | Judge Nancy Gertner : ORDER DISMISSING CASE entered. Granting 31 Motion to Dismiss, granting 42 Motion for Leave to File; Counsel using the Electronic Case Filing System should now file the document for which leave to file has been granted in accordance with the CM/ECF Administrative Procedures. Counsel must include - Leave to file granted on (date of order)- in the caption of the document, finding as moot 45 Motion to Amend (MacDonald, Gail) (Entered: 09/29/2006) |
| 10/30/2006 | 51 | NOTICE OF APPEAL as to 50 Order on Motion to Dismiss, Order on Motion for Leave to File, Order on Motion to Amend,,, by Stefano Picciotto, Judith Picciotto, Athena Picciotto, Melita Picciotto, Foreign Center Inc. Receipt # 76071 $ 455 NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 11/20/2006. (Nici, Richard) (Entered: 11/02/2006) |
| 11/20/2006 | 52 | NOTICE of Appearance by Jennifer B. Hardy on behalf of Great Northern Insurance Company (Hardy, Jennifer) (Entered: 11/20/2006) |