# United States Court of Appeals
## For the First Circuit

---

No. 06-2685

STEFANO PICCIOTTO, JUDITH PICCIOTTO,
MELITA PICCIOTTO, ATHENA PICCIOTTO,
AND FOREIGN CAR CENTER, INC.,

Plaintiffs, Appellants,

v.

CONTINENTAL CASUALTY COMPANY,
GREAT NORTHERN INSURANCE COMPANY,
HARTFORD INSURANCE COMPANY
AND TWIN CITY FIRE INSURANCE COMPANY,

Defendants, Appellees.

---

**JUDGMENT**
Entered: January 7, 2008

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The judgment of the district court is affirmed.

By the Court:

RICHARD CUSHING DONOVAN
Richard Cushing Donovan, Clerk

[cc: Mr. Picciotto, Ms. Judith Picciotto, Ms. Athena Picciotto, Ms. Melita Picciotto, Mr. Richardson, Ms. DeBenedictis, Mr. Shannon, Mr. Burke, Mr. Kures, Mr. Shea, Mr. Byrne, Ms. Hardy, Mr. Egan & Mr. Weiner.]